IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation, | ) ) ) ) | |
| | ) | Civil Action No. _____ |
| Plaintiff, | ) | |
| v. | ) ) | Trial By Jury Demanded |
| JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

# COMPLAINT

### Nature of the Action

1. This is a civil action for patent infringement arising out of the Patent Laws of the United States, Title 35 of the United States Code.

### Parties

2. Plaintiff, Arrow Communication Laboratories, Inc., is a New York corporation having a principal place of business at 185 Ainsley Drive, Syracuse, New York 13210.

3. Defendant, John Mezzalingua Associates, Inc., is a Delaware corporation having a principal place of business at 6176 East Molloy Road, East Syracuse, New York 13057.

### Jurisdiction and Venue

4. This Court has jurisdiction of this action under 28 U.S.C. §1338(a).

5. Venue is proper in this judicial district under 28 U.S.C. §§ 1400(b) and 1391(c) because Defendant is subject to personal jurisdiction in this district.

## Count for Patent Infringement

6.  On April 28, 1998, the United States Patent and Trademark Office issued U.S. Patent No. 5,745,838 ("the '838 patent") entitled "Return Path Filter."  A copy of the '838 patent is attached hereto as Exhibit A.

7.  Plaintiff is the lawful owner of all right, title and interest in and to the '838 patent.

8.  Defendant is infringing the '838 patent by manufacturing, selling and offering for sale in the United States, and by importing into the United States, electronic filters covered by one or more of the claims of the '838 patent, and Defendant is actively inducing others to infringe said patent.  The infringing electronic filters include, at least, Defendant's Step Attenuators sold under model numbers, PPC Product #: SSA8-54, PPC Product #: SSA12-54, PPC Product #: SSA16-54, and PPC Product #: SSA*-*.

9.  Defendant's infringement and active inducement of others to infringe have been willful and deliberate.

10.  Plaintiff has suffered damages as a consequence of Defendant's infringement of the '838 patent and Defendant's active inducement of others to infringe said patent.

11.  Plaintiff continues to suffer harm as a consequence of Defendant's infringement of the '838 patent and Defendant's active inducement of others to infringe said patent. This continued harm cannot be cured solely by monetary damages.

12.  Plaintiff will suffer additional damages unless Defendant is enjoined from continuing its infringement of the '838 patent and its active inducement of others to infringe.

## Demand

**WHEREFORE,** Plaintiff demands judgment

    a)  awarding Plaintiff damages together with interest and costs to compensate it for Defendant's infringement of the '838 patent, in accordance with 35 U.S.C. § 284,

b) increasing the award by three times the amount found or assessed, in accordance with 35 U.S.C. § 284,

c) enjoining Defendant, its officers, agents, servants, employees, and attorneys, and all those in concert or participation with Defendant who receive actual notice, from engaging in acts of infringement of the '838 patent, in accordance with 35 U.S.C.§ 283,

d) awarding Plaintiff its attorneys' fees, in accordance with 35 U.S.C. § 285, and its costs, and

e) such other and further relief as the Court may deem just and proper.

June 3, 2005

THE BAYARD FIRM

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington DE 19899
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiff,
Arrow Communication Laboratories, Inc.

OF COUNSEL:
Lawrence P. Trapani
4847 Enders Road
P.O. Box 555
Manlius, NY 13104
(315) 727-5304
btrapan1@twcny.rr.com