AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of    **DELAWARE**

ARROW COMMUNICATION LABORATORIES, INC.,
               Plaintiff,

v.

JOHN MEZZALINGUA ASSOCIATES, INC.,

               Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-357

TO:    John Mezzalingua Associates, Inc.
          c/o National Corporate Research, Ltd.
          615 South DuPont Highway
          Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(By) DEPUTY CLERK

DATE: 6-9-05

590350v1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 9, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: National Corporate Research, Ltd. 615 S. Dupont Hwy Dover DE 19901. Service accepted by Danielle Calnahan at 4:25 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/9/05
Date

Signature of Server: Edward Jones I

Address of Server: 32 Lockerman St Ste 109 Dover DE 19904

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

590350v1