IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, <br><br> Defendant. | C.A. No. 05-357-SLR |

## DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant, John Mezzalingua Associates, Inc., d/b/a/ PPC, hereby moves this Court for an Order transferring the above-captioned action to the United States District Court for the Northern District of New York pursuant to 28 U.S.C. § 1404(a). The reasons for granting this Motion are set forth with particularity in the accompanying Memorandum of Law. A proposed form of Order is attached hereto.

Respectfully submitted,

/s/ Jeffrey B. Bove
Jeffrey B. Bove  (# 998)
Kevin M. Baird (# 4219)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street, Suite 878
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614
jbove@cblh.com

*Attorneys for Defendant John Mezzalingua*
*Associates, Inc. d/b/a PPC*

OF COUNSEL:

WALL, MARJAMA & BILINSKI, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:  (315) 425-9114

Dated: July 18, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 05-57-SLR |
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington, this _____ day of _____, 2005, having reviewed defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and the accompanying papers submitted in conjunction therewith,

IT IS ORDERED that defendant's motion is GRANTED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2005, I electronically filed Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue
>Suite 900
>Wilmington, DE 19801

I hereby certify that on July 18, 2005, I have mailed by First Class Mail, the document to the following non-registered participants:

>Lawrence P. Trapani, Esquire
>4847 Enders Road
>P.O. Box 555
>Manlius, NY 13104

>/s/ Jeffrey B. Bove
>Jeffrey B. Bove (#998)
>Kevin M. Baird (#4219)
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141
>*Attorneys for Defendant John Mezzalingua Associates, Inc. d/b/a PPC*