The Central New York
Business Journal
231 Walton Street
Syracuse, NY  13202-1230

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SCH 3-DIGIT 130
1102381 06-30-06       S24 P7
Cyndi Losurdo
Wall Marjama & Bilinski Llp
Legal Assistant
101 South Salina Stree Suite 400
Syracuse NY 13202

Presorted Standard
U.S. Postage Paid
Syracuse, N.Y.
Permit # 568

Vol. XIX • No. 24     WWW.CNYBJ.COM     June 17, 2005 • $2.00

# THE CENTRAL NEW YORK BUSINESS JOURNAL

**THIS WEEK**



- **Best of the best:** Award-winning projects from Central New York companies.
  **Special Report Construction Page 9**

- **More mergers:** NBT Bancorp to buy CNB Bancorp in $89 million deal.
  **Page 3**



- **KeyBank Central New York Region President Stephen D. Fournier.**
  **Business of the Week Page 17**

### INDEX

| | |
|---|---|
| Business Matters | 2 |
| **BUSINESS OF THE WEEK** | |
| KeyBank | 17 |
| Classified | 27 |
| Opinion | 28 |
| People On the Move | 26 |
| Sales Moves | 22 |
| **EMERGING BUSINESS** | |
| Envisage Info Systems | 31 |
| **SPECIAL REPORT** | |
| Construction | 9 |
| Technology | 24 |
| **TOP RANKS** | |
| Engineers | 19 |

## Powells embroiled in lacrosse lawsuit

*Equipment-maker sues to prevent brothers from endorsing rival firm*

**By Casey J. Dickinson**
*Journal Staff*

SYRACUSE — Two members of Carthage's "first family" of lacrosse are involved in a legal battle over their right to endorse lacrosse equipment. A federal judge in Michigan has preliminarily enjoined former Syracuse University lacrosse stars Ryan Powell and Casey Powell from working for well-known equipment maker Brine, Inc., after their former employer, Warrior Lacrosse, filed suit to enforce contract provisions that prohibit the Powells from working for other lacrosse companies.

Warrior fired Casey and Ryan Powell without warning last year, according to federal court documents. Documents allege Warrior terminated the Powells after their younger brother Michael, also a former SU star, signed an employment and endorsement deal with rival Brine instead of Warrior. Casey and Ryan Powell currently star in the professional ranks for the Rochester Rattlers Major League Lacrosse (MLL) team, while Michael plays for the Baltimore Bayhawks. All MLL

See **LACROSSE**, page 8 ▶



**On course for success**

SUBMITTED PHOTO

The Central New York Chapter of the Executive Women's Golf Association, founded by Stephanie E. Parks (right), has nearly 90 members and is looking to reach 125 by the end of 2005. The chapter is gaining new members by enlisting each current member to urge colleagues, associates, and friends to join and by conducting many golf, social, and networking events. Story, page 5.

## Cable-connector firms in patent fight

**By Casey J. Dickinson**
*Journal Staff*

SYRACUSE — Two of Central New York's cable-connector companies are clashing in court over patent rights. John Mezzalingua Associates, Inc. (JMA) has asked the federal court in New York to declare an Arrow Communication Laboratories, Inc. patent invalid three days after Arrow filed suit in a Delaware federal court seeking to enforce its patent rights against JMA.

The controversy surrounds Arrow's U.S. Patent no. 5,745,838 ('838) for a return-path filter used in multi-channel communications systems. The device helps cable companies to receive better signals from consumers' digital cable TV boxes. Signal loss in two-way cable systems hinders cable companies' delivery of interactive television services, according to the patent.

The two cable-television hardware manufac-

See **PATENT**, page 6 ▶

## Salvation Army puts name in for giant grant

*Offer could bring a Kroc Center to Syracuse*

**By Kevin Tampone**
*Journal Staff*

SYRACUSE — The Salvation Army of the Syracuse Area is applying for a multimillion dollar grant that would allow construction of a 300,000-square-foot community center.

If the local chapter wins the grant, it will include $20 million to $30 million to build and equip the new center and a $15 million to $30 million endowment for the facility's future operational expenses.

"This is a once-in-a-lifetime opportunity," says Linda Wright, executive director of the local chapter. "We really feel like this area of our community has not had the attention it deserves both for the folks that come to us for services and for the folks who live nearby.

"So for the first time, we could do something in this neighborhood that could make folks that live and work and come here for services feel like they're truly in the upscale, class-A

See **GRANT**, page 4 ▶

**TOP RANKS: ENGINEERS / 19, 21, 23**

## PATENT: *JMA has more than 70 patents assigned to the company, according to the U.S. Patent Office*

▼ Continued from page 1

turers are better known by their respective trade identities of PPC and Arcom Labs. Both manufacture the basic elements of cable television systems such as traps, filters, and fiber-optic products. The privately held companies are part of Syracuse's cable-connector manufacturing sector. Along with Eagle Comtronics, they are known throughout the cable television industry.

The Tresness family owns Arcom while the family of PPC founder John Mezzalingua controls the company that bears his name. PPC spawned the area's three-company concentration of CATV hardware makers.

Arcom founder Andrew Tresness worked for Magnavox, which once owned PPC, and Tresness also was a co-founder of Eagle Comtronics in 1975, though he left soon after to start his own venture. In 1976, he founded, Northern CATV Distributors, Inc., and in 1980, Arrow Communication Laboratories.

Intellectual property plays an important role in remaining competitive in the cable-connector business. All three manufacturers have been involved in prior legal disputes relating to their patented innovations in CATV hardware.

