Peter J. Bilinski
George S. Blasiak
Robert E. Purcell
Indranil Mukerji
James R. Muldoon
Joseph B. Milstein, PhD
Dana F. Bigelow*
R. Stephen Rosenholm**
William W. Habelt
Denis J. Sullivan
Richard Roos**

*Of Counsel*
Thomas J. Wall
Owen D. Marjama
Joel Stettenheim**
Michael D. Pinnisi

*Technology Specialist*
Thomas Hoehner

* Admitted in Pennsylvania, Ohio
  and Nebraska
** Admitted in Massachusetts

# WALL

# MARJAMA &

# BILINSKI LLP

*An Intellectual Property Practice*

101 South Salina Street, Suite 400
Syracuse, New York 13202

TELEPHONE:  (315) 425-9000
FACSIMILE:   (315) 425-9114
WEB SITE:  *www.wmb-iplaw.com*
Writer's Direct Dial: (315) 671-4232
E-mail: jmuldoon@cny-iplaw.com

June 20, 2005

**VIA FACSIMILE (315) 682-2723**

Lawrence P. Trapani, Esq.
4847 Enders Road
P. O. Box 555
Manlius, NY  13104-0555

 Re:  **Arrow Comm. Labs., Inc. v. v. John Mezzalingua Assoc., Inc., d/b/a PPC
D. Del. Civil Action No.:  1:05-CV-357-UNA**

**John Mezzalingua Assoc., Inc. d/b/a PPC v. Arrow Comm. Labs., Inc. et al.
NDNY Civil Action No.:  5:05-CV-703 (NAM/DEP)**

Dear Larry:

 This letter confirms our discussion last week, in which we agreed that PPC's time to
answer, move or otherwise appear in the above referenced action in the District of Delaware
would be extended until July 29, 2005 and that PPC would not serve the Complaint in the above
referenced Northern District of New York action until July 15, 2005 or thereafter.  I have
attached a draft Stipulation in the Delaware action for your review.

 If this does not comport with your understanding of our discussion, please contact me
immediately.

 Very truly yours,
 WALL MARJAMA & BILINSKI LLP

 James R. Muldoon

JRM/jeb