Peter J. Bilinski
George S. Blasiak
Robert E. Purcell
Indranil Mukerji
James R. Muldoon
Joseph B. Milstein, PhD
Dana F. Bigelow*
R. Stephen Rosenholm**
William W. Habelt
Denis J. Sullivan
Richard Roos**

*Of Counsel*
Thomas J. Wall
Owen D. Marjama
Joel Stettenheim**
Michael D. Pinnisi

*Technology Specialist*
Thomas Hoehner

\* Admitted in Pennsylvania, Ohio and Nebraska
\*\* Admitted in Massachusetts

# WALL MARJAMA & BILINSKI LLP
*An Intellectual Property Practice*

101 South Salina Street, Suite 400
Syracuse, New York 13202

TELEPHONE:  (315) 425-9000
FACSIMILE:  (315) 425-9114
WEB SITE:  www.wmb-iplaw.com
Writer's Direct Dial: (315) 671-4232
E-mail: jmuldoon@cny-iplaw.com

June 27, 2005

**VIA FACSIMILE (315) 682-2723**

Lawrence P. Trapani, Esq.
4847 Enders Road
P. O. Box 555
Manlius, NY  13104-0555

Re:  Arrow Comm. Labs., Inc. v. v. John Mezzalingua Assoc., Inc., d/b/a PPC
D. Del. Civil Action No.:  1:05-CV-357-UNA
John Mezzalingua Assoc., Inc. d/b/a PPC v. Arrow Comm. Labs., Inc. et al.
NDNY Civil Action No.:  5:05-CV-703 (NAM/DEP)

Dear Larry:

I write in response to the telephone message I received this afternoon from your new co-counsel, Terry Rader, who indicated, despite our prior agreement reached in a telephone conversation of June 13, 2005, and confirmed in my letter of June 20, 2005, that Arcom has now refused to execute the stipulation to extend PPC's time to answer the complaint in the above-referenced Delaware action.

Please be advised that I consider your withdrawal from our previous agreement to be professionally discourteous and will set the tone for future dealings between our offices in this matter and in others.

Very truly yours,
WALL MARJAMA & BILINSKI LLP

James R. Muldoon

JRM/jeb
cc:  R. Terrance Rader, Esq.