# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW YORK NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 2,059 | 2,102 | 2,299 | 2,410 | 2,690 | 2,401 | | |
| | Terminations | | 2,042 | 2,048 | 2,618 | 2,277 | 2,677 | 2,399 | | |
| | Pending | | 2,981 | 3,628 | 3,438 | 3,829 | 3,433 | 3,366 | | |
| | % Change in Total Filings | Over Last Year | -2.1 | | | | | | 62 | 5 |
| | | Over Earlier Years | | -10.4 | -14.6 | -23.5 | -14.3 | | 84 | 4 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months** | | | 3.9 | .4 | .0 | .0 | .0 | 13.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 412 | 420 | 459 | 482 | 538 | 480 | 61 | 4 |
| | | Civil | 309 | 321 | 368 | 419 | 468 | 424 | 56 | 4 |
| | | Criminal Felony | 73 | 69 | 67 | 63 | 70 | 56 | 44 | 3 |
| | | Supervised Release Hearings** | 30 | 30 | 24 | - | - | - | 22 | 2 |
| | Pending Cases | | 596 | 726 | 688 | 766 | 687 | 673 | 13 | 4 |
| | Weighted Filings** | | 394 | 427 | 428 | 474 | 585 | 497 | 69 | 5 |
| | Terminations | | 408 | 410 | 524 | 455 | 535 | 480 | 58 | 4 |
| | Trials Completed | | 16 | 16 | 20 | 23 | 20 | 19 | 63 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.9 | 9.8 | 9.6 | 9.0 | 10.5 | 10.9 | 65 | 1 |
| | | Civil** | 13.9 | 13.7 | 11.1 | 12.5 | 11.1 | 14.0 | 92 | 6 |
| | From Filing to Trial** (Civil Only) | | 39.5 | 32.0 | 29.0 | 30.0 | 33.5 | 39.0 | 81 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 349 | 822 | 366 | 391 | 315 | 389 | | |
| | | Percentage | 13.8 | 27.0 | 12.5 | 11.6 | 10.4 | 13.0 | 88 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.3 | 1.3 | 2.1 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 24.75 | 45.25 | 26.55 | 29.50 | 27.42 | 32.82 | | |
| | | Percent Not Selected or Challenged | 27.9 | 32.8 | 23.4 | 29.9 | 23.6 | 33.6 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1545 | 152 | 4 | 563 | 50 | 15 | 107 | 97 | 171 | 40 | 250 | - | 96 |
| Criminal* | 361 | 111 | 5 | 41 | - | 4 | 97 | ** | - | 58 | 5 | 1 | 39 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."