IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>Plaintiff,<br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 05-00357-SLR<br><br>Trial By Jury Demanded |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of R. Terrance Rader, Charles W. Bradley, and Linda D. Kennedy to represent plaintiff Arrow Communication Laboratories, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for each is being submitted in connection with this motion.

| | |
|---|---|
| July 20, 2005<br><br>OF COUNSEL:<br>Lawrence P. Trapani<br>4847 Enders Road<br>P.O. Box 555<br>Manlius, NY 13104<br>(315) 727-5304<br><br>R. Terrance Rader<br>Charles W. Bradley<br>Linda D. Kennedy<br>Rader, Fishman & Grauer PLLC<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI 48304<br>(248) 594-0600 | THE BAYARD FIRM<br><br>/s/ Richard D. Kirk<br>Richard D. Kirk (rk0922)<br>rkirk@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiff Arrow Communication, Laboratories, Inc. |

595152v1

CERTIFICATION BY COUNSEL TO BE
ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

July 19, 2005

Charles W. Bradley
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Ph: 248-594-0600
Attorneys for Plaintiff

CERTIFICATION BY COUNSEL TO BE
ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

July 19, 2005

R. Terrance Rader
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Ph: 248-594-0600
Attorneys for Plaintiff

CERTIFICATION BY COUNSEL TO BE
ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

July 19, 2005

Linda D. Kennedy
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Ph: 248-594-0600
Attorneys for Plaintiff