IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | C.A. No. 05-357-SLR |
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James R. Muldoon, Esq. and John A. Wasleff, Esq. of Wall, Marjama & Bilinski, LLP, 101 South Salina Street, Suite 400, Syracuse, New York 13202, to represent defendant in this matter.

                                                                       CONNOLLY BOVE LODGE & HUTZ LLP

                                                                       /s/ Jeffrey B. Bove
                                                                       Jeffrey B. Bove  (# 998)
                                                                       Kevin M. Baird (# 4219)
                                                                       The Nemours Building
                                                                       1007 North Orange Street
                                                                       Wilmington, DE 19801
                                                                       Tel: (302) 658-9141
                                                                       jbove@cblh.com
                                                                       *Attorneys for Defendant*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date July 21, 2005

JAMES R. MULDOON
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Tel: (315) 425-9000
Fax: (315) 425-9114

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date July 21, 2005

JOHN A. WASLEFF
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Tel: (315) 425-9000
Fax: (315) 425-9114

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue
>Suite 900
>Wilmington, DE 19801

I hereby certify that on July 26, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand**

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**By First Class Mail**

Lawrence P. Trapani, Esquire
4847 Enders Road
P.O. Box 555
Manlius, NY 13104


/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Kevin M. Baird (#4219)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141

*Attorneys for Defendant John Mezzalingua Associates, Inc. d/b/a PPC*