IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-357-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF LINDA D. KENNEDY**

LINDA D. KENNEDY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.    I am an associate in the intellectual property law firm of Rader, Fishman & Grauer PLLC for Arrow Communication Laboratories, Inc., which does business as Arcom ("Arcom"), and which is plaintiff in the above-referenced lawsuit. I make this Declaration in support of Arcom's Answering Brief In Opposition To Defendant's Motion To Transfer. The defendant John Mezzalingua Associates, Inc. does business as PPC ("PPC").

2.    A true and correct copy of a Declaration of John D. Mezzalingua, executed June 8, 2001, and used in a patent lawsuit brought by PPC against Antec Corp. in the Jacksonville Division of the U.S. District Court for the Middle District of Florida, Case No. 3:01-CV-382-J-25 HTS, is attached hereto as Exhibit A.

1

3. A true and correct copy of a Dun & Bradstreet report on John Mezzalingua Associates, Inc. is attached hereto as Exhibit B.

4. A true and correct copy of the results of a search of issued U.S. patents and published U.S. patent applications assigned to "Mezzalingua" is attached hereto as Exhibit C.

5. A true and correct copy of the results of a search on PACER for federal court lawsuits in which John Mezzalingua Associates, Inc. was identified as a party is attached hereto as Exhibit D.

6. A true and correct copy of exemplary flight schedules between Syracuse, New York and Philadelphia, Pennsylvania that a search has shown to be consistent Sunday through Friday is attached hereto as Exhibit E. A search has shown that Saturday flights are also available, but are slightly fewer in number.

7. A true and correct copy of a PPC brief entitled "Plaintiff's Memorandum In Opposition to Defendant's Motion To Transfer Venue," filed in the lawsuit referenced in paragraph two of this Declaration, is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bloomfield Hills, Michigan.

Dated July 29, 2005

_____
Linda D. Kennedy