# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC | ) ) ) |
| Plaintiff, | ) Case No. 3:01-CV-482-J-25 HTS ) ) |
| v. | ) ) |
| ANTEC CORP., | ) ) |
| Defendant. | ) ) ) |

### DECLARATION OF JOHN D. MEZZALINGUA

JOHN D. MEZZALINGUA, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am the President and Chief Operating Officer of the Plaintiff, John Mezzalingua Associates, Inc., d/b/a PPC ("PPC"). Prior to becoming President, I was the Vice President of Sales, responsible for sales of all of PPC's products to the domestic and international broadband marketplace.

2. PPC is a privately held and family operated company founded by my grandfather, John Mezzalingua, in 1940, with an emphasis on innovation. My father, Dan Mezzalingua, succeeded my grandfather in running the company, and recently retired as President.

3. PPC has evolved with the cable industry over the past sixty years. With the emergence of the cable industry in the early 1950's, PPC began designing and manufacturing coaxial cable connectors for broadband networks under the Scientific Atlanta, Jerrold and Magnavox brand names.



company holds contracts with major telecommunication companies in the United States and throughout the world. PPC's customers include AT&T, Bell Canada, Cox Communications, Comcast, NTL in the UK, Telstra in Australia and AOL Time Warner.

5. PPC is headquartered in Syracuse, New York, where it has its primary manufacturing facility, but it has sales and distribution centers located throughout the world. PPC's EX Connectors – the product that competes with Antec's accused Digicon connector – are made in the United States. Antec's accused Digicon connector is manufactured in Taiwan, as confirmed by the packaging of its product.

6. The State of Florida historically has been one of PPC's primary markets. Over the past few years, Florida has ranked in the top three states, both by unit and dollar volume, for sales of drop connectors, including PPC's EX Connector.

7. Antec's infringement of our '539 patent with its new Digicon connector already has caused our company to lose significant business and market share. Antec's continued infringement in the United States and the south Florida market, in particular, will have devastating consequences to our entire business, causing irreparable harm and damage to the company for which money damages are not an adequate remedy.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2001, in Syracuse, New York.

