# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ARROW COMMUNICATION LABORATORIES, INC.** a New York corporation | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 1:05-357-SLR** |
| **vs.** | ) ) | |
| **JOHN MEZZALINGUA ASSOCIATES, INC.** a Delaware corporation | ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF GREGORY A. TRESNESS
## IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

I declare under penalty of perjury that the following is true and correct:

1.    I am the President of the Plaintiff, Arrow Communication Laboratories, Inc., doing business under the name, ARCOM.

2.    I make this declaration in opposition to the Defendant's motion to transfer this action to the Northern District of New York.

3.    ARCOM is a supplier of electronic filters to the Cable Television industry. The patent-in-suit, U.S. Patent No. 5,745,838 (hereafter "the '838 patent"), is directed to one of the electronic filters that ARCOM supplies, called a "step attenuator."

4.    The step attenuator is a filter inserted into the cable television network near each cable subscriber's home to improve two-way communications in the network, so that high-speed

Internet, digital telephone, home security, video-on-demand, and pay-per-view services are possible and are delivered reliably and at an acceptable level of performance.

5.      The Defendant, John Mezzalingua Associates, Inc., d/b/a PPC, was previously accused of infringing the '838 patent in 1998 for manufacturing and selling a step attenuator under the model numbers TSA 3-505, TSA 3-508 and TSA 3-511. This dispute was ultimately settled, and the settlement was memorialized in a written agreement signed by PPC's Vice President and General Counsel, Stephen Malak, on February 12, 2001. Under Paragraph 2 of the agreement, PPC agreed not to manufacture, use, offer to sell, advertise for sale, sell, or import into the U.S., any filter circuit that falls within the protection of the '838 patent. PPC made a substantial settlement payment under the agreement and agreed to be audited twice a year for two years. A true and correct copy of the agreement is attached to this declaration as **Exhibit A**.

6.      PPC and ARCOM are direct competitors in the field of electronic filters for the Cable Television industry. One of my many responsibilities as President of ARCOM is to learn as much as I can about ARCOM's competitors. What I have learned about PPC is that they are conducting business throughout the country and in several other countries. Sample pages of PPC's Website have been collected and attached to this declaration as **Exhibit B**. On its Website, PPC claims to be the telecommunications industry's leading supplier of filters products. (Exh. B, p.1). PPC says that its "products connect the world with cable TV, telephony, and through the Internet." (Exh. B, p. 1). PPC claims to have "[g]lobal connections." (Exh. B, p. 2). PPC states that it manufactures filters "for cable and telephone industries worldwide." (Exh. B, p. 2). PPC has a section on its Website called "PPC Worldwide." There, it lists eight overseas sales offices, including offices in Denmark, Germany, Spain & Portugal, UK, Brazil, Uruguay,

Philippines, and India. (Exh. B, pp. 3-4).   PPC further boasts that it has "25+ sales offices, along with factories in the US and Denmark and a joint venture in St. Kitts." (Exh. B, p.2).

7.      Comcast Corporation is a customer of both ARCOM and PPC.  Comcast states that it is the nation's leading provider of cable, entertainment and communications products and services, serving more than 21.5 million cable subscribers and more than 7.4 million high-speed Internet customers.  A Comcast fact sheet with this information is attached to this declaration as **Exhibit C**.  Upon information and belief, Comcast Corporation has over 200,000 subscribers in the State of Delaware.  This number is supported by a news article dated February 8, 2004 and a cable industry reference book entitled, "Television & Cable Factbook 2005, The Authoritative Reference for the Television, Cable and Electronics Industries,' pp. D-242-43.   Relevant portions of these references are attached to this declaration as **Exhibit D.**

8.      It is expected that Comcast Corporation will be a major purchaser of step attenuators for use in its cable networks, including those in Delaware.

9.      I chose the District of Delaware, rather than the Northern District of New York, for this patent infringement action for a number of reasons.  First, I understand that the volume of patent infringement cases is greater in the District of Delaware than it is in the Northern District of New York, and that the judges in the District of Delaware are very experienced in patent litigation and knowledgeable about the intricacies of patent law.  Correct interpretation of the claims of the '838 patent and confirmation of their validity will have a major financial impact on ARCOM.

10.     A second reason for choosing Delaware was that I was advised that patent infringement cases move more quickly in the District of Delaware than they do in the Northern District of New York.  The period from filing a complaint to trial is an important factor to

3

ARCOM, because I expect that this case will go to trial. If the time to trial is relatively short, the expense of litigation will be less and, more importantly, the uncertainty in the marketplace will be resolved more quickly. ARCOM needs a speedy resolution to this matter because the market for step attenuators is about to take off.

11.     A further reason for choosing Delaware was that PPC is a Delaware corporation and I was advised that venue would be proper in the District of Delaware.

12.     On June 3, 2005, at 4:00 PM, I sent an email to the President of PPC, John Mezzalingua, informing him, unequivocally, that ARCOM had indeed filed a complaint for patent infringement against PPC in Delaware.

13.     If the Tresness Irrevocable Patent Trust becomes involved in this action, the trustee of the Trust, Arnold J. Hodes, has agreed to appear at trial if he is asked to appear and his appearance is deemed necessary.

Executed in Syracuse, New York on this __27th__ day of July 2005.

_____
Gregory A. Tresness

4

# EXHIBIT A

## SETTLEMENT AGREEMENT

**AGREEMENT** made by and between the TRESNESS IRREVOCABLE PATENT TRUST, a trust organized under the laws of New York State with an office at 2030 Erie Boulevard East, Syracuse, New York 13224 (hereinafter "TRESNESS"), and JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, a New York corporation having a principal place of business at 6176 East Molloy Road, East Syracuse, New York, 13057-0278 (hereinafter "PPC").

## W I T N E S S E T H

**WHEREAS**, TRESNESS is the title owner of U.S. Patent No. 5,745,838, dated April 28, 1998, and entitled "Return Path Filter" (hereinafter "the `838 Patent");

**WHEREAS**, TRESNESS has alleged that PPC infringed the `838 Patent by manufacturing and selling step attenuators, and PPC has denied any such infringement;

**WHEREAS**, TRESNESS and PPC wish to avoid the expense and distraction of patent infringement litigation, and have agreed to settle their differences on the terms and conditions set forth hereinbelow;

**NOW THEREFORE**, in consideration of the above recitals and the following promises, covenants and representations, the parties hereby agree as follows:

1.    **Representation**.  PPC hereby warrants and represents that PPC and its subsidiaries and divisions sold no more than 303,572 "Tiny Series" step attenuators, comprised of models TSA 3-505, TSA 3-508 and TSA 3-511 (hereinafter "TSA Step Attenuators").  The parties hereto agree that the representations made herein by PPC do not constitute, and are not to be interpreted as, an admission of patent infringement or any other liability.

