IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-357-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ARROW COMMUNICATION LABORATORIES, INC.'S
<u>REPLY TO COUNTERCLAIM</u>**

Plaintiff and Counterclaim-Defendant Arrow Communication Laboratories, Inc., doing business as Arcom ("Arcom"), for its Reply to the Counterclaim of Defendant and Counterclaim-Plaintiff John Mezzalingua Associates, doing business as PPC ("PPC"), alleges as follows, using the same paragraph numbers as in the Counterclaim:

　　20.　　Arcom ADMITS the allegations contained in paragraph 20.

　　21.　　Arcom ADMITS the allegations contained in paragraph 21.

　　22.　　Arcom ADMITS the allegations contained in paragraph 22.

　　23.　　Arcom ADMITS the allegations contained in paragraph 23.

　　24.　　Arcom DENIES the allegations contained in paragraph 24.

25. Arcom ADMITS that an assignment was executed by the Tresness Irrevocable Patent Trust on June 2, 2005, assigning all right, title and interest in and to the '838 patent to Arcom, *nunc pro tunc* as of January 1, 2004, but DENIES the remaining allegations in paragraph 25.

26. Arcom DENIES the allegations contained in paragraph 26.

27. Arcom DENIES that the PPC filters that have been accused of infringement of the '838 patent are of a superior quality, and that all asserted claims of the '838 patent have been unspecified, but ADMITS the remaining allegations in paragraph 27.

28. Arcom DENIES that all asserted claims of the '838 patent have been unspecified, but ADMITS the remaining allegations in paragraph 28.

29. Replying to paragraph 29, Arcom ADMITS that PPC is denying that its products infringe any claim of the '838 patent and that PPC is asserting that the claims of the '838 patent are invalid, but DENIES that these allegations have any merit.

30. Arcom ADMITS the allegations contained in paragraph 30.

31. Arcom ADMITS the allegations contained in paragraph 31.

32. Arcom DENIES the allegations contained in paragraph 32.

33. Arcom DENIES the allegations contained in paragraph 33.

34. Arcom DENIES the allegations contained in paragraph 34.

    35.    Arcom DENIES the allegations contained in paragraph 35.

August 8, 2005　　　　　　　　　　THE BAYARD FIRM

*(signature)*

Richard D. Kirk (rk0922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Plaintiff/Counterclaim-Defendant
Arrow Communication Laboratories, Inc.*

OF COUNSEL:
R. Terrance Rader
Charles W. Bradley
Linda D. Kennedy
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600

Lawrence P. Trapani
4847 Enders Road
P.O. Box 555
Manlius, NY 13104
(315) 727-5304

597075v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 8, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B. Bove
Kevin Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
kbaird@cblh.com

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above local counsel and by email and first class mail to the following non-registered participants:

James R. Muldoon
John A. Wasleff
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202

_____
Richard D. Kirk (#0922)