IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-357-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 8, 2005, copies of the JOINT INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1) FOR ARROW COMMUNICATION LABORATORIES, INC. AND TRESSNESS IRREVOCABLE PATENT TRUST were served as shown:

BY EFILING AND BY HAND:

Jeffrey B. Bove
Kevin Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

BY EMAIL AND BY U.S. MAIL:

James R. Muldoon
John A. Wasleff
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202


THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Arrow Communication Laboratories, Inc. and Tresness Irrevocable Patent Trust*

597126v1

- 2 -

OF COUNSEL:

R. Terrance Rader
Charles W. Bradley
Linda D. Kennedy
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600

Lawrence P. Trapani
4847 Enders Road
P.O. Box 555
Manlius, NY 13104
(315) 727-5304