## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ARROW COMMUNICATION
LABORATORIES, INC.,

       Plaintiff,

    -vs-                       Civil Action No.
                              1:05-CV-357-SLR

JOHN MEZZALINGUA
ASSOCIATES, INC., d/b/a PPC,

       Defendant.

## DECLARATION OF HENRY PIXLEY

HENRY PIXLEY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.    I reside in East Syracuse, New York.

2.    I am currently employed as a Project Manager for Anaren Microwave, Inc., in East Syracuse, New York, which is a leading developer and manufacturer of components for the wireless-infrastructure, satellite, and defense electronics industries.

3.    I manage several concurrent projects for Anaren in these fields that I believe are very important to Anaren.

4.    I was previously employed as an Director of Trap (Filter) Engineering by John Mezzalingua Associates, Inc. ("PPC"), in East Syracuse.

5.    While I worked at PPC, I was involved in designing and developing PPC's SSA series of CATV filters. It is my understanding that these PPC filters are the subject of a patent infringement action brought by Arrow Communication Laboratories ("Arcom") against PPC in Delaware.

6.    I am also listed as an inventor on several U.S. patents and patent applications relating to CATV filters which are assigned to PPC, including U.S. Patent No. 6,784,760 entitled Step Attenuator Using Frequency Dependent Components and Method of Effecting Signal Attenuation, which is related to PPC's SSA series filters.

7.    My ability to be absent from my place of employment is quite restricted. Any absence would require me to use my limited personal time off. Because of my heavy workload and the importance of my projects to my employer, I generally minimize the time I am away from work for personal appointments.

8.    I would not be willing to voluntarily travel to Delaware to testify at a trial of a dispute between PPC and Arcom without appropriate compensation for my personal time off and travel expenses.

9.    Additionally, any availability to testify at trial in Delaware would be subject to the needs of my employer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Syracuse, New York.

Dated: August 8, 2005

HENRY PIXLEY

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Richard D. Kirk, Esquire
> The Bayard Firm
> 222 Delaware Avenue
> Suite 900
> Wilmington, DE 19801

I hereby certify that on August 8, 2005, I caused to be served true and correct copies of

the foregoing document on the following in the manner indicated below:

| By Hand Delivery | By First Class Mail |
| --- | --- |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | Lawrence P. Trapani, Esquire<br>4847 Enders Road<br>P.O. Box 555<br>Manlius, NY 13104 |

/s/ Jeffrey B. Bove
Jeffrey B. Bove, #998
Kevin M. Baird, #4219
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for Defendant John Mezzalingua*
*Associates, Inc. d/b/a PPC*