# LAWRENCE P. TRAPANI
### ATTORNEY AT LAW
2ND FLOOR, MONROE BUILDING
333 EAST ONONDAGA STREET
SYRACUSE, NEW YORK 13202

(315) 422-7200
FAX (315) 422-4318

INTELLECTUAL PROPERTY LAW
INCLUDING PATENTS, TRADEMARKS
COPYRIGHTS, TRADE SECRETS
AND RELATED LITIGATION
------
TECHNOLOGY LICENSING

September 6, 2002

George R. McGuire, Esq.
HANCOCK & ESTABROOK, LLP
1500 Mony Tower I
Syracuse, New York 13208

RECEIVED
HANCOCK & ESTABROOK, LLP
9/9/02

RE:  U.S. Patent 5,745,838
     Our File No: 245.030L

Dear George:

    I represent Tresness Irrevocable Patent Trust, the owner of the above-identified patent.

    You informed me that your client, John Mezzalingua Associates, Inc., d/b/a PPC, is currently offering a step attenuator, and that the step attenuator was designed around the above-identified patent. I requested a sample of the product, and you indicated that I might need a schematic and some other information to evaluate the product in light of the patent.

    Accordingly, I request a sample of the current PPC step attenuator, its schematic, and any other information you feel is necessary to evaluate the product in light of the patent.

    I look forward to hearing from you soon on this matter.

Very truly yours,

Lawrence P. Trapani

LPT: sjh