

**HANCOCK & Estabrook, LLP**
Counselors At Law

ESTABLISHED 1889

PAUL M. HANRAHAN
JOHN R. VARNEY
WILLIAM L. ALLEN, JR.
WALTER L. MEAGHER, JR.
DONALD A. DENTON
RAYMOND R. D'AGOSTINO
J. THOMAS BASSETT
RICHARD W. COOK
DAVID S. HOWE
GREGORY R. THORNTON
DOREEN A. SIMMONS
JAMES J. CANFIELD
GERALD F. STACK
JAMES E. HUGHES
JEFFREY B. ANDRUS
JANET D. CALLAHAN
THOMAS C. BUCKEL, JR.
MICHAEL L. CORP
DANIEL B. BERMAN
JOHN T. McCANN
STEVEN R. SHAW
JOHN L. MURAD, JR.
STEPHEN A. DONATO
KENNETH P. HOLDEN
MARK J. SCHULTE
ALAN J. PIERCE
R. JOHN CLARK
RENEE L. JAMES
DAVID G. LINGER
AUGUST E. ROEHRIG, JR.
MICHAEL A. OROPALLO
CAMILLE W. HILL
TIMOTHY P. MURPHY
MARION HANCOCK FISH
ELIZABETH A. SALVAGNO
CORA A. ALSANTE
DOUGLAS H. ZAMELIS
DEBRA CHINI SULLIVAN
EDWARD J. SMITH, III
CATHERINE A. DIVINEY
JAMES R. MULDOON
PETER V. WHITE
MICHAEL J. SCIOTTI
ERIC C. NORDBY
JOHN F. CORCORAN
CINDY A. GRANGER
GEORGE R. McGUIRE
CHARLES J. SULLIVAN
MARGUERITE A. MASSETT
PETER J. CROSSETT
WENDY A. MARSH
RODNEY W. JENNINGS, JR.
SONYA G. BONNEAU
CHRISTIAN P. JONES
JOHN M. MONAHAN
JOHN G. POWERS
LAUREL E. BAUM
LINDSEY HELMER HAZELTON
JOSEPH T. MANCUSO
NICHOLAS A. SCARFONE
MARY C. MEYER
DAVID L. NOCILLY
THANE JOYAL
ASHLEY D. HAYES
MAUREEN E. MANEY

COUNSEL

W. CARROLL COYNE
STEWART F. HANCOCK, JR.
KEVIN E. McCORMACK
CHARLES S. McGUIRE

September 24, 2002

*Via Hand Delivery*

Lawrence Trapani, Esq.
Trapani Law Office
333 E. Onondaga Street
Syracuse, New York 13202

Re:   Tresness Patent (step attenuator)

Dear Larry:

Enclosed please find a Confidentiality Agreement executed by Steve Malak on behalf of PPC. The Agreement, as we discussed, permits you, as attorney for Tresness, to review certain confidential information relating to PPC's step attenuator PC boards, and prohibits Tresness from viewing this confidential information. Please have the Agreement executed by Tresness and return a copy to me. We will then forward you the documents for your analysis.

Please contact me if you have any questions.

Very truly yours,

HANCOCK & ESTABROOK, LLP

George R. McGuire
gmcguire@hancocklaw.com

GRM/kls
Enclosure

cc: Stephen Malak, Esq. (w/o enclosure - PPC File NS-1083-CX-USA)

# CONFIDENTIALITY AGREEMENT

This Agreement is made this ___ day of _____, 2002 (hereinafter the Effective Date) between:

JOHN MEZZALINGUA ASSOCIATES, INC. D/B/A "PPC". (PPC), having an office at 6176 E. Molloy Road, E. Syracuse, 13057

and

TRESNESS IRREVOCABLE PATENT TRUST. ("TRESNESS"), having an office at ____, 13____

**WHEREAS**, TRESNESS is the owner of U.S. Patent No. 5,745,838 ("the '838 patent") and has alleged that PPC manufactured and/or sold a step attenuator which infringed the '838 patent;

**WHEREAS**, PPC purports to have designed around the '838 patent and is in the possession of certain confidential and proprietary information relating to its attempts to design around the '838 patent including, without limitation, manufacturing schematics and drawings for certain step attenuators ("Confidential Information"); and

**WHEREAS**, TRESNESS desires that its attorney, Lawrence P. Trapani ("TRESNESS' ATTORNEY"), have access to the Confidential Information for the sole purposes of evaluating whether PPC's step attenuator design infringes the '838 patent;

**NOW THEREFORE**, for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. **Confidential Information**

   The term "Confidential Information" shall refer any step attenuator schematics and design drawings which may be disclosed by PPC to TRESNESS' ATTORNEY pursuant to this Agreement and which are marked "Confidential Attorneys Only." This Agreement does not apply to information that is in or becomes a part of the public domain without breach of this Agreement by TRESNESS or TRESNESS' ATTORNEYS, already known to TRESNESS or TRESNESS' ATTORNEYS before receiving the Confidential Information from PPC, subsequently received from a third party without any breach of any obligation of confidentiality owed to PPC, or independently developed by TRESNESS or TRESNESS' ATTORNEYS as established by the records of TRESNESS or TRESNESS' ATTORNEYS before receiving the Confidential Information.

{H0143833.1}

2. **Non-disclosure**

   TRESNESS agrees that it will not receive, inspect, or otherwise review any Confidential Information provided to TRESNESS' ATTORNEY. TRESNESS also agrees that TRESNESS' ATTORNEY shall not disclose the Confidential Information to any third party and that TRESNESS' ATTORNEY will safeguard against its unauthorized use, publication, or disclosure, including disclosure to TRESNESS. TRESNESS also agrees that TRESNESS' ATTORNEY will not use the Confidential Information except as expressly authorized for the sole purposes of evaluating infringement of the '838 patent.

3. **Return of Documents**

   TRESNESS agrees that TRESNESS' ATTORNEY shall promptly return all documents and tangible property containing Confidential Information after the conclusion of the evaluation of infringement of the '838 patent, or upon the reasonable request of PPC.

4. **Choice of Law and Forum**

   This Agreement shall be construed under the laws of the State or New York and The parties to this Agreement agree to the exclusive jurisdiction of the State and Federal courts of the State of New York.

5. **Integration**

   This Agreement constitutes the sole understanding of the parties about this subject matter and may not be amended or modified except in writing signed by each of the parties to the Agreement.

   **IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

JOHN MEZZALINGUA ASSOCIATES D/B/A "PPC"

Witness: *Christine Brady*

Signed: *[signature]*
Name: STEPHEN P. MALAK
Title: VICE PRESIDENT
Date: 9-19-02

{H0143833.1}

## TRESNESS IRREVOCABLE PATENT TRUST

**Witness:**                                     **Signed:** _____

                                                  **Name:**

                                                  **Title:**

                                                  **Date:**

{H0143833.1}