

ESTABLISHED 1889

PAUL M. HANRAHAN
JOHN R. VARNEY
WILLIAM L. ALLEN, JR.
WALTER L. MEAGHER, JR.
DONALD A. DENTON
RAYMOND R. D'AGOSTINO
J. THOMAS BASSETT
RICHARD W. COOK
DAVID S. HOWE
GREGORY R. THORNTON
DOREEN A. SIMMONS
JAMES J. CANFIELD
GERALD F. STACK
JAMES E. HUGHES
JEFFREY B. ANDRUS
JANET D. CALLAHAN
THOMAS C. BUCKEL, JR.
MICHAEL L. CORP
DANIEL B. BERMAN
JOHN T. M<sup>c</sup>CANN
STEVEN R. SHAW
JOHN L. MURAD, JR.
STEPHEN A. DONATO
KENNETH P. HOLDEN
MARK J. SCHULTE
ALAN J. PIERCE
R. JOHN CLARK
RENEE L. JAMES
DAVID G. LINGER
AUGUST E. ROEHRIG, JR.
MICHAEL A. OROPALLO
CAMILLE W. HILL
TIMOTHY P. MURPHY
MARION HANCOCK FISH
ELIZABETH A. SALVAGNO
CORA A. ALSANTE
DOUGLAS H. ZAMELIS
DEBRA CHINI SULLIVAN
EDWARD J. SMITH, III
CATHERINE A. DIVINEY
JAMES R. MULDOON
PETER V. WHITE
MICHAEL J. SCIOTTI
ERIC C. NORDBY
JOHN F. CORCORAN
CINDY A. GRANGER
GEORGE R. M<sup>c</sup>GUIRE
CHARLES J. SULLIVAN
MARGUERITE A. MASSETT
PETER J. CROSSETT
WENDY A. MARSH
RODNEY W. JENNINGS, JR.
SONYA G. BONNEAU
CHRISTIAN P. JONES
JOHN M. MONAHAN
JOHN G. POWERS
LAUREL E. BAUM
LINDSEY HELMER HAZELTON
JOSEPH T. MANCUSO
NICHOLAS A. SCARFONE
MARY C. MEYER
DAVID L. NOCILLY
THANE JOYAL
ASHLEY D. HAYES
MAUREEN E. MANEY
LILY K. LOK

COUNSEL

W. CARROLL COYNE
STEWART F. HANCOCK, JR.
KEVIN E. M<sup>c</sup>CORMACK
CHARLES S. M<sup>c</sup>GUIRE

November 20, 2002

Lawrence P. Trapani, Esq.
Trapani Law Office
333 E. Onondaga Street
2nd Floor, Monroe Building
Syracuse, New York 13202

Re:   Tresness Irrevocable Patent Trust  (U.S. Patent No. 5,745838
      Our File No. 205 W 057
      Your File No. 245.030L

Dear Larry:

Enclosed for your inspection, please find a sample of PPC's connector with a step attenuator.

Very truly yours,

Hancock & Estabrook, LLP

George R. McGuire

GRM/arm
Enc.
cc: Stephen A. Malak, Esq.

1500 MONY TOWER 1, P.O. BOX 4976, SYRACUSE, NEW YORK 13221-4976
PHONE (315) 471-3151 • FAX (315) 471-3167
www.hancocklaw.com

{H0162471.1}