

**UNITED**       Worldwide sites | About United | Customer service         [Search]

[Planning travel ▼]

- Planning travel
- Shop for flights
- Book a hotel
- Rent a car
- My itineraries
- Cruises
- Special deals
- Last minute packages
- United Vacations
- Award travel
- Update Profile
- Electronic timetable

[Travel support ▼]

✈ **Edit search?**

Departure airport:
syr

Destination airport:
philadelpia, pa

☐ Alternate Airports

Departing date:
Aug   22
Morning

Returning date:
Aug   29
Morning

☐ Flexible Dates

[Search]

- Travel support
- Traveler questions
- Airport services
- Baggage
- Destination info
- Change itinerary
- E-Ticket Refund
- EasyUpdate
- In-flight services
- Red Carpet Club
- Special needs
- Easy travel services

Flights | Hotels | Cars | Vacations |

[Mileage Plus ▼]

- Mileage Plus
- Join Mileage Plus
- Promotions
- Mileage summary
- My Mileage Plus
- Mileage Plus partners
- Program information
- Awards
- Purchase Miles
- Transfer Miles
- E-Upgrades
- Featured offer

Home > Planning travel > Create itinerary                      ❓ Help

# Create itinerary: Select flights

Related links:
> Saved searches

Choose one of the following options and then click **Select** to add to your itinerary.



You can see more flight options when you search by schedule.

### Syracuse, NY (SYR) to Philadelphia, PA (PHL)

**160.90** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 2797 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 22 | 7:30 am SYR | 8:37 am PHL | Non-stop |
| 2 | United Airlines 4475 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 8:00 am PHL | 9:15 am SYR | Non-stop |

[Select]

**169.60** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 3435 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 22 | 9:35 am SYR | 11:00 am BOS | Non-stop |
| 1 | United Airlines 2312 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 22 | 12:30 pm BOS | 1:50 pm PHL | Non-stop |
| 2 | United Airlines 4475 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 8:00 am PHL | 9:15 am SYR | Non-stop |

[Select]

**169.60** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 3379 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 22 | 7:35 am SYR | 9:00 am BOS | Non-stop |
| 1 | United Airlines 2312 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 22 | 12:30 pm BOS | 1:50 pm PHL | Non-stop |
| 2 | United Airlines 3900 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 10:00 am PHL | 11:19 am SYR | Non-stop |

[Select]

**175.90** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 3932 (Operated by US Airways) | Aug 22 | 12:30 pm SYR | 1:36 pm PHL | Non-stop |
| 2 | United Airlines 4475 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 8:00 am PHL | 9:15 am SYR | Non-stop |

[Select]

**232.40** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 3861 (Operated by US Airways) | Aug 22 | 5:30 am SYR | 6:39 am PHL | Non-stop |

Save m
you
destina

Book **air+h**
togeth

Sea

| | | | | | |
|---|---|---|---|---|---|
| 2 | United Airlines 4475 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 8:00 am PHL | 9:15 am SYR | Non-stop |

Select

**232.40** USD per person

| Leg | Flight info | Date | Depart | Arrive | Stops |
|---|---|---|---|---|---|
| 1 | United Airlines 4342 (Operated by US Airways) | Aug 22 | 9:40 am SYR | 10:47 am PHL | Non-stop |
| 2 | United Airlines 3900 (Operated by US Airways) ★ Low fares ripe for the picking | Aug 29 | 10:00 am PHL | 11:19 am SYR | Non-stop |

Select

Español | Privacy | Terms and conditions | Compatible browsers　　© 2005 United Air Lines, Inc.

Special Terms and Conditions
©1995-2005 GetThere L.P. All rights reserved.