# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

August 8, 2005

**VIA ELECTRONIC FILING**
The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

Re:    **Arrow Communication Laboratories, Inc. V. John Mezzalingua
Associates, Inc., d.b.a PPC
Civil Action No. 1:05-CV-357-SLR**

Dear Judge Robinson:

Pursuant to Local Rule 7.1.4, defendant, John Mezzalingua Associates, Inc., d/b/a
PPC requests oral argument on Defendant's Motion To Transfer Venue Pursuant to 28
U.S.C. § 1404(a).

Respectfully submitted,

/s/ Jeffrey B. Bove

Jeffrey B. Bove

JBB/llw

cc:    Clerk of the Court (by hand)
       Richard D. Kirk (by hand & electronic notice)
       Lawrence P. Trapani, Esquire (by first class mail)

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;410537;1