IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | C.A. No. 05-357-SLR |
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant John Mezzalingua Associates, Inc., d/b/a PPC, hereby certify that copies of Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on August 9, 2005, upon the following counsel of record in the manner indicated below:

| **By Hand & Email** | **By Email** |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | Lawrence P. Trapani, Esquire<br>4847 Enders Road<br>P.O. Box 555<br>Manlius, NY 13104 |

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 9, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin M. Baird
Jeffrey B. Bove  (# 998)
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
jbove@cblh.com
kbaird@cblh.com

*Attorneys for Defendant*

Of Counsel:

WALL, MARJAMA & BILINSKI, LLP
James R. Muldoon, Esq.
101 South Salina Street,
Suite 400
Syracuse, New York 13202
Telephone:  (315) 425-9000
Facsimile:   (315) 425-9114

Dated:  August 9, 2005