IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., ) ) ) Plaintiff/Counterclaim Defendant, ) ) ) v. ) ) JOHN MEZZALINGUA ) ASSOCIATES, INC., d/b/a PPC, ) ) Defendant/Counterclaim ) Plaintiff. ) | C.A. No. 05-357-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant John Mezzalingua Associates, Inc., d/b/a PPC, hereby certify that copies of Defendant's First Requests for the Production of Documents were caused to be served on August 5, 2005, upon the following counsel of record in the manner indicated below:

**By First Class Mail**

R. Terrence Rader
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304

Lawrence P. Trapani, Esquire
4847 Enders Road
P.O. Box 555
Manlius, NY 13104

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 10, 2005, upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & EMAIL

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

### BY EMAIL

R. Terrence Rader
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304

Lawrence P. Trapani, Esquire
4847 Enders Road
P.O. Box 555
Manlius, NY 13104

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin M. Baird
Jeffrey B. Bove  (# 998)
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
jbove@cblh.com
kbaird@cblh.com

*Attorneys for Defendant*

Of Counsel:

WALL, MARJAMA & BILINSKI, LLP
James R. Muldoon, Esq.
101 South Salina Street,
Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:   (315) 425-9114

Dated: August 9, 2005