IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-357-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 7, 2005, copies of PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS were served as shown:

BY EMAIL AND BY HAND:

Jeffrey B. Bove
Kevin Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

BY EMAIL AND BY U.S. MAIL:

James R. Muldoon
John A. Wasleff
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202

September 7, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Arrow Communication Laboratories, Inc. and Tresness Irrevocable Patent Trust*

597126v1

OF COUNSEL:

| | |
|---|---|
| R. Terrance Rader | and |
| Charles W. Bradley | |
| Linda D. Kennedy | Lawrence P. Trapani |
| Rader, Fishman & Grauer PLLC | 4847 Enders Road |
| 39533 Woodward Ave., Suite 140 | P.O. Box 555 |
| Bloomfield Hills, MI 48304 | Manlius, NY 13104 |
| (248) 594-0600 | (315) 727-5304 |

597126v1