IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-357-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 26, 2005, copies of PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES and of this NOTICE OF SERVICE were served as shown:

BY EMAIL AND BY HAND:

Jeffrey B. Bove
Kevin Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

September 26, 2005

BY EMAIL AND BY U.S. MAIL:

James R. Muldoon
John A. Wasleff
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Arrow Communication Laboratories, Inc. and Tresness Irrevocable Patent Trust*

597126v1

- 2 -

OF COUNSEL:

| | |
|---|---|
| R. Terrance Rader | and |
| Charles W. Bradley | |
| Linda D. Kennedy | Lawrence P. Trapani |
| Rader, Fishman & Grauer PLLC | 4847 Enders Road |
| 39533 Woodward Ave., Suite 140 | P.O. Box 555 |
| Bloomfield Hills, MI  48304 | Manlius, NY 13104 |
| (248) 594-0600 | (315) 727-5304 |

597126v1

- 2 -