IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-357-SLR |
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, | ) ) ) ) | |
| Defendant. | ) ) | |
| JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC, | ) ) ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| ARROW COMMUNICATION LABORATORIES, INC., and TRESNESS PATENT TRUST, | ) ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant John Mezzalingua Associates, Inc., d/b/a PPC, hereby certify that copies of Defendant's Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents and Things and Defendant's Responses and Objections to Plaintiff's Second Set of Interrogatories were caused to be served on September 28, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND EMAIL**

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**

R. Terrence Rader, Esq.
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304

Lawrence Trapani, Esq.
4847 Enders Road
P.O. Box 555
Manlius, NY  13104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 28, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING, HAND DELIVERY AND EMAIL**

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**

R. Terrence Rader, Esq.
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304

Lawrence Trapani, Esq.
4847 Enders Road
P.O. Box 555
Manlius, NY  13104

        CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin M. Baird
_____
Jeffrey B. Bove  (# 998)
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street, Suite 878
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614
jbove@cblh.com

*Attorneys for Defendant John Mezzalingua Associates, Inc. d/b/a PPC*

OF COUNSEL:

James R. Muldoon, Esq.
John A. Wasleff, Esq.
WALL, MARJAMA & BILINSKI, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone:  (315) 425-9000
Facsimile:    (315) 425-9114

Dated:  September 28, 2005