JMA has more than 70 patents assigned to the company, according to the U.S. Patent Office. Clay-based Eagle Comtronics, Inc. has 27 patents assigned to it.

The U.S. Patent Office issued the '838 patent to inventors Andrew F. Tresness and Martin L. Zelenz in 1998.

The Tresness Irrevocable Patent Trust owns the rights to the '838 patent. The trust's address is the office of Arnold J. Hodes & Co., CPA, according to court documents. The patent is one of five assigned to the trust. Andrew Tresness has four other patents personally assigned to him, according to U.S. Patent office records.

Both companies filed copies of the 23-page patent as exhibits in their respective cases against each other.

### Delaware, New York suits

Arcom filed a federal patent-infringement suit against JMA June 3 in the District of Delaware while JMA filed its own action June 6 in the Northern District of New York.

In the Delaware action, ARCOM charges that PPC is actively and willfully infringing its '838 patent, and it seeks an accounting from PPC for its allegedly infringing sales as well as triple damages, legal fees, and an injunction against JMA. Attorney Lawrence P. Trapani is representing Arcom in Delaware along with Delaware attorney Richard Kirk. Process servers served JMA's registered agent in Delaware with a summons in the case on June 9. John Mezzalingua Associates is a Delaware corporation while Arrow Communication Laboratories, Inc. is organized under the laws of New York.

In the New York action, JMA asserts the '838 patent fails to satisfy the legal requirements for patentability set forth in the U.S. patent law. The code sections cited in the complaint are the basic patent laws that require patenable inventions to be novel, useful, and non-obvious. The complaint also cites re-examination standards in the patent law. JMA seeks a declaration that its products do not infringe the Tresness patent, that the patent is invalid, legal fees, and an injunction against ARCOM prohibiting the company from claiming PPC has infringed its patent. Attorney James R. Muldoon, of Syracuse-based Wall, Marjama & Bilinski, LLP filed suit on behalf of JMA in New York.

While cable connectors, filters, and traps are small, the revenues they generate are large.

### Approximately $100M in revenues

Headquartered on Ainsley Drive in Syracuse, Arcom Labs has annual revenues of approximately $100 million, according to American Digital Networks "Digital 50" rankings. The company employs nearly 800 at five manufacturing locations. Arcom Labs produces more than 40,000 cable TV components each day.

John Mezzalingua Associates employs more than 800 and has annual revenues of approximately $74 million, according to industry estimates. PPC has its headquarters on Molloy Road in the Town of DeWitt. The company has more than 25 sales offices worldwide and operations in Europe, South America, India, and the Philippines. Its production facilities are in the United States and Denmark.

Born Genaro Mezzalinqua in San Martino Italy on August 31, 1904, John Mezzalingua came to Central New York from Italy along with his mother and father. By age 17, the future entrepreneur joined his father working in the S. Cheney and Sons iron foundry. Mezzalingua also trucked milk from dairy farms in Pompey during his early working days. He later began working with metalworking equipment in his basement, a path that would place the hard-working immigrant on a path to wealth.

Mezzalingua put his machinist's skills to use making metal parts for the defense industry in the early 1940s and moved into manufacturing coaxial-cable connectors in the 1950s as the Community Antenna Television (CATV) industry was born. His "Production Products Company" would later become today's PPC. The original PPC was purchased by Magnavox in November 1970, allowing Mezzalingua to retire. Four years later when Philips Corp. purchased Magnavox, it decided to get out of the cable-connector business. Mezzalingua emerged from his retirement and, along with his son Daniel, bought PPC back from Philips just as cable television was to rapidly expand. John Mezzalingua died in February 2003.

Arcom President Gregory Tresness declined to comment on the suits. PPC officials did not respond to requests for comment on the suits.

A conference between the parties before U.S. Magistrate Judge David Peebles is scheduled for October, according to records filed in the Northern District of New York. The federal courts in New York and Delaware will decide how the actions will be consolidated and in which judicial district the combined case will be heard. ❑

Contact **Dickinson** at cdickinson@cnybj.com

---

*OCC Scholarship Classic*
Presented by Time Warner Cable and C&S Companies

PROCEEDS TO BENEFIT THE
OCC FOUNDATION SCHOLARSHIP PROGRAM




TIME WARNER CABLE

OCC SCHOLARSHIP CLASSIC

C&S COMPANIES — ENGINEERS DESIGN BUILD TECHNICAL RESOURCES OPERATIONS

Monday, July 18, 2005
*The Links at Erie Village*
East Syracuse, New York

$100 per person

**2005 TOP TOURNAMENT SPONSORS**

Welch-Allyn, Inc.
McLaughlin-Kehoe Associates, Inc.
Seneca Data Distributors, Inc.
Central New York Business Journal
WSYR NewsChannel 9
Dupli Envelope & Graphics Corp.

T-Mobile
Coyne Textile Services
J. Waligora Audiology, PC
KeyBank
QPK Design
M/E Engineering, PC

ADDITIONAL SPONSORSHIP OPPORTUNITIES AVAILABLE
TO LEARN MORE CALL (315) 498-6058



Friday, July 22, 2005 — Seven Oaks Golf Course, Hamilton, New York
Monday, July 25, 2005 — En-Joie Golf Course, Endicott, New York
Friday, August 19, 2005 — Thousand Islands Country Club, Wellesley Island, New York

Chance to Play at Pebble Beach

INVITATIONAL

**GOLFERS WANTED!**
For More Information, call The Kidney Foundation at
**315.476.0311 ext. 211**
"Event Sponsorships Available"