_____
John D. Mezzalingua

CH99 3729092-1 051733.0029

# EXHIBIT B

```
2/9/1
DIALOG(R)File 516:D & B - DUNS MARKET IDENTIFIERS
(c) 2005 D&B). All rts. reserv.

00160915
John Mezzalingua Associates Inc
6176 E Molloy Rd
East Syracuse, NY  13057-1020

MAILING ADDRESS:
   P O Box 278
   East Syracuse, NY  13057

TELEPHONE: 315-431-7200
COUNTY: ONONDAGA      MSA: 8160  (Syracuse, NY)
REGION: Middle Atlantic

BUSINESS: Mfg Radio/TV Communication Equipment Mfg Screw Machine Products

NAICS Codes: 334220 (Radio and Television Broadcasting and Wireless
Communications Equipment Manufacturing)

PRIMARY SIC:
  3663       Radio and t.v. communications equipment, nsk
  36630201   Cable television equipment
SECONDARY SIC(S):
  3451       Screw machine products
  34510000   Screw machine products

LATEST YEAR ORGANIZED: 1940
STATE OF INCORPORATION: NY   DATE OF INCORPORATION: 02/17/1981
ANNUAL SALES REVISION DATE: 06/16/2005
                         LATEST              TREND              BASE
                          YEAR               YEAR               YEAR
                                            (2003)             (2001)

SALES          $     68,200,000E  $            NA   $             NA
EMPLOYEES TOTAL:          800                  868                868
EMPLOYEES HERE:           500

   SALES GROWTH:  NA %   NET WORTH: $           NA
   EMPLOYMENT GROWTH:  NA %

SQUARE FOOTAGE: 21,000  Rented
SALES TERRITORY: U.S./Canada          NUMBER OF ACCOUNTS: 2,000
BANK: Hsbc USA Inc.                   BANK DUNS: 00-697-6732
THIS IS:

    A   MANUFACTURING LOCATION
    A   HEADQUARTERS LOCATION
    AN  ULTIMATE LOCATION
    A   CORPORATION

DUNS NUMBER:             00-296-8246
CORPORATE FAMILY DUNS:   00-296-8246

PRESIDENT:               Mezzalingua, John D   /Pres
VICE PRESIDENT:          Gorra, David   /Vice President
                         Conte, Michael   /Vice President
                         Rath, Arthur   /V P Corporate Communications
```

```
                                 Harrison, Wayne   /Vice President
SECRETARY:                       Mezzalingua, Laurie  /SEC
SALES:                           Lunduski, Ben   /Sales Manager
MARKETING-ADVERTISING:           Poda, Liz   /Marketing-Communications Mgr
MANUFACTURING:                   Rahner, David   /Manufacturing Engineer
FINANCE:                         Lawler, Mike   /Director Finance
PRODUCTION:                      Piechowicz, David   /Production Manager
DATA PROCESSING:                 Malak, Stephen   /Cto
                                 Kuberski, Mathew   /Web Project Manager
                                 Phillipe, Marx   /Web Project Manager
                                 Ameche, Kevin   /It Director
                                 Jackson, Dave   /It Director
                                 Cawley, Gail   /It Mgr
                                 Moore, Donald   /It Staff
ENGINEERING:                     Burhak, Olcen   /Engineer
                                 Rahner, David   /Manufacturing Engineer
PURCHASING:                      Parsons, Chris   /Director Purchasing
                                 Parsons, Chris   /Director Purchasing
EXECUTIVE VICE PRESIDENT:        Parella, Frank   /Executive Vice President
ACCOUNTING:                      Daly, Michael   /Accounting Manager
PERSONNEL-HUMAN RESOURCES:       Smith, Jeff   /Director Human Resources
                                 Mezzalingua, John D   /Pres
CHIEF FINANCIAL OFFICER:         Priddy, Richard   /Chief Financial Officer
SALES-MARKETING VP:              Connor, Rob   /V P Marketing
                                 Rath, Arthur   /V P Corporate Communications
MANUFACTURING-PRODUCTION VP:     Zuber, Lew   /V P Operations

LATEST UPDATE TO RECORD:         06/15/05
```

# EXHIBIT C

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Next List ] [ Bottom ] [ View Cart ]

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
**AN/mezzalingua:** 74 patents.
*Hits 1 through 50 out of 74*

[ Final 24 Hits ]

[ Jump To ]

[ Refine Search ]   an/mezzalingua

| PAT. NO. | Title |
|---|---|
| 1 D507,242 | Co-axial cable connector |
| 2 D506,446 | Co-axial cable connector |
| 3 6,887,103 | Compression connector for coaxial cable and method of installation |
| 4 D504,664 | Co-axial cable connector |
| 5 6,884,113 | Apparatus for making permanent hardline connection |
| 6 D504,402 | Co-axial cable connector |
| 7 D504,114 | Co-axial cable connector |
| 8 D504,113 | Nut seal assembly for a coaxial connector |
| 9 D503,685 | Co-axial cable connector |
| 10 6,848,940 | Connector and method of operation |
| 11 6,808,415 | Clamping and sealing mechanism with multiple rings for cable connector |
| 12 6,794,957 | CATV filter assembly with improved electrical grounding |
| 13 D495,663 | Locking terminator and port cap |
| 14 D495,662 | Locking terminator and port cap |
| 15 D495,661 | Locking terminator and port cap |
| 16 6,784,760 | Step attenuator using frequency dependent components and method of effecting signal attenuation |
| 17 6,780,052 | Compression connector for coaxial cable and method of installation |
| 18 6,769,926 | Assembly for connecting a cable to an externally threaded connecting port |
| 19 6,737,935 | Diplex circuit forming bandstop filter |
| 20 6,733,336 | Compression-type hard-line connector |