2.    **Cease and Desist**.  For the remaining term of the `838 Patent, PPC and its subsidiaries and divisions, their respective successors and assigns, shall not manufacture, use, offer to sell, advertise for sale, or sell, in the United States, its territories and possessions, and shall not import into the United States, its territories and possessions, TSA Step Attenuators or any other filter circuit that falls within the protection of the `838 Patent.

3.    **Settlement Payment**.  PPC shall pay to TRESNESS, as a settlement of TRESNESS' patent infringement claim, the sum of $182,143.20 ("Settlement Amount"), which represents 60 cents per Step Attenuator manufactured or sold by PPC and its affiliates.  TRESNESS has agreed to the Settlement Amount in reliance upon PPC's representations made in Paragraph 1.  Payment of the Settlement Amount will be made in two installments, as follows: (a) $91,071.60 upon execution of this Agreement by PPC; and (b) $91,071.60 due by June 1, 2001.  If the second installment is not paid by June 1, 2001, it will be deemed late, and under such circumstances, PPC shall pay, as liquidated damages, $50 per day for each day the second installment is late.

4.    **Audits.**  TRESNESS has the right, from the date of this Agreement until the second anniversary date of this Agreement, at reasonable times during normal business hours, but not more often than two (2) times per year, to conduct an audit of PPC's books and records, and those of its subsidiaries and divisions, for the purpose of verifying the number of TSA Step Attenuators sold by PPC and its subsidiaries and divisions as of the date of this Agreement.  PPC shall pay to TRESNESS 60 cents per each additional TSA Step Attenuator over the originally represented 303,572 units, and the cost of any such audit shall be paid by PPC if the results thereof show that the number of TSA Step Attenuators sold by PPC as of the date of this Agreement exceeded 303,572 by more than five percent (5%).  If either party to this agreement discovers information indicating that before the date of this Agreement more than 303,572 TSA Step Attenuators have been sold by PPC or any of its subsidiaries or divisions, that party shall promptly notify the other party of this discovery, and, after an independent audit of the sales figures, PPC shall pay to TRESNESS 60 cents per each additional TSA Step Attenuator over the 303,572, and the cost of such audit shall be paid by PPC if the number of TSA Step Attenuators that exceeds 303,572 is more than five perent (5%).  Any auditor retained by TRESNESS to undertake an audit pursuant to this paragraph shall be an independent auditor, one who is not providing auditing services to TRESNESS, Arcom or any of Arcom's directors, and the only report the auditor shall relay to TRESNESS is the accuracy of the count of attenuators manufactured and sold.  The language in this paragraph and throughout this entire Agreement shall not be construed as granting any license to PPC under the `838 Patent.                .

5.    **Release**.  Subject to the conditions stated herein, TRESNESS releases and discharges PPC and its subsidiaries and divisions, their respective successors and assigns, from all causes of action, claims, damages, and other liabilities, arising out of the manufacture and sale of the 303,572 TSA Step Attenuators.

6.    **Law Governing**.  This Agreement shall be construed, enforced and otherwise governed in accordance with the laws of New York State.

7.    **Binding Effect**.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, representatives, successors and assigns.

8.    **Entire Agreement**.  This Agreement embodies the entire agreement and understanding between the parties hereto, and supersedes and terminates all prior agreements or understandings between them with respect to the subject matter herein.

9.    **Counterparts**.  This Agreement may be executed in two or more counterparts each of which shall be deemed an original, and all of which together shall constitute a single document.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed as of the dates indicated by their respective hands and seals.

**TRESNESS IRREVOCABLE
PATENT TRUST**

By: _____
      ARNOLD I. HODES
      CO-TRUSTEE

Date: _____2-14-01_____

**JOHN MEZZALINGUA ASSOC., INC.**

By: _____
      STEPHEN MALAK
      VICE-PRESIDENT

Date: _____2-12-01_____

3

# EXHIBIT B



| Online Catalog | PPC Careers | Tech Center | About Us | Contact Us | Resources |

# Welcome

## PROVEN INDUSTRY LEADER

PPC has been there always to serve the cable television industry. More than a half a century ago, pioneering engineers and operators depended on PPC to develop and manufacture the CATV equipment they needed.

PPC is the telecommunications industry's leading supplier of connectors, traps, filters, and fiber optics products. The Best-known names in the business rely on PPC Products.

PPC's products connect the world with cable TV, telephony, and through the Internet.

Spanish

Copyright © 2001, John Mezzalingua Associates, Inc. All rights reserved.



| Online Catalog | PPC Careers | Tech Center | About Us | Contact Us | Resources |

This Is PPC
PPC Worldwide

# Tradition
## Privately Owned and Operated,
## Having Global Connections

PPC, a division of John Mezzalingua Associates, Inc., is a privately held and family operated company that has been manufacturing precision products for over 60 years. It was originally called "Production Products Company."

As the cable industry emerged in the 1950s, PPC designed and engineered coaxial connectors for the very first broadband networks. Its products were sold under the brand names of Scientific Atlanta, Jerrold, and Magnavox. Craftsman Electronics, a division it added, made taps and amplifiers. What emerged from that product line became known as Magnavox CATV and was divested to Philips in 1970.

PPC now designs and manufactures hardline and drop connectors, traps and filters, and fiber optic products for cable and telephone industries worldwide.

**This Is PPC**



PPC doubled its revenues and production capability in the late 1990's.

**PPC Worldwide**



Worldwide, PPC has 25+ sales offices, along with factories in the US and Denmark and a joint venture in St. Kitts.

Home | Spanish

Copyright © 2001, John Mezzalingua Associates, Inc. All rights reserved.



# PPC Worldwide

**Get Connected with PPC's Global Connections**

Contact the office nearest you, or send message to international@ppc-online.com.

For directions to PPC Corporate Headquarters in Syracuse, NY, please follow the link.