21 6,716,062 Coaxial cable F connector with improved RFI sealing
22 6,697,239 Ground fault circuit interrupter for coaxial drop cable and method of operation
23 6,683,773 High voltage surge protection element for use with CATV coaxial cable connectors
24 6,676,446 Connector and method of operation
25 6,600,900 System and method providing bi-directional communication services between a service provider and a plurality of subscribers
26 D475,977 Co-axial cable compression connector
27 D475,976 Co-axial cable compression connector
28 D475,975 Co-axial cable connector
29 6,558,194 Connector and method of operation
30 6,530,152 Tool for stripping coaxial cable
31 6,510,034 Spark gap device having multiple nodes
32 D468,696 Co-axial cable connector
33 6,491,546 Locking F terminator for coaxial cable systems
34 6,476,688 Filter assembly
35 D462,327 Co-axial cable connector
36 D462,060 Knurled sleeve for co-axial cable connector in open position
37 D462,058 Co-axial cable connector
38 D461,778 Co-axial cable connector
39 D461,167 Sleeve for co-axial cable connector
40 D461,166 Co-axial cable connector
41 D460,948 Sleeve for co-axial cable connector
42 D460,947 Sleeve for co-axial cable connector
43 D460,946 Sleeve for co-axial cable connector
44 D460,740 Sleeve for co-axial cable connector
45 D460,739 Knurled sleeve for co-axial cable connector in closed position
46 D458,904 Co-axial cable connector
47 6,380,826 Filter assembly
48 D437,826 Closed compression-type coaxial cable connector
49 D436,076 Open compression-type coaxial cable connector
50 6,153,830 Connector and method of operation



[Next List]  [Top]  [View Cart]
[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]

# USPTO Patent Full-Text and Image Database

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Prev. List ] [ Bottom ] [ View Cart ]

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
AN/mezzalingua: 74 patents.
*Hits 51 through 74 out of 74*

[ Prev. 50 Hits ]

[ Jump To ]

[ Refine Search ]   an/mezzalingua

```
PAT. NO.      Title
51 D432,993   Filter nut for a high-pass filter assembly
52 D432,090   Filter nut for a high-pass filter assembly
53 D432,089   Filter nut for a high-pass filter assembly
54 D432,088   Filter nut for a high-pass filter assembly
55 D432,087   Filter nut for a high-pass filter assembly
56 D431,812   Filter nut for a high-pass filter assembly
57 5,692,090  Fiber optic cable end connector
58 5,632,651  Radial compression type coaxial cable end connector
59 5,571,028  Coaxial cable end connector with integral moisture seal
60 5,470,257  Radial compression type coaxial cable end connector
61 5,456,614  Coaxial cable end connector with signal seal
62 5,444,810  Fiber optic cable end connector
63 5,431,583  Weather sealed male splice adaptor
64 5,393,244  Twist-on coaxial cable end connector with internal post
65 5,371,827  Fiber optic cable end connector with clamp means
66 5,371,821  Fiber optic cable end connector having a sealing grommet
67 5,371,819  Fiber optic cable end connector with electrical grounding means
68 5,315,684  Fiber optic cable end connector
69 5,283,853  Fiber optic end connector
70 5,278,525  Electrical filter with multiple filter sections
71 5,073,129  Coaxial cable end connector
```

72 4,990,106   Coaxial cable end connector
73 4,892,275   Trap bracket assembly
74 4,676,577   Connector for coaxial cable

| Prev. List | Top | View Cart |
| Home | Quick | Advanced | Pat Num | Help |

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE



*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**an/mezzalingua:** 5 applications.
*Hits 1 through 5 out of 5*

[ Jump To ]

[ Refine Search ]   an/mezzalingua

PUB. APP. NO.   Title
1  20050042919   Environmentally protected and tamper resistant CATV drop connector
2  20050032422   Compression connector for coaxial cable and method of installation
3  20050003706   Compression connector for coaxial cable and method of installation
4  20030025283   Connector and Method of Operation
5  20020030329   CONNECTOR AND METHOD OF OPERATION

# EXHIBIT D

U.S. Party/Case Index Civil Name Search Results                                                   Page 1 of 3