**Corporate Headquarters - Syracuse, NY**
TEL: 315-431-7200
ALT: 800-800-6652
FAX: 315-431-7201
NET: mailto:customerservice@ppc-online.com

**PPC Denmark**
TEL: 45-55-99-17-22
FAX: 45-55-99-27-22
NET: http://www.ppc.dk

**PPC Germany**
TEL: 49-741-6056
FAX: 49-741-6058

**PPC Spain & Portugal**
TEL: 34-91-579-3514
FAX: 34-91-567-1800

**PPC UK**
TEL: 44-1773-513-373
FAX: 44-1773-513-356

**PPC Brazil**
TEL: 55-21-2492-3297
FAX: 55-21-2492-3297

**PPC Uruguay**
TEL: 598-2-707-8155
FAX: 598-2-707-8156

**PPC Philippines**
TEL: 632-671-41-86
FAX: 632-651-24-96

**PPC India**
TEL: 91-11-648-8856
ALT: 91-11-621-5961
MOBILE: 91-9810191888
FAX: 91-11-623-0083

Home | Spanish                    Copyright © 2001, John Mezzalingua Associates, Inc. All rights reserved.

# EXHIBIT C

 **PRESS ROOM**

Entertainment
Products
My Membership
Support & Service
Corporate/Careers

Press Room
Investor Relations
In the Community
Careers
Diversity

About Us

Releases & News
Corporate Information
Cable Information
Comcast Companies
Logos

## Factsheet

Comcast is the nation's leading provider of cable, entertainment and communications products and services, serving more than 21.5 million cable subscribers and more than 7.4 million high-speed Internet customers. Comcast serves 1.2 million cable telephone subscribers. Comcast is principally involved in the development, management and operation of broadband cable networks and the creation and delivery of programming content. Comcast provides basic cable, digital cable, high-speed Internet and digital phone services.

The Company's content networks and investments include E! Entertainment Television, Style Network, The Golf Channel, Outdoor Life Network, G4, AZN Television, PBS KIDS Sprout, TV One and four Comcast SportsNets. The Company also has a majority ownership in Comcast-Spectacor, whose major holdings include the Philadelphia Flyers NHL hockey team, the Philadelphia 76ers NBA basketball team and two large multipurpose arenas in Philadelphia.

| | |
|---|---|
| Comcast Corporation | **Employees:** 74,000 total |
| 1500 Market Street | 59,000 cable |
| Philadelphia, PA 19102 | 15,000 content & other |

Comcast was first incorporated in the state of Pennsylvania in 1969.

### Customers

» 21.5 million cable customers in 35 states
» 8.8 million digital cable customers
» 7.4 million high-speed Internet customers
» 1.2 million digital phone customers
» Comcast serves customers in 35 states and the District of Columbia

**CORPORATE INFORMATION**
Fact Sheet
Key Events
Board of Directors
Executive Bios
Speeches

**CONTACT US**
Media Contacts
E-mail Alerts

© 2004 Comcast Corporation     Investor Relations     Press Room     Privacy Statement     Visitor Agreement

# EXHIBIT D

www.delawareonline.com   The News Journal : BUSINESS : Atlantic plans Delmarva ca.   Page 1 of 5

Case 1:05-cv-00357-SLR    Document 15    Filed 08/01/2005    Page 17 of 22

| home | NewsJournal | entertainment | homes | cars | jobs | shopping | classifieds | directory | MY NewsJour |

www.delawareonline.com
**The News Journal**

**TODAY IS Monday, September 27 , 2004**

HOME
The News Journal
▼
Local
Business
Sports
High School Sports
Life & Leisure
Opinion
U.S./World
Technology
Health
Obituaries
Celebrations
Traffic
Weather
Schools
Government
Births
Divorces
Lottery
Police news
Fire calls
Archive
Delaware Info
Blogs
Forums
**Entertainment**
Homes
Cars
Jobs
Shopping
Classifieds
Delaware Directory
Help
Spark

# Business News

need help? h

## Atlantic plans Delmarva cable upgrade
Help on the way for Middletown-area TV watchers

**By STEVEN CHURCH**
Staff reporter
02/08/2004

Sometime in early March, a new company will be running cable television service in the Middletown area, an idea likely to appeal to customers who have clamored for better service for years.

Atlantic Broadband LLC will pay Charter Communications Inc. $765 million for cable systems in five states, including Delaware, that serve about 235,000 customers.

Once the deal is complete, Atlantic plans to spend $7.1 million to upgrade the system on the Delmarva Peninsula over the next two years.

Chief Executive Officer David Keefe said he spent two weeks in January raising money from investors to help ensure the company can bring all of its systems up to current standards, especially the network that serves Middletown and the surrounding area. "This is the one that is in the worst shape," Atlantic's Chief Financial Officer Patrick Bratton said.

In the last two years, Charter has had more complaints per customer than its larger rivals in Delaware, Comcast and Mediacom, which offer more services over modern networks.

"That is something that we are going to address," Bratton said.

Charter has about 7,000 subscribers in Delaware, according to the Public Service Commission, and its territory stretches from the Chesapeake & Delaware Canal to Townsend, one of the fastest growing areas of the state. That potential for growth is what attracted Atlantic Broadband to the market, Keefe said.

Charter officials acknowledge the complaints, but say they inherited the problems when they bought the cable system in 1999 from T. W. Fanch-One Co. Since then Charter said it has spent millions to add more fiber-optic cable and improve equipment to provide digital cable services. Matt Favre, Charter general manager for the region, said the next step in the process would have been to install the equipment necessary for high-speed Internet service.

"It's not like we haven't made a major investment there," Favre said

Because the Delaware and Maryland service area is isolated from Charter's other territories, the company decided to sell when Atlantic showed an interest, Favre said.

Charter's 23,000 customers in Maryland and Delaware cannot receive high-speed Internet services or high-definition television. Verizon provides high-

**SEARCH**
[ ] GO
◉ Website (7 days)
○ Archive (1999- )
Advanced search >>



(From left) Patrick Bratton,
Atlantic Broadband, confer
Jr., president and chief ope
Steve Grossman, vice pres
at their offices in Quincy, M



Atlantic
David K
and ma
broadba
countrie



Steve G
preside
manage
Delawa
includir

Preside
Officer
helped

www.delawareonline.com The News Journal : BUSINESS : Atlantic plans Delmarva ca.    Page 2 of 3

Case 1:05-cv-00357-SLR    Document 15    Filed 08/01/2005    Page 18 of 22

Subscribe now
Auctions
Bookstore
Coupons
Contests
Interact
Feedback

speed Internet service through Digital Subscriber Line (DSL) technology to parts of Charter's territory. Verizon has been expanding its DSL network throughout the state in a bid to compete with cable modem service, company spokesman Ells Edwards said.