# U.S. Party/Case Index

## Civil Name Search Results

35 Total Party matches for selection JOHN MEZZALINGUA NOS 830 for ALL COURTS
Search Complete
Thu Jul 21 11:59:55 CDT 2005
Selections 1 through 35 (Page 1)

●Download (1 pages $0.00)

| # | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | JOHN MEZZALINGUA | azdc | 2:2001cv01566 | 08/21/2001 | 830 | 02/25/2004 |
| | JOHN MEZZALINGUA vs. CORNING GILBERT INC | | | | | |
| 2 | JOHN MEZZALINGUA | flsdc | 0:2001cv06752 | 05/04/2001 | 830 | 02/18/2003 |
| | JOHN MEZZALINGUA vs. THOMAS & BETTS CORP. | | | | | |
| 3 | JOHN MEZZALINGUA | flsdc | 0:2001cv06753 | 05/04/2001 | 830 | 08/15/2001 |
| | JOHN MEZZALINGUA vs. GILBERT ENGINEERING | | | | | |
| 4 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1992cv00528 | 04/22/1992 | 830 | 11/04/1992 |
| | J. MEZZALINGUA ASSOC vs. LRC ELEC., INC. | | | | | |
| 5 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1992cv00529 | 04/22/1992 | 830 | 01/14/1993 |
| | J. MEZZALINGUA ASSOC vs. PYRAMID CONNECTORS | | | | | |
| 6 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1992cv00529 | 04/22/1992 | 830 | 01/14/1993 |
| | J. MEZZALINGUA ASSOC vs. PYRAMID CONNECTORS | | | | | |
| 7 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1994cv00815 | 06/29/1994 | 830 | 09/25/1998 |
| | JOHN MEZZALINGUA ASC, ET AL vs. CABEL-CON, INC. | | | | | |
| 8 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1994cv00815 | 06/29/1994 | 830 | 09/25/1998 |
| | JOHN MEZZALINGUA ASC, ET AL vs. CABEL-CON, INC. | | | | | |
| 9 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1998cv01051 | 12/21/2000 | 830 | 01/31/2001 |
| | LRC ELEC., INC. vs. JOHN MEZZALINGUA ASC | | | | | |
| 10 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1998cv01051 | 12/21/2000 | 830 | 01/31/2001 |
| | LRC ELEC., INC. vs. JOHN MEZZALINGUA ASC | | | | | |
| 11 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1995cv01661 | 11/22/1995 | 830 | 01/31/2001 |
| | LRC ELEC., INC. vs. JOHN MEZZALINGUA ASC | | | | | |
| 12 | JOHN MEZZALINGUA ASSOC. INC. | nyndce | 5:1995cv01661 | 11/22/1995 | 830 | 01/31/2001 |
| | LRC ELEC., INC. vs. JOHN MEZZALINGUA ASC | | | | | |
| 13 | JOHN MEZZALINGUA ASSOCIATES INC. | dedce | 1:2005cv00357 | 06/03/2005 | 830 | |
| | ARROW COMMUNICATION LABORATORIES INC. vs. JOHN MEZZALINGUA ASSOCIATES INC. | | | | | |
| 14 | JOHN MEZZALINGUA ASSOCIATES INC. | dedce | 1:2005cv00357 | 06/03/2005 | 830 | |
| | ARROW COMMUNICATION LABORATORIES INC. vs. JOHN MEZZALINGUA ASSOCIATES INC. | | | | | |
| 15 | JOHN MEZZALINGUA ASSOCIATES, INC | wiwdc | 3:2003cv00353 | 07/01/2003 | 830 | 02/18/2004 |
| | JOHN MEZZALINGUA ASSOCIATES, INC vs. ARRIS INTERNATIONAL, INC. | | | | | |
| 16 | JOHN MEZZALINGUA ASSOCIATES, INC | wiwdc | 3:2003cv00353 | 07/01/2003 | 830 | 02/18/2004 |
| | JOHN MEZZALINGUA ASSOCIATES, INC vs. ARRIS INTERNATIONAL, INC. | | | | | |