Internet
compar

Satellite television companies also compete against Charter. Keefe said that one of his goals is to get back some of the subscribers who have abandoned Charter for satellite companies like DirecTV and Dish Network. "We're certainly going to be very competitive," Keefe said.

There are about 42,000 satellite television subscribers in Delaware.



In 2002 and 2003, state regulators got 28 complaints about the company, or about one for every 250 customers. Comcast, the biggest cable company in Delaware with 220,000 subscribers, had about one complaint for every 970 customers, while Mediacom, with 25,700 subscribers, had one for every 857.

Atlantic heard the complaints firsthand at a town meeting in Odessa, where residents feel they have been missing out on services like high-speed Internet technology, Mayor Rebecca Tulloch said. If a municipality like Odessa finds that a prospective owner is not qualified, it can refuse to grant the new company a franchise, which is why Atlantic officials visited Odessa. Residents turned out to tell the company that they expected more from Atlantic than they had gotten from Charter.

"The fear was that we were just going to get a different company name," Tulloch said. She said she feels more hopeful about Atlantic than she did about Charter. Odessa is one of the few towns in New Castle County with only limited access to high-speed Internet service. Verizon serves only part of the town and satellite Internet service is considered less reliable than telephone or cable broadband.

Some other Charter subscribers are not so optimistic about Atlantic's takeover.

Because the company would not provide any promises about upgrades to Odessa in writing, Anthony Manista said he has no reason to believe Atlantic will be any better.

"Respectfully, everything they have said, we have heard before," Manista said.

Charter vice president for government regulations, Donna Garofano, said it was not necessary for the company to provide a written promise to Odessa's residents. That would needlessly complicate final details of the sale. She said Atlantic is committed to bringing high-speed Internet service to Odessa.

To buy and upgrade the systems, Atlantic has raised more than $800 million, said Garofano. That shows the company is serious about upgrading the Charter systems and improving service, she said.

Atlantic's Steve Grossman said he plans to move to the Delmarva Peninsula to oversee upgrades, including adding new fiber-optic lines and installing modern equipment at Charter's plants in Middletown and Grasonville, Md.

Atlantic is headed by Keefe and another cable executive, Edward T. Holleran Jr. Both men have worked for American Cablesystems and Abry Partners, a Boston investment firm that is a helping finance the Charter purchase. Holleran helped oversee the start of high-speed Internet service at two cable companies before helping Keefe found Atlantic. Keefe has helped build and manage cable systems and broadband networks in the United States, Asia, Europe and South America.

Once the deal with Charter is closed, Atlantic will own systems in Florida, Pennsylvania, Delaware, New York and West Virginia and will be America's 16th largest cable operator.

THE DEAL

Atlantic Broadband LLC w
Communications Inc. $76
systems in five states, in
which might mean better
customers in the Middlet
Broadband officials say th
million to upgrade the sy
Peninsula.

Charter has about 7,000
Delaware, according to th
Commission, and its terri
the Chesapeake & Delaw

Townsend.

A P  B U S I N E S S
Updated every 30 minutes
Stocks slip on oil, Dow fal
Oil prices charge toward $
Fannie Mae agrees to boo
WorldCom, Microsoft case
Aide: Fastow mulled 'resc
US Airways may liquidate
New home sales rise 9.4
French Bank in oil-for-foo
Ford launches its all-new
Group: U.S. health care w

S P O N S O R S

F I N A N C E
• Savings Rates
• Loan Rates
• Mortgage Rates

# T E L E V I S I O N   &   C A B L E

# Factbook 2005

CABLE VOLUME 1

The Authoritative Reference for the Television, Cable and Electronics Industries





# TELEVISION & CABLE FACTBOOK
## VOLUME 73

Albert Warren, Chairman, Editor & Publisher
Paul L. Warren, President & Executive Publisher
Daniel Y. Warren, Vice Chairman & Executive Editor

**EDITORIAL & BUSINESS HEADQUARTERS**
2115 Ward Court, N.W., Washington, D.C. 20037
Phones: 202-872-9200; 800-771-9202
Fax: 202-318-8350
E-mail: info@warren-news.com
Web site: http://www.warren-news.com

**Editorial-Factbook/Directories**
Michael C. Taliaferro, Managing Editor & Assistant Publisher—Directories
Gaye Nail, Associate Managing Editor
Susan Seiler, Assistant Managing Editor
Kari McGlamary, Senior Editor & Editorial Supervisor
Robert T. Dwyer, Senior Research Editor
Marla Shephard, Senior Editor

**Advertising -- Factbook/Directories**
Richard Nordin, Director of Advertising
Phone: 703-819-7976
Fax: 202-478-5135
E-mail: richard@groupnordin.com

**Computer Systems-Factbook/Directories**
Deborah Jacobs, Information Systems Manager
Gregory E. Jones, Database/Network Manager

**Editorial-News**
R. Michael Feazel, Managing Editor
Edie Herman, Associate Managing Editor

Randy Barrett, Associate Managing Editor
Herb Kirchhoff, Senior Editor
Howard Buzkirk, Senior Editor
Anne Veigle, Senior Editor
Dinesh Kumar, Associate Editor
Terry Lane, Associate Editor
Tania Panczyk-Collins, Associate Editor
Susan Polyakova, Assistant Editor
Andrew Noyes, Assistant Editor
Ian Martinez, Assistant Editor
Louis Trager, Consulting News Editor
Dugie Standeford, European Correspondent
Dawson B Nail, Executive Editor Emeritus

**Business & Sales**
Brig Easley, Vice President & Controller
Gina Storr, Director, Sales & Marketing Support
Leonora Caruth, Assistant Director, Sales & Marketing Support
William R. Benton, Major Sales Account Manager
Christopher H. McKinley, Account Manager
Agnes Mannarelli, Account Manager
Katrina McCray, Account Manager
Jim Sharp, Account Manager
Christine Kerner, Account Manager