| # | Party | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 17 | JOHN MEZZALINGUA ASSOCIATES, INC | wiwdc | 3:2003cv00354 | 07/01/2003 | 830 | 12/05/2003 |
| | JOHN MEZZALINGUA ASSOCIATES, INC vs. CORNING GILBERT, INC. | | | | | |
| 18 | JOHN MEZZALINGUA ASSOCIATES, INC | wiwdc | 3:2003cv00354 | 07/01/2003 | 830 | 12/05/2003 |
| | JOHN MEZZALINGUA ASSOCIATES, INC vs. CORNING GILBERT, INC. | | | | | |
| 19 | JOHN MEZZALINGUA ASSOCIATES, INC. | okndce | 4:2005cv00146 | 03/17/2005 | 830 | 04/12/2005 |
| | JOHN MEZZALINGUA ASSOCIATES, INC. vs. PRO BRAND INTERNATIONAL, INC. | | | | | |
| 20 | JOHN MEZZALINGUA ASSOCIATES, INC. | flmdce | 3:2001cv00482 | 05/04/2001 | 830 | 01/22/2002 |
| | JOHN MEZZALINGUA vs. ANTEC CORPORATION | | | | | |
| 21 | JOHN MEZZALINGUA ASSOCIATES, INC. | flmdce | 3:2001cv00482 | 05/04/2001 | 830 | 01/22/2002 |
| | JOHN MEZZALINGUA vs. ANTEC CORPORATION | | | | | |
| 22 | JOHN MEZZALINGUA ASSOCIATES, INC. | nyndce | 5:2005cv00703 | 06/06/2005 | 830 | |
| | JOHN MEZZALINGUA ASSOCIATES, INC. vs. ARROW COMMUNICATIONS LABORATORIES, INC. | | | | | |
| 23 | JOHN MEZZALINGUA ASSOCIATES, INC. | nyndce | 5:1999cv01320 | 08/20/1999 | 830 | 02/01/2002 |
| | EAGLE COMTRONICS vs. JOHN MEZZALINGUA, ET AL | | | | | |
| 24 | JOHN MEZZALINGUA ASSOCIATES, INC. | nyndce | 5:1999cv01320 | 08/20/1999 | 830 | 02/01/2002 |
| | EAGLE COMTRONICS vs. JOHN MEZZALINGUA, ET AL | | | | | |
| 25 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2003cv01412 | 07/29/2003 | 830 | 12/11/2003 |
| | INTERNATIONAL COMM, ET AL vs. JOHN MEZZALINGUA ASS | | | | | |
| 26 | JOHN MEZZALINGUA ASSOCIATES, INC. | azdc | 2:2001cv01566 | 08/21/2001 | 830 | 02/25/2004 |
| | JOHN MEZZALINGUA vs. CORNING GILBERT INC | | | | | |
| 27 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2003cv01582 | 08/18/2003 | 830 | 12/11/2003 |
| | HOLLIDAY, ET AL vs. JOHN MEZZALINGUA, ET AL | | | | | |
| 28 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2001cv02061 | 10/17/2001 | 830 | 02/12/2004 |
| | ARRIS INTL INC, ET AL vs. JOHN MEZZALINGUA ASS | | | | | |
| 29 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2001cv02061 | 10/17/2001 | 830 | 02/12/2004 |
| | ARRIS INTL INC, ET AL vs. JOHN MEZZALINGUA ASS | | | | | |
| 30 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2001cv02061 | 10/17/2001 | 830 | 02/12/2004 |
| | ARRIS INTL INC, ET AL vs. JOHN MEZZALINGUA ASS | | | | | |
| 31 | JOHN MEZZALINGUA ASSOCIATES, INC. | tnwdce | 2:2005cv02333 | 05/04/2005 | 830 | |
| | THOMAS & BETTS INTERNATIONAL, INC. vs. JOHN MEZZALINGUA ASSOCIATES, INC. | | | | | |
| 32 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2001cv02484 | 12/21/2001 | 830 | 02/11/2004 |
| | JOHN MEZZALINGUA ASS vs. INTL COMM MANUF CORP, ET AL | | | | | |
| 33 | JOHN MEZZALINGUA ASSOCIATES, INC. | codce | 1:2001cv02484 | 12/21/2001 | 830 | 02/11/2004 |
| | JOHN MEZZALINGUA ASS vs. INTL COMM MANUF CORP, ET AL | | | | | |
| 34 | JOHN MEZZALINGUA ASSOCIATES, INC. | flsdc | 0:2001cv06752 | 05/04/2001 | 830 | 02/18/2003 |
| | JOHN MEZZALINGUA vs. THOMAS & BETTS CORP. | | | | | |
| 35 | JOHN MEZZALINGUA ASSOCIATES, INC. | flsdc | 0:2001cv06753 | 05/04/2001 | 830 | 08/15/2001 |
| | JOHN MEZZALINGUA vs. GILBERT ENGINEERING | | | | | |