**NEW YORK BUREAU**
276 Fifth Avenue, Suite 1002, New York, N.Y. 10001
Phone: 212-686-5410
Fax: 212-889-5097

**Editorial**
Paul Gluckman, Bureau Chief
Stephen A. Booth, Senior Editor
Mark Seavy, Senior Editor
Jeff Berman, Senior Editor
Razia Mahadeo, Editorial Assistant

**CONTRIBUTING EDITOR, EUROPE**
Barry Fox
22 Holmefield Court
Belsize Grove, London NW3 4TT
Phone: 44-20-7722-8295
  Fax: 44-20-7483-3074
E-mail: barryphox@aol.com

## Publications & Services of Warren Communications News

**TELEVISION & CABLE FACTBOOK: ONLINE**

**CABLE & STATION COVERAGE ATLAS ON CD-ROM**
Published Annually

**TELEVISION & CABLE ACTION UPDATE**
Weekly E-mail Service

**COMMUNICATIONS DAILY**

**CONSUMER ELECTRONICS DAILY**

**PUBLIC BROADCASTING REPORT**
Published Biweekly

**SATELLITE WEEK**

**STATE TELEPHONE REGULATION REPORT**
Published Biweekly

**TELECOM A.M.**
Daily News Service

**TELEVISON A.M.**
Daily News Service

**WARREN'S WASHINGTON INTERNET DAILY**

**WASHINGTON TELECOM NEWSWIRE**
Daily News Service

Electronic Distribution via Nexis, Dow Jones Interactive, and via E-mail.

Copyright © 2005 by Warren Communications News.
All Rights Reserved

ISBN: 1-57696-057-9
ISSN: 0732-8648

It is against the law to make a copy of this publication or any portion of its content without our explicit permission. Federal copyright law (17 USC 504) makes it illegal, punishable with fines up to $100,000 per violation plus attorney's fees. It is also illegal to input any of this publication into any computer or data retrieval system without our permission. Warren Communications News frequently has taken action against individuals and firms that violated our copyright, or other rights, and we will continue to do so. We request that subscribers advise their staffs of the law and the financial penalties that will result from the copying or improper use of this publication. We welcome inquiries about additional subscriptions and we are prepared to grant authorization for certain occasional reproduction of portions of this publication, but only upon formal request to the publisher. For additional subscriptions, please contact our Sales Dept. at 800-771-9202.

# DELAWARE

| | |
|---|---|
| Total Systems: .................................... 5 | Communities with Applications: ............................. 0 |
| Total Communities Served: ......................... 84 | Number of Basic Subscribers: ........................ 238,180 |
| Franchises Not Yet Operating: ....................... 0 | Number of Expanded Basic Subscribers: .............. 156,027 |
| Applications Pending: ............................... 0 | Number of Pay Units: ................................ 100,972 |

**Top 100 Markets Represented:** Baltimore (14); Philadelphia, PA-Burlington, NJ (4).

For a list of cable communities in this section, see the Cable Community Index located in the back of Cable Volume 2.
For explanation of terms used in cable system listings, see p. D-7.

**DAGSBORO**—Mediacom of Lower Delaware/ Maryland, 601 Clayton St, Dagsboro, DE 19939-1738. Phone: 302-732-6600. Fax: 302-732-6697. E-mail: plrremblay@ mediacomcc.com. Web Site: http://www. mediacomcc.com. Counties: Sussex, DE; Wicomico & Worcester, MD. Also serves Bethany Beach, Clarksville, Frankford, Millsboro, Millville, Ocean View, Roxana, Selbyville, South Bethany & Sussex County, DE; Bishopville, Ocean Pines, Pittsville, Whaleysville & Willards, MD. ICA: DE0001. TV Market Ranking: Below 100 (Bethany Beach, Bishopville, Clarksville, DAGSBORO, Frankford, Millsboro, Millville, Ocean Pines, Ocean View, Pittsville, Roxana, Selbyville, South Bethany, Sussex County (portions), Whaleysville, Willards); Outside TV Markets (Sussex County (portions)). Franchise award date: March 12, 1975. Franchise expiration date: N.A. Began: October 1, 1968.
Channel capacity: N.A. Channels available but not in use: N.A.

**Basic Service**
Subscribers: 26,000. Commercial subscribers: 255.
Programming (received off-air): WBOC-TV (CBS) Salisbury; WCPB (PBS) Salisbury; WMPB (PBS) Seaford; WEWE-LP (IND) Sussex County; WMDT (ABC, FOX) Salisbury.
Programming (via microwave): WBAL-TV (CBS) Baltimore; WJZ-TV (CBS) Baltimore; WMAR-TV (ABC) Baltimore; WTTG (FOX) Washington; WTXF-TV (FOX) Philadelphia.
Programming (via satellite): ABC Family Channel; American Movie Classics; Animal Planet; Arts & Entertainment; CNBC; CNN; Comcast SportsNet Mid-Atlantic; C-SPAN; Discovery Channel; E! Entertainment Television; ESPN; ESPN 2; Eternal Word TV Network; Food Network; Fox News Channel; Golf Channel; Headline News; HGTV; History Channel; Home Shopping Network; Learning Channel; Lifetime; MTV; Nickelodeon; Outdoor Channel; QVC; ShopNBC; Spike TV; TBS Superstation; Travel Channel; Turner Network TV; TV Guide Channel; USA Cable; Weather Channel.
Fee: $44.95 installation; $27.95 monthly; $3.00 converter; $18.75 additional installation.

**Pay Service 1**
Pay Units: 2,449.
Programming (via satellite): Cinemax.
Fee: $11.00 monthly.

**Pay Service 2**
Pay Units: 867.
Programming (via satellite): Disney Channel.
Fee: $10.50 monthly.

**Pay Service 3**
Pay Units: 6,321.
Programming (via satellite): STARZ!; The New Encore.
Fee: $10.00 installation; $1.75 monthly (TNE), $4.75 monthly (Starz).

**Pay Service 4**
Pay Units: 4,035.
Programming (via satellite): HBO.
Fee: $12.50 monthly.

**Pay Service 5**
Pay Units: 1,948.
Programming (via satellite): Showtime.
Fee: $10.00 monthly.

**Pay-Per-View**
Addressable homes: 4,185.
Hot Choice; iN DEMAND; movies; special events.

**Internet Service**
Operational: Yes.
Broadband Service: Mediacom High Speed Internet.
Fee: $29.95 monthly; $10.00 modem lease; $239.00 modem purchase.
Miles of Plant: 602.0 (coaxial); None (fiber optic). Additional miles planned: 10.0 (coaxial). Homes passed: 34,612.
Manager: Donald Caborski. Marketing Director: Nancy Chorman. Customer Service manager: Valerie Stevens. Chief Technician: Tim Baker.
Ownership: Mediacom LLC (MSO).