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/21/2005 11:59:55 |

# EXHIBIT E

Syracuse Hancock International Airport                                                     Page 1 of 2

Flights Found
Syracuse Hancock International Airport to Philadelphia, PA, USA - All Airports
Departing 1 August 2005 from 05:30 onwards.

**Direct Flights**

---

★ Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

| | | |
|---|---|---|
| **Flight:** | US 4037 (US Airways) ★ | |
| Depart: | Syracuse | 1 Aug 05:30 |
| Arrive: | Philadelphia International Apt | 1 Aug 06:50 |
| Aircraft: | DH3 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 20mins |
| **Flight:** | UA 3861 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 05:30 |
| Arrive: | Philadelphia International Apt | 1 Aug 06:50 |
| Aircraft: | DH3 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 20mins |
| **Flight:** | US 1023 (US Airways) | |
| Depart: | Syracuse | 1 Aug 07:00 |
| Arrive: | Philadelphia International Apt | 1 Aug 08:07 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |
| **Flight:** | UA 1967 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 07:00 |
| Arrive: | Philadelphia International Apt | 1 Aug 08:07 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |
| **Flight:** | US 251 (US Airways) | |
| Depart: | Syracuse | 1 Aug 09:40 |
| Arrive: | Philadelphia International Apt | 1 Aug 10:47 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |
| **Flight:** | UA 3120 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 09:40 |
| Arrive: | Philadelphia International Apt | 1 Aug 10:47 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |
| **Flight:** | US 1711 (US Airways) ★ | |
| Depart: | Syracuse | 1 Aug 11:45 |
| Arrive: | Philadelphia International Apt | 1 Aug 12:51 |
| Aircraft: | E70 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 6mins |

| | | |
|---|---|---|
| **Flight:** | US 3021 (US Airways) ★ | |
| Depart: | Syracuse | 1 Aug 12:30 |
| Arrive: | Philadelphia International Apt | 1 Aug 13:36 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 6mins |

| | | |
|---|---|---|
| **Flight:** | UA 3932 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 12:30 |
| Arrive: | Philadelphia International Apt | 1 Aug 13:36 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 6mins |

| | | |
|---|---|---|
| **Flight:** | US 1119 (US Airways) | |
| Depart: | Syracuse | 1 Aug 17:40 |
| Arrive: | Philadelphia International Apt | 1 Aug 18:47 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |

| | | |
|---|---|---|
| **Flight:** | UA 1792 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 17:40 |
| Arrive: | Philadelphia International Apt | 1 Aug 18:47 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 7mins |

| | | |
|---|---|---|
| **Flight:** | US 3229 (US Airways) ★ | |
| Depart: | Syracuse | 1 Aug 20:20 |
| Arrive: | Philadelphia International Apt | 1 Aug 21:26 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 6mins |

| | | |
|---|---|---|
| **Flight:** | UA 4336 (United Airlines) ★ | |
| Depart: | Syracuse | 1 Aug 20:20 |
| Arrive: | Philadelphia International Apt | 1 Aug 21:26 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 6mins |

[New Selection]        [Connecting Flights]        [Return Flights]

Schedules Updated Every Day
Schedule Display Services provided by OAG Flight Engine
Schedule data Copyright © 2005 OAG Worldwide Limited. All rights reserved.