**✕ DOVER**—Comcast of Delmarva Inc., 5729 W Denneys Rd, Dover, DE 19904-1365. Phones: 800-343-2494; 302-674-3440 (Customer Service); 302-674-2494 (Administrative). Fax: 302-674-2538. Web Site: www.comcast.com. Counties: Kent & New Castle. Also serves Bowers Beach, Camden, Cannon (town), Cheswold, Clayton, Dover AFB, Farmington, Felton, Frederica, Harrington, Hartly, Houston, Kent County, Kenton, Leipsic, Little Creek, Magnolia, Marydel, New Castle County (southern portion), Smyrna, Viola, Woodside & Wyoming. ICA: DE0004. TV Market Ranking: Below 100 (Bowers Beach, Camden, Cannon (town), Clayton, Kent County (portions), Kenton, Leipsic, Little Creek, Little Creek, New Castle County (portions), Smyrna); Outside TV Markets (Cheswold, DOVER, Dover AFB, Farmington, Felton, Frederica, Harrington, Hartly, Houston, Kent County (portions), Magnolia, Marydel, Viola, Woodside & Wyoming). Franchise award date: January 1, 1962. Franchise expiration date: N.A. Began: January 1, 1963.
Channel capacity: 60 (operating 2-way). Channels available but not in use: N.A.

**✕ Basic Service**
Subscribers: 22,181. Commercial subscribers: 1,228.
Programming (received off-air): KYW-TV (CBS) Philadelphia; WBOC-TV (CBS) Salisbury; WCAU (NBC) Philadelphia; WHYY-TV

PBS) Wilmington; WMDT (ABC, FOX) Salisbury; WPHL-TV (WBN) Philadelphia; WPPX (PAX) Wilmington; WPSG (UPN) Philadelphia; WPVI-TV (ABC) Philadelphia; WTXF-TV (FOX) Philadelphia; WUVP-TV (UPN) Vineland; allband FM.
Programming (via satellite): 0; Disney Channel; Eternal Word TV Network; QVC; TBS Superstation; Trinity Broadcasting Network; TV Guide Channel.
Fee: $44.86 installation; $16.26 monthly; $3.33 converter.

**Expanded Basic Service 1**
Subscribers: N.A.
Programming (received off-air): WGTW (IND) Philadelphia, PA-Burlington, NJ.
Programming (via satellite): ABC Family Channel; American Movie Classics; Animal Planet; Arts & Entertainment; BET; Bravo; Cartoon Network; CNBC; CNN; Comcast SportsNet Philly; Comedy Central; Country Music TV; Court TV; C-SPAN; C-SPAN 2; Discovery Channel; Discovery Health Channel; E! Entertainment Television; ESPN; ESPN 2; Food Network; Fox News Channel; FX; GAS; Golf Channel; Great American Country (GAC); Hallmark Channel; Headline News; HGTV; History Channel; Home Shopping Network; Learning Channel; Lifetime; MSNBC; MTV; Nickelodeon; Outdoor Life Network; Sci-Fi Channel; SoapNet; Speed Channel; Spike TV; Style Network; Turner Classic Movies; Turner Network TV; TV Land; TV One; Univision; USA Cable; VH1; Weather Channel.
Fee: $43.19 monthly.

**Digital Basic Service**
Subscribers: N.A.
Programming (via satellite): BBC America; C-SPAN 3; Discovery Channel (multiplexed); Disney Channel; DMX Music; ESPNews; G4; GAS; National Geographic Channel; Nick Too; Noggin; Science Television; Telemundo; Toon Disney; WAM! America's Kidz Network; Weatherscan.
Fee: $18.53 monthly.

**Pay Service 1**
Pay Units: N.A.
Programming (via satellite): Cinemax; HBO; Showtime.
Fee: $9.95 $15.95 monthly (Cinemax, HBO or Showtime).

**Digital Pay Service 1**
Pay Units: N.A.
Programming (via satellite): Canales N (multiplexed); Cinemax (multiplexed); Flix (multiplexed); Flix; HBO; Showtime (multiplexed); Starz Super Pak (multiplexed); Sundance Channel; The Movie Channel.

**Pay-Per-View**
Spice (delivered digitally); Pleasure (delivered digitally); Spice 2 (delivered digitally); Prevue Channel (delivered digitally); ESPN Now (delivered digitally); ESPN PPV (delivered digitally); NBA (delivered digitally);

NHL/MLB (delivered digitally); Playboy TV (delivered digitally); iN Demand (delivered digitally).

**Telephone Service**
Operational: No.

**Internet Service**
Operational: Yes. Began: December 1, 2000.
Subscribers: 2,000.
Broadband Service: Comcast High Speed Internet.
Fee: $42.95 monthly; $449.00 modem purchase.
Miles of Plant: 252.1 (coaxial); None (fiber optic).
Vice President & General Manager: Henry Pearl. Business Operations Director: Cara Dever. Marketing Manager: Kevin Oxedine. Area Engineering Manager: Cliff Jones. Engineering Director: Pete Sarkisian.
City fee: 3% of gross.
Ownership: Comcast Cable Communications, Inc. (MSO).

**MIDDLETOWN**—Atlantic Broadband, 600 N Broad St, Middletown, DE 19709-1032. Phone: 302-378-4423. Fax: 302-378-1478. E-mail: info@atlanticbb.com. Web Site: http://www.atlanticbb.com. Counties: New Castle, DE; Cecil & Kent, MD. Also serves Delaware City, New Castle County, Odessa, St. Georges & Townsend, DE; Cecil County (portions), Chesapeake City, Elkton (portions), Kent County (portions), Perry Point, Perryville & Port Deposit, MD. ICA: DE0005. TV Market Ranking: 14 (Perry Point, Perryville, Port Deposit); Below 100 (Cecil County (portions), Chesapeake City, Delaware City, Elkton (portions), Kent County (portions), MIDDLETOWN, New Castle County, Odessa, St. Georges, Townsend). Franchise award date: N.A. Franchise expiration date: N.A. Began: September 17, 1980.
Channel capacity: 61 (operating 2-way). Channels available but not in use: 5.