Syracuse Hancock International Airport                                                                 Page 1 of 2

Flights Found
Philadelphia, PA, USA - All Airports to Syracuse Hancock International Airport
Departing 1 August 2005 from 07:45 onwards.

**Direct Flights**

★ Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

| | | |
|---|---|---|
| **Flight:** | US 1177 (US Airways) | |
| Depart: | Philadelphia International Apt | 1 Aug 07:45 |
| Arrive: | Syracuse | 1 Aug 09:00 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 15mins |

| | | |
|---|---|---|
| **Flight:** | UA 1855 (United Airlines) ★ | |
| Depart: | Philadelphia International Apt | 1 Aug 07:45 |
| Arrive: | Syracuse | 1 Aug 09:00 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 15mins |

| | | |
|---|---|---|
| **Flight:** | US 1620 (US Airways) ★ | |
| Depart: | Philadelphia International Apt | 1 Aug 09:55 |
| Arrive: | Syracuse | 1 Aug 11:13 |
| Aircraft: | E70 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 18mins |

| | | |
|---|---|---|
| **Flight:** | US 3022 (US Airways) ★ | |
| Depart: | Philadelphia International Apt | 1 Aug 15:00 |
| Arrive: | Syracuse | 1 Aug 16:11 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 11mins |

| | | |
|---|---|---|
| **Flight:** | UA 3898 (United Airlines) ★ | |
| Depart: | Philadelphia International Apt | 1 Aug 15:00 |
| Arrive: | Syracuse | 1 Aug 16:11 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 11mins |

| | | |
|---|---|---|
| **Flight:** | US 886 (US Airways) | |
| Depart: | Philadelphia International Apt | 1 Aug 15:45 |
| Arrive: | Syracuse | 1 Aug 16:55 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 10mins |

| | | |
|---|---|---|
| **Flight:** | UA 3104 (United Airlines) ★ | |
| Depart: | Philadelphia International Apt | 1 Aug 15:45 |
| Arrive: | Syracuse | 1 Aug 16:55 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 10mins |

| | | |
|---|---|---|
| **Flight:** | US 3220 (US Airways) ✯ | |
| Depart: | Philadelphia International Apt | 1 Aug 18:25 |
| Arrive: | Syracuse | 1 Aug 19:45 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 20mins |

| | | |
|---|---|---|
| **Flight:** | UA 3901 (United Airlines) ✯ | |
| Depart: | Philadelphia International Apt | 1 Aug 18:25 |
| Arrive: | Syracuse | 1 Aug 19:45 |
| Aircraft: | ERJ | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 20mins |

| | | |
|---|---|---|
| **Flight:** | US 1220 (US Airways) | |
| Depart: | Philadelphia International Apt | 1 Aug 19:55 |
| Arrive: | Syracuse | 1 Aug 21:10 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 15mins |

| | | |
|---|---|---|
| **Flight:** | UA 1834 (United Airlines) ✯ | |
| Depart: | Philadelphia International Apt | 1 Aug 19:55 |
| Arrive: | Syracuse | 1 Aug 21:10 |
| Aircraft: | 734 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 15mins |

| | | |
|---|---|---|
| **Flight:** | US 4020 (US Airways) ✯ | |
| Depart: | Philadelphia International Apt | 1 Aug 22:40 |
| Arrive: | Syracuse | 1 Aug 23:59 |
| Aircraft: | DH3 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 19mins |

| | | |
|---|---|---|
| **Flight:** | UA 3479 (United Airlines) ✯ | |
| Depart: | Philadelphia International Apt | 1 Aug 22:40 |
| Arrive: | Syracuse | 1 Aug 23:59 |
| Aircraft: | DH3 | Stops: Non-Stop |
| Click here for details | | Travel Time: 1hr 19mins |

[New Selection]   [Connecting Flights]   [Return Flights]

Schedules Updated Every Day
Schedule Display Services provided by OAG Flight Engine
Schedule data Copyright © 2005 OAG Worldwide Limited. All rights reserved.