**Basic Service**
Subscribers: 7,600.
Programming (received off-air): KYW-TV (CBS) Philadelphia; WBAL-TV (NBC) Baltimore; WCAU (NBC) Philadelphia; WGTW (IND) Philadelphia, PA-Burlington, NJ; WHYY-TV PBS) Wilmington; WJZ-TV (CBS) Baltimore; WMAR-TV (ABC) Baltimore; WMPB (PBS) Baltimore; WNUV (WBN) Baltimore; WPHL-TV (WBN) Philadelphia; WPPX (PAX) Wilmington; WPSG (UPN) Philadelphia; WPVI-TV (ABC) Philadelphia; WTXF-TV (FOX) Philadelphia.
Programming (via satellite): C-SPAN; C-SPAN 2; Home Shopping Network; INSP; QVC.
Current originations: Public Access.
Fee: $25.00 installation; $10.15 monthly.

**Expanded Basic Service 1**
Subscribers: 6,012.
Programming (via satellite): ABC Family Channel; American Movie Classics; Animal Planet; Arts & Entertainment; BET; CNBC; CNN; Comcast SportsNet Philly; Comedy Central; Discovery Channel; Disney Channel; ESPN; ESPN 2; Fox News Channel; FX; Golf Channel; Headline News; HGTV; History Channel; Learning Channel; Lifetime; MTV; Nickelodeon; oh! Oxygen; Outdoor Life Network; Sci-Fi Channel; Spike TV; TBS Superstation; Travel Channel; Turner Network TV; TV Land; USA Cable; VH1; Weather Channel.
Fee: $13.25 monthly.

**Digital Basic Service**
Subscribers: 4,400.
Programming (via satellite): BBC America; Biography; Discovery Digital Networks; DMX Music; ESPN Classic Sports; ESPNews; GAS; GSN; History Channel International; Independent Film Channel; Lifetime Movie Network; Nick Too; Noggin; Turner Classic Movies; TV Guide Interactive Inc.; Women's Entertainment.

**Digital Pay Service 1**
Pay Units: 2,300.
Programming (via satellite): Cinemax (multiplexed); HBO (multiplexed); Showtime (multiplexed); STARZ! (multiplexed); The Movie Channel (multiplexed); The New Encore (multiplexed).
Fee: $10.95 monthly (each).

**Pay-Per-View**
Hot Network (delivered digitally); Hot Zone (delivered digitally); iN Demand (delivered digitally); Playboy TV (delivered digitally); Spice (delivered digitally); Spice 2 (delivered digitally).

**Telephone Service**
Operational: No.

**Internet Service**
Operational: Yes. Began: January 1, 2004.
Broadband Service: ISP231.
Miles of Plant: 235.0 (coaxial); None (fiber optic). Additional miles planned: 15.0 (coaxial). Homes passed: 8,100. Total homes in franchised area: 9,000.
General Manager: Dave Deihl. Chief Technician: Rick Hudkins. Marketing Director: Natalie Kurchak.
City fee: 3% of gross.
Ownership: Atlantic Broadband (MSO).

**REHOBOTH BEACH**—Comcast Cablevision of Delmarva Inc., 5729 W Denneys Rd, Dover, DE 19904-1365. Phones: 302-856-4591 (Customer Service); 302-674-2494 (Administrative). Fax: 302-674-2538. Web Site: http://www.comcast.com. Counties: Kent & Sussex. Also serves Bethel, Blades, Bridgeville, Broadkill (town), Broadkill Beach, Dewey Beach, Ellendale, Georgetown, Greenwood, Henlopen Acres, Kent County (unincorporated areas), Laurel, Lewes, Lincoln, Milford, Milton, Seaford, Slaughter Beach & Sussex County (portions). ICA: DE0003.
TV Market Ranking: Below 100 (Bethel, Blades, Bridgeville, Broadkill (town), Broadkill Beach, Dewey Beach, Ellen-

dale, Georgetown, Greenwood, Henlopen Acres, Kent County (unincorporated areas) (portions), Laurel, Lewes, Lincoln, Milford, Milton, REHOBOTH BEACH, Seaford, Slaughter Beach, Sussex County (portions)); Outside TV Markets (Kent County (unincorporated areas) (portions)). Franchise award date: N.A. Franchise expiration date: N.A. Began: February 14, 1986.
Channel capacity: 48 (not 2-way capable). Channels available but not in use: N.A.

**Basic Service**
Subscribers: 34,015. Commercial subscribers: 1,086.
Programming (received off-air): WBOC-TV (CBS) Salisbury; WDPB (PBS) Seaford; WMDT (ABC, FOX) Salisbury; WMPT (PBS) Annapolis; 9 FMs.
Programming (via microwave): WBAL-TV (NBC) Baltimore; WCAU (NBC) Philadelphia; WJZ-TV (CBS) Baltimore; WTTG (FOX) Washington; WTXF-TV (FOX) Philadelphia.
Programming (via satellite): CN8: The Comcast Network; Eternal Word TV Network; Golf Channel; Pax Net; TBS Superstation.
Current originations: Public Access.
Fee: $37.93 installation; $17.05 monthly; $1.52 converter.

**Expanded Basic Service 1**
Subscribers: 13,301.
Programming (via satellite): ABC Family Channel; American Movie Classics; America's Store; Animal Planet; Arts & Entertainment; BET; Cartoon Network; CNBC; CNN; Comcast SportsNet Mid-Atlantic; Comedy Central; Country Music TV; Court TV; C-SPAN; C-SPAN 2; Discovery Channel; Discovery Health Channel; Disney Channel; E! Entertainment Television; ESPN; ESPN 2; Food Network; Fox News Channel; FX; Great American Country (GAC); GSN; Hallmark Channel; Headline News; HGTV; History Channel; Home Shopping Network 2; Learning Channel; MSNBC; MTV; Nickelodeon; Outdoor Life Network; QVC; Sci-Fi Channel; ShopNBC; Speed Channel; Spike TV; Style Network; Trinity Broadcasting Network; Turner Classic Movies; Turner Network TV; TV Guide Channel; TV Land; TV One; Univision; USA Cable; VH1; Weather Channel.
Fee: $7.00 monthly.

**Digital Basic Service**
Subscribers: N.A.
Programming (via satellite): BBC America; C-SPAN 3; Discovery Digital Networks; Disney Channel; DMX Music; ESPNews; G4; GAS; National Geographic Channel; Nick Too; Noggin; SoapNet; Suite from MTV & VH1; Toon Disney; WAM! America's Kidz Network; Weatherscan.
Fee: $19.90 monthly.

**Pay Service 1**
Pay Units: 10,063.
Programming (via satellite): Cinemax; HBO (multiplexed); Showtime.
Fee: $13.95 (each).

**Digital Pay Service 1**
Pay Units: N.A.
Programming (via satellite): Canales N; Cinemax (multiplexed); Flix; HBO (mul-

tiplexed); Showtime (multiplexed); Starz Super Pak; Sundance Channel; The Movie Channel (multiplexed).

**Pay-Per-View**
iN Demand (delivered digitally); Pleasure (delivered digitally); Playboy TV (delivered digitally); Spice (delivered digitally); Spice 2 (delivered digitally).

**Telephone Service**
Operational: No.

**Internet Service**
Operational: Yes.
Broadband Service: Comcast High Speed Internet.
Fee: free installation; $42.95 monthly.
Miles of Plant: 530.7 (coaxial); None (fiber optic). Additional miles planned: 25.0 (coaxial). Homes passed: 26,000.
Vice President & General Manager: Henry Pearl. Engineering Director: Pete Sarkisian. Business Operations Director: Cara Dever. Area Engineering Manager: Cliff Jones. Marketing Manager: Kevin Oxedine.
Ownership: Comcast Cable Communications Inc. (MSO).

**WILMINGTON**—Comcast, 4008 N Dupont Hwy, New Castle, DE 19720-6314. Phone: 302-652-1454 (Customer Service). Fax: 302-655-0774. County: New Castle. Also serves Arden, Ardencroft, Ardentown, Bellefonte, Elsmere, New Castle, New Castle County, Newark & Newport. ICA: DE0006.
TV Market Ranking: 4 (Arden, Ardencroft, Ardentown, Bellefonte, Elsmere, New Castle, New Castle County (portions), Newport, WILMINGTON); Below 100 (Newark, New Castle County (portions)). Franchise award date: December 1, 1969. Franchise expiration date: N.A. Began: December 1, 1969.
Channel capacity: 54 (2-way capable). Channels available but not in use: None.

**Basic Service**
Subscribers: 148,384. Commercial subscribers: 902.
Programming (received off-air): WITN; KYW-TV (CBS) Philadelphia; WCAU (NBC) Philadelphia; WFMZ-TV (IND) Allentown; WGTW (IND) Philadelphia, PA-Burlington, NJ; WHYY-TV PBS) Wilmington; WMCN-DT (IND) Atlantic City; WNJS (PBS) Camden; WPHL-TV (WBN) Philadelphia; WPPX (PAX) Wilmington; WPSG (UPN) Philadelphia; WPVI-TV (ABC) Philadelphia; WTVE (IND) Reading; WTXF-TV (FOX) Philadelphia; WUVP-TV (UPN) Vineland; WWSI (TMO) Atlantic City; WYBE (ETV) Philadelphia; allband FM.
Programming (via satellite): CN8: The Comcast Network; Headline News; TBS Superstation.
Current originations: Leased Access; Government Access.
Fee: $33.00 installation; $8.99 monthly; $2.06 converter.

**Expanded Basic Service 1**
Subscribers: 136,714.
Programming (via satellite): ABC Family Channel; American Movie Classics; Animal Planet; Arts & Entertainment; BET; Bravo; Cartoon Network; CNBC; CNN; Comcast SportsNet Mid-Atlantic; Comedy Central;

Country Music TV; Court TV; C-SPAN; Discovery Channel; Discovery Health Channel; Disney Channel; E! Entertainment Television; ESPN; ESPN 2; Eternal Word TV Network; Food Network; Fox News Channel; FX; Golf Channel; GSN; HGTV; History Channel; Home Shopping Network; INSP; Learning Channel; Lifetime; MSNBC; MTV; MTV2; Nickelodeon; Outdoor Life Network; QVC; Sci-Fi Channel; Speed Channel; Spike TV; Style TV; Turner Classic Movies; Turner Network TV; TV Guide Channel; TV Land; USA Cable; VH1; Weather Channel.
Fee: $17.19 monthly.

**Digital Basic Service**
Subscribers: N.A.
Programming (via satellite): BBC America; Biography; C-SPAN 3; Discovery Digital Networks; DMX Music (multiplexed); Do-It-Yourself; ESPNews; Fine Living; G4; GAS; History Channel International; Independent Film Channel; National Geographic Channel; Nick Too; Noggin; Science Television; ShopNBC; SoapNet; Suite from MTV & VH1 (multiplexed); Toon Disney; WAM! America's Kidz Network; Weatherscan.

**Pay Service 1**
Pay Units: 13,625.
Programming (via satellite): Cinemax.
Fee: $11.95 monthly.

**Pay Service 2**
Pay Units: 54,885.
Programming (via satellite): HBO.
Fee: $12.95 monthly.

**Pay Service 3**
Pay Units: 6,779.
Fee: $11.95 monthly.

**Digital Pay Service 1**
Pay Units: N.A.
Programming (via satellite): Cinemax (multiplexed); Flix (multiplexed); HBO (multiplexed); Showtime (multiplexed); Starz Super Pak (multiplexed); Sundance Channel (multiplexed); The Movie Channel (multiplexed).

**Pay-Per-View**
Addressable homes: 64,544.
Playboy TV (delivered digitally); Spice (delivered digitally); iN Demand (delivered digitally); Pleasure (delivered digitally); Hot Network (delivered digitally); ESPN Now (delivered digitally); NBA (delivered digitally); NHL/MLB (delivered digitally).

**Telephone Service**
Operational: No.

**Internet Service**
Operational: Yes. Began: August 9, 1999.
Broadband Service: Comcast High Speed Internet.
Fee: $59.95 installation; $32.95 monthly; $7.00 modem lease; $199.00 modem purchase.
Miles of Plant: 2,318.0 (coaxial); 200.0 (fiber optic). Additional miles planned: 30.0 (coaxial); 70.0 (fiber optic). Homes passed: 194,101.
Manager: Joanne Courtney. Marketing Manager: Rita Shank. Program Director: Edward Higgins. Chief Technician: Donald Pittman.
City fee: 5% of gross.
Ownership: Comcast Cable Communications Inc. (MSO).