US006674343B2

# (12) United States Patent
## Gould et al.

(10) Patent No.: **US 6,674,343 B2**
(45) Date of Patent: *__Jan. 6, 2004__

(54) **ELECTRONIC FILTER ASSEMBLY**

(75) Inventors: **Jerry M. Gould**, Liverpool, NY (US); **Andrew F. Tresness**, Manlius, NY (US)

(73) Assignee: **Tresness Irrevocable Patent Trust**, Syracuse, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 9 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/898,543**

(22) Filed: **Jun. 29, 2001**

(65) **Prior Publication Data**

US 2001/0040488 A1 Nov. 15, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/382,064, filed on Aug. 24, 1999, now Pat. No. 6,323,743.

(51) Int. Cl.$^7$ ................................................. **H03H 7/01**
(52) U.S. Cl. .................. **333/185**; 333/172; 439/579
(58) Field of Search ................................ 333/167, 168, 333/185, 172, 175, 260; 439/589, 271, 581, 579

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,762,025 A | 9/1956 | Melcher | | 339/143 |
| 2,813,144 A | 11/1957 | Valach | | 174/87 |
| 2,981,920 A | 4/1961 | Jackson | | 339/89 |
| 3,170,748 A | 2/1965 | Van Horssen | | 339/88 |
| 3,332,052 A | 7/1967 | Rusinyak | | 339/177 |
| 3,678,444 A | 7/1972 | Stevens et al. | | 339/130 |
| 3,681,739 A | 8/1972 | Kornick | | 339/94 |
| 3,686,623 A | 8/1972 | Niiman | | 339/177 |
| 3,854,789 A | 12/1974 | Kaplan | | 339/177 |
| 3,954,321 A | 5/1976 | Casper | | 339/177 |
| 4,373,767 A | 2/1983 | Cairns | | 339/94 |
| 4,444,454 A | 4/1984 | Horowitz | | 339/177 |
| 4,575,274 A | 3/1986 | Hayward | | 403/2 |
| 4,616,900 A | 10/1986 | Cairns | | 350/96 |
| 4,637,674 A | 1/1987 | Kobler | | 339/94 |
| 4,666,228 A | 5/1987 | Wood | | 339/94 |
| 4,668,043 A | 5/1987 | Saba et al. | | 339/177 |
| 4,669,805 A | 6/1987 | Kosugi et al. | | 439/581 |
| 4,687,272 A | 8/1987 | Spinner et al. | | 439/271 |
| 4,824,399 A | 4/1989 | Bogar et al. | | 439/578 |
| 4,964,805 A | * 10/1990 | Gabany | | 439/63 |
| 5,055,060 A | 10/1991 | Down et al. | | 439/304 |
| 5,179,877 A | 1/1993 | Down et al. | | 81/443 |
| 5,295,864 A | 3/1994 | Birch et al. | | 439/578 |
| 5,409,398 A | 4/1995 | Chadbourne et al. | | 439/490 |
| 5,601,457 A | 2/1997 | Le Gall | | 439/843 |
| 5,658,171 A | 8/1997 | Pauza et al. | | 439/675 |
| 6,273,766 B1 | * 8/2001 | Zennamo et al. | | 439/843 |
| 6,323,743 B1 | * 11/2001 | Zelenz et al. | | 333/185 |

OTHER PUBLICATIONS

Cambion® Drawing (1980).
Mill–Max Drawing 0336 (1985).
Mil–Max Product Catalog, pp. 105 & 107 Mar. 1999/Exhibit A (3).

* cited by examiner

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Dean Takaoka
(74) *Attorney, Agent, or Firm*—Lawrence P. Trapani

(57) **ABSTRACT**

An electronic filter assembly of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of the female terminal cap. The collet assembly comprises an insulator, a collet terminal, and a seal. The insulator is made from a single piece of insulator material, containing a bore therethrough. The collet terminal extends through the bore of the insulator. The seal is located inside the terminal passage of the female terminal cap, between the collet terminal and the female terminal cap.

**29 Claims, 3 Drawing Sheets**





FIG.1

FIG.2
Prior Art

FIG.3A   FIG.3B



FIG.4



1

# ELECTRONIC FILTER ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 09/382,064, filed Aug. 24, 1999 now U.S. Pat. No. 6,323,743.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention relates generally to electronic filters used in the cable television industry, and relates more particularly to the construction and assembly of such filters.

### 2. Background Art

Typical electronic filter constructions in the cable television (CATV) industry involve a considerable number of parts, such as, for example, one or more circuit boards, connecting wires or leads, filter circuit components, isolation plates, blocks or chambers, input and output terminals, moisture barrier seals or plugs, connector housings, sub-housings or caps, o-rings, outer housing sleeves, and potting material. This elaborate array of parts constrains efforts to: minimize the size and weight of the filters; reduce material and labor costs associated with assembly of the filters; and simplify and automate the assembly process. Examples of such filter constructions are shown and described in: U.S. Pat. No. 5,278,525 to Palinkas; U.S. Pat. No. 4,901,043 to Palinkas; U.S. Pat. No. 4,701,726 to Holdsworth; U.S. Pat. No. 4,451,803 to Holdsworth et al; U.S. Pat. No. 3,579,156 to Parfitt; and U.S. Pat. No. 3,065,434 to Calderhead.

For such CATV filters as highpass and lowpass filters, diplex filters, windowed highpass filters, and step attenuator (or return path) filters, tunable filter circuits and shielding between filter components and circuits are not normally required. Thus, for these types of filters, an opportunity is presented to simplify filter components, construction and assembly. U.S. Pat. No. 5,745,838 to Tresness et al. discloses (FIGS. 8–10) a filter construction for a return path filter called a "step attenuator." This construction is also shown in FIG. 2 herein, as representing the prior art construction for this type of filter. While simplification was achieved in U.S. Pat. No. 5,745,838, the construction still required two major o-rings around the male and female terminal caps and an outer housing sleeve (See FIG. 2 herein); and, manual assembly of these parts was still required.

Many diplex, windowed highpass, and return path filters (See, e.g., embodiments shown in FIGS. 1–5 of U.S. Pat. No. 5,745,838), have dual (or "parallel") circuit paths. For example, FIG. 1, herein, shows a simplified step attenuator circuit 10 containing a forward (or highpass) path 12 and a return (or lowpass) path 14. Cascaded or elongated circuit board arrangements such as shown in U.S. Pat. No. 5,770,983 to Zennamo, Jr. et al., U.S. Pat. No. 4,901,043 to Palinkas, U.S. Pat. No. 4,701,726 to Holdsworth, U.S. Pat. No. 4,451,803 to Holdsworth et al., U.S. Pat. No. 3,579,156 to Parfitt, and U.S. Pat. No. 3,065,434 to Calderhead, are not optimum platforms for such dual path filters. A more optimum platform would be to have two circuit boards disposed in a parallel arrangement.

U.S. Pat. No. 5,278,525 to Palinkas discloses parallel circuit boards for a CATV notch filter (or "trap"), rather than for a dual path filter. The construction includes a considerable number of extra parts, such as an isolation shield, circuit board housings, tuning screw housings, o-rings, and an outer housing sleeve.

2

In most CATV applications, the filters are installed in an outdoor environment. Thus, it is important that the filter construction be moisture resistant. Efforts to make filters moisture resistant have included enclosing the filter in an outer housing sleeve and employing o-rings between the filter and the outer housing sleeve. See, e.g., U.S. Pat. No. 5,745,838 to Tresness et al., U.S. Pat. No. 5,278,525 to Palinkas, U.S. Pat. No. 4,701,726 to Holdsworth, and U.S. Pat. No. 4,451,803 to Holdsworth et al. Such an approach requires the additional parts and expense of o-rings and outer housing sleeves, and may require manual assembly of such parts.

A prime path for moisture penetration into the filter is through the terminal fittings or connectors. While efforts to prevent moisture penetration through filter connectors (such as disclosed in U.S. Pat. No. 5,278,525 to Palinkas) have been satisfactory, there remains a need to improve moisture resistance through these connector paths.

Another consideration in CATV filter construction is to establish a good and reliable electrical ground between the filter circuit or circuits and the filter housing. Electrical ground has been established by soldering or fitting isolation shields or blocks between the circuit boards and the filter housing, or by soldering wires or leads between the circuit board and housing. See, for example, U.S. Pat. No. 4,701,726 to Holdsworth. However, such methods usually require additional components or manual assembly steps.

## OBJECTS AND SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide an electronic filter construction that avoids the limits and problems associated with the prior art.

It is another object of the present invention to provide an electronic filter construction that is more suitable for automated assembly than previous filter constructions.

It is a further object of the present invention to provide an electronic filter construction that requires less parts than previous filter constructions.

It is still another object of the present invention to reduce material and labor costs associated with the assembly of an electronic filter;

It is still a further object of the present invention to reduce the size and weight of an electronic filter;

It is yet another object of the present invention to provide an electronic filter construction that is optimum for dual (or parallel) path filter circuits;

It is yet a further object of the present invention to provide an electronic filter construction that establishes an effective and reliable ground connection between the filter's circuitry and the filter housing; and

It is still yet another object of the present invention to provide an electronic filter construction that has improved moisture resistance.

These and other objects are attained in accordance with the present invention wherein there is provided a filter assembly, comprising (1) a first terminal cap, (2) a second terminal cap, (3) a first circuit board, and (4) a second circuit board. The first and second terminal caps are disposed along a longitudinal axis in opposing relation to each other. The terminal caps are physically and electrically coupled to each other.

Both circuit boards are physically coupled to the first terminal cap. The first circuit board includes—(i) front and rear surfaces, (ii) a first filter circuit located on either or both

of the front and the rear surfaces, (iii) a ground contact electrically coupled to the first filter circuit and to said first terminal cap, and (iv) a first filter terminal coupled to the first circuit. The second circuit board includes—(i) front and rear surfaces, (ii) a second filter circuit located on either or both of the front and the rear surfaces, (iii) a ground contact electrically connected to the second filter circuit and to said first terminal cap, and (iv) a second filter terminal coupled to the second circuit. The first and second circuits are electrically coupled to each other, and each circuit is electrically coupled to the first terminal cap via the ground contacts such that the circuits have a common ground through the first terminal cap.

The first and second circuit boards are positioned substantially parallel to each other and to the longitudinal axis, between the terminal caps. The front surface of the first circuit board substantially faces the front surface of the second circuit board. The first and second terminals extend into and are operatively supported inside the first and second terminal caps, respectively.

In a modified embodiment, the filter assembly of the present invention may include only a single circuit board physically coupled to the first terminal cap. In such an embodiment, the single circuit board would include—(i) front and rear surfaces, (2) a filter circuit located on either or both of the front and rear surfaces, (iii) a ground contact electrically coupled to the filter circuit and to the first terminal cap, and (iv) first and second filter terminals electrically coupled to the filter circuit. The filter circuit is electrically coupled to the first terminal cap via the ground lead, such that the circuit is grounded through the first terminal cap. The single circuit board is positioned substantially parallel to the longitudinal axis, between the terminal caps. The first and second terminals extend into and are operatively supported inside the first and second terminal caps, respectively.

In an alternative embodiment, a filter assembly is provided, which comprises—(1) first and second terminal caps, (2) a filter circuit, (3) first and second filter terminals, (4) first and second sealing members, and (5) an o-ring. The first and second terminal caps are arranged in opposing relation to each other. The first cap is directly connected to the second cap to form a filter housing which defines an interior volume. The first cap contains an external groove, and the connection between the first and second caps is substantially sealed by solder received in the groove. The caps contain first and second terminal passages, respectively, between the interior volume and the exterior of the filter assembly.

A filter circuit is mounted inside the filter housing. The filter terminals are electrically coupled to the filter circuit. The first and second terminals extend through and are operatively supported inside the first and second terminal passages, respectively. The first sealing member is secured in and substantially closes the first terminal passage. The first sealing member contains a hole through which the first terminal tightly fits. The second sealing member is secured in and substantially closes the second terminal passage. The second sealing member contains a hole through which the second terminal tightly fits. The o-ring is seated inside the second terminal passage, between the second sealing member and the second terminal cap.

BRIEF DESCRIPTION OF THE DRAWING

Further objects of the present invention will become apparent from the following description of the preferred embodiment with reference to the accompanying drawing, in which:

FIG. 1 is a schematic diagram of a dual-path filter circuit;

FIG. 2 is a longitudinal cross-sectional view of a filter constructed in accordance with the teachings of the prior art;

FIG. 3A is a longitudinal cross-sectional view of a filter constructed in accordance with the present invention;

FIG. 3B is an enlarged cross-sectional view of the circled area in FIG. 3A;

FIG. 4 is an exploded view of the filter shown in FIG. 3A;

FIG. 5 is an exploded view showing a modification to the filter of FIG. 4; and

FIG. 6 is an exploded view showing another modification to the filter of FIG. 4.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The filter assembly of the present invention is especially suited for dual (or parallel) path filter circuits. As understood in the art, dual path circuits include at least two separate circuit paths. Examples of dual path filters are diplex, windowed highpass, and some step attenuator filters. Referring now to FIG. 1, there is shown a schematic of a dual path filter circuit 10, having a highpass circuit path 12 and a lowpass circuit path 14. Circuit 10 is a simplified version of a step attenuator circuit described in U.S. Pat. No. 5,745,838 to Tresness et al., incorporated herein by reference. The present invention is not limited to filter assemblies for any particular filter circuit. Circuit 10 is presented only as an example of a dual path circuit. An understanding of circuit 10 is not necessary for an understanding of the present invention.

FIG. 2 shows a sectional view of a conventional filter construction. The construction includes a female terminal cap 16, a male terminal cap 18, an elongated circuit board 20, a female terminal 22, a male terminal 24, o-rings 26 and 28, and an outer housing sleeve 30. Terminal caps 16 and 18 are soldered together by way of a solder ring 32. Female terminal 22 is connected to a female connector assembly 34 which includes a sealing member 36. Male terminal 24 extends through an internally threaded fitting 38 contained in cap 18. Terminal 24 is tightly fitted through a sealing wafer 40 secured inside cap 18. The filter shown in FIG. 2 is of the type that does not require shielding or tunable filter components. As a result, low profile, surface mounted filter components 44 are used. It is apparent from FIG. 2 that this conventional construction produces an enormous amount of wasted internal space, and the elongated shape of circuit board 20 constrains efforts to reduce the length of the filter.

The conventional filter construction of FIG. 2 is contrasted markedly by the filter construction of the present invention, shown in FIG. 3A. FIG. 3A depicts the preferred embodiment of the present invention. It does not include the outer housing sleeve and accompanying o-rings. The elimination of these parts simplifies the assembly and allows the filter manufacturer to adopt a more automated assembly process.

The preferred construction will now be described in detail with reference to FIGS. 3A, 3B and 4. A filter 50 includes a female terminal cap 52 and a male terminal cap 54. Caps 52 and 54 are disposed along a longitudinal axis L, in opposing relation to each other. Caps 52 and 54 are made of any suitable conductive metal typically used in the filter industry. Cap 52 includes a cylindrical portion 56 having an extension or crimping sleeve 58. Cylindrical portion 56 extends to cap 54, and sleeve 58 is crimped around cap 54, to form a filter housing with an interior volume 60 (FIG.

US 6,674,343 B2

| 5 | 6 |

3A). Cap **54** contains an external circumferential groove **62** (FIGS. **3A** and **4**). Caps **52** and **54** are sealed together using a solder ring **64** received in groove **62**. A circumferential solder joint is established with ring **64**, by way of induction soldering. The solder joint also establishes a good electrical ground connection between caps **52** and **54**. Induction soldering is preferred because it can be implemented as an automated assembly step. As a result of the above-described crimping and soldering, a secure physical and electrical connection is established between caps **52** and **54**.

Female terminal cap **52** includes a fitting portion **66** containing external threads **67** and a terminal passage **68**. Male terminal cap **54** includes a fitting portion **70** containing internal threads **71** and a terminal passage **72**. Passages **68** and **72** each establish a passageway between interior volume **60** and the exterior of filter **50**.

As shown in FIG. **3A**, a pair of filter circuit boards **74**, **76** are enclosed in interior volume **60**. Circuit boards **74**, **76** are arranged substantially parallel to each other and to longitudinal axis L. In this disclosure and in the claims, the term "parallel" is not intended to mean precisely parallel. The term includes orientations that may produce acute angles between the circuit boards.

As best shown in FIG. **4**, circuit board **74** includes—(i) front and rear surfaces **78**, **79**, (ii) a filter circuit **80** located on front surface **78**, (iii) a pair of ground contacts **82**, **83** electrically connected to circuit **80**, and (iv) a terminal **84** electrically coupled to circuit **80**. Circuit board **76** includes (i) front and rear surfaces **86**, **87**, (ii) a filter circuit **88** located on front surface **86**, (iii) a pair of ground contacts **90**, **91** electrically connected to circuit **88**, and (iv) a terminal **92** electrically coupled to circuit **88**. It is preferred that another, corresponding pair of ground contacts be located on the rear surfaces of boards **74**, **76**, respectively (see corresponding contacts **82**a, **83**a and **90**a, **91**a in FIG. **4**). These corresponding pairs of contacts are likewise electrically connected to their respective filter circuits (**80**, **88**). Circuit **80** is connected to circuit **88** by way of jumper wires **93**a, **93**b (FIG. **4**), to form a complete filter circuit (such as shown in FIG. **1**). Circuits **80**, **88** are preferably implemented with all surface mounted filter components, including fixed-tuned chip (ceramic medium) inductors and/or ferrite core inductors.

Dual filter circuit **10** (FIG. **1**) can be neatly arranged on circuit boards **74**, **76**, as indicated by the broken lines in FIG. **1**. As represented in FIG. **1**, circuit board **74** contains circuit path **14** which is embodied in circuit **80**, and circuit board **76** contains circuit path **12** which is embodied in circuit **88**. These paths are joined together by jumper wires **93**a, **93**b (FIG. **1**). It is to be noted that the present invention is not limited to dual path circuits or to the separation of dual circuit paths on respective circuit boards. Any operable arrangement may be employed. When we refer to a "filter circuit" or "circuit" on a circuit board, in this disclosure and in the claims, it is intended to mean any arrangement of a circuit component or circuit components, whether or not constituting a complete or identifiable filter circuit. The example presented in this disclosure is merely to illustrate the suitability of the parallel circuit board arrangement (of the present invention) to a dual path circuit.

Circuit boards **74**, **76** are mounted directly to male terminal cap **54**. As best shown in FIG. **4**, circuit boards **74**, **76** have mating ends **75**, **77**, respectively, and the ground contacts are located at the mating ends. Terminal cap **54** contains two pairs of opposed notches **94**a, **94**b and **94**c, **94**d. For the purpose of this disclosure and the claims, the term "groove" shall include its normally intended meanings and, in addition, it shall include notch pairs, such as notch pairs **94**a, **94**b and **94**c, **94**d. Thus, e.g., notch pair **94**a, **94**b may be properly referred to herein as groove **94**a, **94**b. Grooves **94**a, **94**b and **94**c, **94**d are configured to receive, in a tight press fit, the mating ends of circuit boards **74**, **76**, respectively. This tight press fit secures the circuit boards in position.

Circuits **80**, **88** are electrically coupled to terminal cap **54** via the ground contacts, and thus establish a common electrical ground for circuits **80**, **88**. Ground contacts **82**, **82**a and **83**, **83**a are in registration and direct contact with notches **94**a and **94**b, respectively, and ground contacts **90**, **90**a and **91**, **91**a are in registration and direct contact with notches **94**c and **94**d, respectively. Each of the ground contacts is coated with solder when circuit boards **74**, **76** are produced. The solder coating ensures a tight fit between the contacts and the notches. In fact, during assembly, the some of the solder is sheared off during insertion of boards **74**, **76** into notches process **94**a, **94**b and **94**c, **94**d. The ground contacts are soldered to the notches by induction soldering (another automated assembly step). This arrangement establishes a good ground connection between the circuit boards and cap **54**.

Terminal **92** is a male connector terminal which extends through and is operatively supported inside terminal passage **72**. A potting wafer **95**, made of low density polyethylene, is inserted into and substantially closes off terminal passage **72**. Wafer **95** contains an open bore through which terminal **92** tightly fits. Once installed, wafer **95** seals passage **72**, substantially preventing moisture from entering filter **50** through passage **72**.

Terminal **84** includes a female terminal assembly **96** which extends through and is operatively supported inside terminal passage **68**. Terminal assembly **96** includes a female connector element or collet terminal **96**a, a polypropylene insulator **96**b containing an external o-ring groove **96**c (FIG. **4**), and an o-ring **96**d seated in groove **96**c. Assembly **96** is inserted into and substantially closes off terminal passage **68**. Insulator **96**b and O-ring **96**d, together, seal passage **68**, substantially preventing moisture from entering the filter between passage **68** and insulator **96**b. Insulator **96**b contains an open bore through which collet terminal **96**a tightly fits.

As shown in FIG. **3B**, collet terminal **96**a has a pair circumferential (360°), protruding barbs or ribs **98**. Collet **96**a is press fitted through the bore of insulator **96**b, causing barbs **98** to penetrate and anchor into insulator **96**b (FIG. **3B**). "Penetration" of barbs **98** may or may not include breaking into the insulator material—typically, the barbs will penetrate the insulator by deforming the insulator material. The barbs, and their penetration into the insulator, help prevent moisture from entering filter **50**, between the bore of insulator **96**b and collet **96**a.

As shown in FIGS. **3B** and **4**, insulator **96**b has a cone-shaped nose **99**, which allows o-ring **96**d to be easily slipped over the insulator and seated in groove **96**c. This cone-shape allows o-ring **96**d to be installed on the insulator by an automated assembly step. In some filter constructions, it may be preferable to have collet **96**a extend through the insulator to the point where it is flush with an insulator face **96**e (See FIG. **3B**). The construction, as above-described, may eliminate the need for potting material inside the filter, in most applications.

Referring now to FIG. **5**, there is shown a modification to the embodiment of FIG. **4**. Like parts are indicated by like

7

reference numbers, increased by 100. The modification concerns the placement of printed circuit inductors on the rear surface of each circuit board. As shown in FIG. 5, circuits 180, 188 each include a pair of printed inductors 180a, 180b and 188a, 188b, respectively, etched on respective rear surfaces 179 and 187. Inductors 180a, 180b and 188a, 188b may serve, for example, as inductors L3, L4 and L1, L2, respectively, in the circuit shown in FIG. 1. In this embodiment, the capacitors of circuits 180, 188 would remain on the front surfaces of circuit boards 174, 176. The embodiment of FIG. 5 is otherwise the same as the embodiment of FIGS. 3A, 3B and 4.

Referring now to FIG. 6, there is shown another modification of the embodiment of FIG. 4. Like parts are indicated by like reference numbers, increased by 200. In some applications, it may be desirable to have a certain degree of electromagnetic shielding between circuit boards. This can be achieved by locating the filter circuits on the rear surfaces of the circuit boards and locating ground planes on the front surfaces of the boards. As shown in FIG. 6, circuits 280, 288 are located on rear surfaces 279, 287, respectively, and ground planes 281, 289 are located on the front surfaces of boards 274, 276, respectively. The ground planes provide shielding between circuits 280, 288. Ground planes 281, 289 are grounded by their direct physical contact with notches 294a, 294b and 294c, 294d, respectively, when boards 274, 276 are seated in the notches. Thus, separate ground contacts are not necessary on the front surfaces of the boards. As shown in FIG. 6, ground contacts 282a, 283a and 290a, 291a are located on the rear surfaces of boards 274 and 276, respectively.

A circular opening 281a is contained in ground plane 281 to allow terminal 284 to be connected to board 274 without shorting to ground. A similar opening is provided in ground plane 289 for terminal 292. Openings are also contained in the ground planes to accommodate jumper wires 293a, 293b. The embodiment of FIG. 6 is otherwise the same as the embodiment of FIGS. 3A, 3B and 4.

While the preferred embodiment of the invention has been particularly described in the specification and illustrated in the drawing, it should be understood that the invention is not so limited. Many modifications, equivalents, and adaptations of the invention will become apparent to those skilled in the art without departing from the spirit and scope of the invention.

What is claimed is:

1. An electronic filter assembly of die type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, wherein said collet assembly comprises:
   an insulator, made from a single piece of insulator material, containing a hole therethrough;
   a collet terminal extending substantially through the hole of the insulator, the collet terminal haying a female end surrounded by the insulator and tightly fitted in the hole of the insulator, such that the female end is insulated from the fitting portion of said female terminal cap; and
   a seal located inside the terminal passage of said female terminal cap, between the collet terminal and said female terminal cap.

2. The electronic filter assembly of claim 1, wherein the collet terminal has at least one barb which penetrates the insulator material of the insulator, to help prevent moisture from entering said filter housing between the hole of the insulator and the collet terminal.

8

3. The electronic filter assembly of claim 1, wherein the insulator of said collet assembly has a substantially cone-shaped nose portion.

4. The electronic filter assembly of claim 1, wherein the collet terminal has a plurality of barbs which penetrate the insulator material of the insulator, to help prevent moisture from entering said filter housing between the hole of the insulator and the collet terminal.

5. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of se-id female terminal cap, wherein said collet assembly comprises:
   an elongated insulator, made from a single piece of insulator material, containing an axially-directed bole therethrough, said insulator being located in and substantially coextensive with the terminal passage;
   a collet terminal extending substantially through the hole of said insulator, said collet terminal having a female end surrounded by said insulator and tightly fitted in the hole of said insulator, such that the female end of the collet terminal is insulated from the fitting portion of said female terminal cap; and
   a seal located inside the terminal passage of said female terminal cap, surrounding said collet terminal and said elongated insulator, so as to produce a seal between said insulator and said female terminal cap.

6. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, a circuit board, and a cable TV circuit on said circuit board, wherein said collet assembly comprises:
   an insulator, made from a single piece of insulator material, containing a hole therethrough;
   a collet terminal extending substantially through the hole of the insulator, said collet terminal having a female end and a coupling end, the female end being surrounded by said insulator such that the female end is insulated from the fitting portion of said female terminal cap, the coupling end being coupled to the circuit board,
   the coupling end having a neck-shaped portion, a block-shaped portion integrally connected with the neck-shaped portion and abutting the circuit board, and a pin-shaped portion projecting from the block-shaped portion and penetrating to circuit board; and
   a seal located inside the terminal passage of said female terminal cap, between said collet terminal and said female terminal cap.

7. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, a circuit board, and a cable TV circuit on said circuit board, wherein said collet assembly comprises:
   an insulator, made from a single piece of insulator material, containing an axially-directed hole therethrough;
   a collet terminal extending substantially through the hole of said insulator, said collet terminal having a female end surrounded by said insulator and a coupling end coupled to said circuit board,

9

said collet terminal further having a barb engaging the insulator material of said insulator inside the hale of said insulator, the barb having an inclined side which faces the coupling end of said collet terminal; and

a seal located inside the terminal passage of said female terminal cap, between said collet terminal and said female terminal cap.

8. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and a body portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, wherein said collet assembly comprises:

an elongated insulator, made from a single piece of insulator material, containing an axially-directed hole therethrough, said insulator being substantially coextensive with the terminal passage and having a rear end portion extending out of the fitting portion and into the body portion, such tat an annular space is created between the rear end portion and the female terminal cap;

a collet terminal extending substantially through the hole of said insulator, said collet terminal having a female end surrounded by said insulator and tightly fitted in the hole of said insulator; and

a seal located inside the terminal passage of said female terminal cap, between said collet terminal and said female terminal cap.

9. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, and a circuit board, and a cable TV circuit on said circuit board, wherein said collet assembly comprises:

an insulator, made from a single piece of insulator material, containing a hale therethrough;

a collet terminal, extending substantially through the hole of said insulator, having a female end and a coupling end, the female end being surrounded by said insulator and tightly fitted in the hole of said insulator, the coupling end being integrally formed with the female end and being directly connected to said circuit board; and

a seal located inside the terminal passage of said female terminal cap, between surrounding said collet terminal and said elongated insulator, so as to provide a seal between said insulator and said female terminal cap.

10. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, wherein said edict assembly comprises:

an insulator, made from a single piece of insulator material, containing a hole therethrough;

a collet terminal extending substantially through the hole of said insulator, said collet terminal including a female end surrounded by said insulator and tightly fitted in the hole of said insulator,

said collet terminal further including a separate contact press-fitted into the female end; and

a seal located inside the terminal passage of said female terminal cap, between said collet terminal and said female terminal cap.

10

11. A cable TV electronic filter device of the type that includes a female terminal cap having a fitting portion and containing a terminal passage through the fitting portion, and a collet assembly secured in and substantially closing the terminal passage of said female terminal cap, wherein said collet assembly comprises:

an insulator, made from a single piece of insulator material, having distal and proximal ends and containing an axially-directed hole which opens at the distal and the proximal ends;

a collet terminal extending substantially through the hole of said insulator, said edict terminal including a female end surrounded by said insulator and tightly fitted in the hole of said insulator, the female end opening at the distal end of said insulator; and

a seal located inside the terminal passage of said female terminal cap, between said insulator and said female terminal cap, said seal being positioned closer to the distal end than to the proximal end of said insulator.

12. A cable TV electronic filter device, comprising:

male and female terminal caps coupled together to form a filter housing defining an interior volume, said male terminal cap containing a first terminal passage between to interior volume and the exterior of the filter housing, and said female terminal cap containing a second terminal passage between the interior volume and the exterior of the filter housing;

a circuit board supported inside the filter housing;

a cable TV filter circuit on said circuit board;

a male terminal assembly including a male terminal and a seal, the seal containing a hole therethrough end being secured in and substantially closing off the first terminal passage, the male terminal being coupled to said circuit board and extending through and tightly fitted in the hole of the seal; and

a collet assembly including an insulator, a collet terminal and a collet seal, the insulator being made from a single piece of insulator material and containing a hole therethrough,

the collet terminal being coupled to said circuit board and extending substantially through the hole of the insulator, the collet terminal having a female end surrounded by the insulator and tightly fitted in the hole of the insulator, and

the collet seal being located inside the second terminal passage between the collet terminal and said female terminal cap.

13. A cable TV electronic filter device comprising:

a conductive housing having input and output ends,

said housing having a generally cylindrical body portion and a threaded female connector, the female connector being located at the input end of said housing and having a, diameter less than tat of the body portion, the female connector containing a passageway therethrough;

a circuit board within the body portion of said housing;

a cable TV filter circuit on said circuit board: and

a collet assembly, secured in and substantially closing the passageway of the female connector alone at least a portion of its length, to receive electrical signals and conduct them to the circuit board,

the collet assembly including

an insulator member surrounded by the female connector, the insulator member containing a generally cylindrical opening through its length,

a conductor extending through the opening of the insulator member, the conductor having an input end adjacent the input end of said housing and an output end adjacent the circuit board, the conductor being generally cylindrical and having a hollow interior at its input end, the input end of the conductor being surrounded by the insulator member and tightly fitted in the opening of the insulator member,

an electrical contact member fitting tightly within the hollow interior of the conductor and having spring contact portions that expand and contract when a conductive pin or other conductive member is inserted and retracted, respectively, and

an elastomeric sealing member surrounding the insulator member in compressed engagement with the insulator member and the surrounding female connector, to provide a moisture seal between the insulator member and the female connector.

14. The cable TV electronic filter device as in claim 13 wherein

the conductor includes a one-piece conductive member that extends through the opening of the insulator member from the input of the housing to the circuit board and is cylindrical with a uniform diameter over a substantial portion of the length of the opening,

the insulator member is a one-piece member that extends over a substantial portion of the length of the passageway in the female connector and has substantially the same outside diameter as the inside diameter of the passageway over a substantial distance along the passageway,

the one-piece insulator member having a reduced diameter portion at some intermediate point along its length, and

the elastomeric sealing member surrounding the reduced diameter portion of the one-piece insulator member.

15. The cable TV electronic filter device of claim 13, wherein the insulator member extends through substantially the entire length of the female connector.

16. The cable TV electronic filter device of claim 13, wherein the circuit board is in close proximity with one end of the insulator member.

17. The cable TV electronic filter device of claim 13, further comprising a sealing wafer at the output end of said housing, said wafer containing a generally cylindrical opening therethrough, an output conductor, connected to said circuit board, extending through the opening of the sealing wafer in moisture tight engagement with the wafer.

18. An A cable TV electronic filter device comprising:
a conductive housing having input and output ends,
said housing having a generally cylindrical body portion and a cylindrical female connector at the input end of said housing, the female connector containing a passage therethrough;
at least one painted circuit board within the body portion of said housing;
a cable TV filter circuit on said circuit board; and
a collet assembly, secured in and substantially closing the passageway along at least a portion of the length of the female connector, to receive electrical signals and conduct them to said printed circuit board,
the collet assembly including
an insulator member that extends through substantially the entire length of the female connector, the insulator member containing a generally cylindrical bore through its length,

a conductor extending through the bore of the insulator member, the conductor having an input end adjacent the input end of said housing and an output end adjacent said printed circuit board, the conductor having a hollow interior at its input end, the input end of the conductor being surrounded by the insulator member and tightly fitted in the bore of the insulator member,

an electrical contact member located within the hollow interior of the conductor, said contact member fitting tightly within the hollow interior of the conductor and having spring contact portions that expand and contract when a conductive pin or other conductive member is inserted and retracted, respectively, and

an elastomeric sealing member surrounding the insulator member in compressed engagement with the insulator member and the surrounding female connector, to provide a moisture seal between the insulating member and the female connector.

19. The cable TV electronic filter device of claim 18, wherein the insulator member has a reduced diameter over a portion of its length, and the elastomeric sealing member surrounds the reduced diameter portion.

20. The cable TV electronic filter device of claim 18, wherein the conductor is a unitary member which extends beyond the length of the insulator member and is connected to the printed circuit board.

21. The cable TV electronic filter device of claim 20, wherein the conductor has a reduced diameter portion beyond the length of the insulator member to facilitate bending the conductor at the reduced diameter portion.

22. The cable TV electronic filter device of claim 18, wherein the passageway of the female connector has a substantially uniform internal diameter throughout substantially its entire length.

23. A cable TV electronic filter device comprising:
a conductive housing having input and output ends, said housing having a generally cylindrical body portion and a threaded female connector at the input end of said housing, the female connector having an interior surface which defines a passageway through the connector;
a printed circuit board within the body portion of said housing;
a cable TV filter circuit on said circuit board; and
a collet assembly, secured in and substantially closing the passageway along at least a portion of the length of the female connector, to receive electrical signals and conduct them to said printed circuit board,
the collet assembly including
an elastomeric sealing member in compressed engagement with the interior surface of the surrounding female connector to provide a moisture seal, against the interior surface,
only a single substantially cylindrical insulator member that-extends adjacent the elastomeric seal and extending through at least a portion of the passageway of the female connector in close proximity to an interior surface of the female connector, the insulator member containing a generally cylindrical bore through its length,
a conductor extending through the cylindrical bore of the insulator member, the conductor having an input end adjacent the input end of said housing and an output end connected to said printed circuit board, the input end of the conductor having an annular-

shaped wall defining a fixed hollow interior, the input end of the conductor being located within the bore of and in close concentric relation to the insulator member,

an electrical contact member, fitting tightly within the hollow interior of the conductor and against the annular-shaved wall thereof, having spring contact portions that expand and contract within the annular-shaped wall when a conductive pin or other conductive member is inserted and retracted, respectively.

24. The cable TV electronic filter device of claim 23, further comprising a sealing wafer containing a cylindrical bore, and

an output conductor connected to said printed circuit board for receiving signals therefrom, said conductor extending through the bore of the sealing wafer in moisture-tight engagement with said wafer.

25. A cable TV electronic filter device comprising:

a conductive housing having input and output ends, said housing having a generally cylindrical body portion and a cylindrical threaded female connector, said connector being located at the input end of said housing;

a printed circuit board within the body portion; and

a cable TV filter circuit on said circuit board,

the threaded female connector enclosing a cylindrical space that contains only a single cylindrical insulator member, an elastomeric sealing member, an elongated conductor member, and an electrical contact member,

the cylindrical insulator member containing a generally cylindrical bore through its length,

the elongated conductor extending through the bore of the insulator member, the conductor having an input end adjacent the input end of said housing and an output end adjacent said printed circuit board, the input end of the conductor having an annular-shaped wall defining a fixed hollow interior, the input end of the conductor being located within the bore of and in close concentric relation to the insulator member,

the electrical contact member, fitted tightly within the hollow interior of the conductor and against the annular-shaped wall thereof; having spring contact portions that expand and contract within the annular-shaped wall when a conductive pin or other conductive member is inserted and retracted, respectively, and

the elastomeric sealing member being in compressed engagement with the surrounding female connector to provide a moisture seal against the surrounding female connector.

26. A cable TV electronic filter device comprising:

a conductive housing having input and output ends,

said housing having a generally cylindrical body portion and a cylindrical female connector, the female connector being located at the input end of said housing and having a diameter tat is less than the diameter of the body portion, the female connector containing a passageway therethrough;

a printed circuit board within the body portion;

a cable TV filter circuit on said circuit board; and

a collet assembly, secured in and substantially closing the passageway along at least a portion of the length of the female connector, to receive electrical signals and conduct them to said printed circuit board,

said collet assembly including

a single insulator member surrounded by the female connector,

a conductor extending through the insulator members the conductor having an input end adjacent the input end of said housing and an output end, the conductor being generally cylindrical and having a hollow interior at its input end, the input end of the conductor being surrounded by and in close contact with the insulator member, and

an elastomeric sealing member surrounding the insulator member in compressed engagement with the insulator member and the surrounding female connector to provide a moisture seal between the insulating member and the female connector.

27. The cable TV electronic filter device of claim 26, wherein said collet assembly further includes

an electrical contact member fitting tightly within the hollow interior of the conductor and having spring contact portions that expand and contract when a conductive pin or other conductive member is inserted and retracted, respectively.

28. The cable TV electronic filter device of claim 26, wherein said printed circuit board is in close proximity with one end of the insulator member.

29. The cable TV electronic filter device of claim 26, further comprising

a sealing wafer containing a bore therethrough, and

an output conductor, connected to said printed circuit board, extending through the bore of said wafer in moisture-fight engagement with said wafer.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,674,343 B2                                              Page 1 of 2
DATED          : January 6, 2004
INVENTOR(S)    : Jerry M. Gould and Andrew F. Tresness

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 7,
Line 47, "die" should read -- the --.
Line 56, "haying" should read -- having --.

Column 8,
Line 13, "se-id" should read -- said --.
Line 16, "bole" should read -- hole --.
Line 49, "to circuit board" should read -- the circuit board --.

Column 9,
Line 2, "hale" should read -- hole --.
Line 19, "tat" should read -- that --.
Line 33, "and a circuit" should read -- a circuit --.
Line 37, "hale" should read -- hole --.
Line 46, "between surrounding" should read -- surrounding --.
Line 54, "edict" should read -- collet --.

Column 10,
Line 12, "edict" should read -- collet --.
Line 24, "to interior volume" should read -- the interior volume --.
Line 31, "end" should read -- and --.
Line 53, "having a, diameter" should read -- having a diameter --.
Line 53, "tat" should read -- that --.
Line 57, "said circuit board:" should read -- said circuit board; --.
Line 59, "alone" should read -- along --.

Column 11,
Line 49, "An A cable" should read -- A cable --.
Line 54, "passage" should read -- passageway --.
Line 55, "painted circuit" should read -- printed circuit --.

Column 12,
Line 53, "seal, against" should read -- seal against --.
Line 56, "that extends adjacent" should read -- adjacent --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,674,343 B2  Page 2 of 2
DATED        : January 6, 2004
INVENTOR(S)  : Jerry M. Gould and Andrew F. Tresness

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 13,
Line 7, "annular-shaved" should read -- annular-shaped --.
Line 28, "conductor member" should read -- conductor --.
Line 41, "thereof;" should read -- thereof, --.

Column 14,
Line 6, "tat" should read -- that --.
Line 18, "members" should read -- member, --.
Line 45, "moisture-fight" should read -- moisture-tight --.

Signed and Sealed this

Thirteenth Day of July, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,674,343 B2                                       Page 1 of 3
DATED        : January 6, 2004
INVENTOR(S)  : Jerry M. Gould and Andrew F. Tresness

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], **References Cited**, U.S. PATENT DOCUMENTS, include the following:
-- 5,906,512    5/99     Reynolds              439/579
   5,662,494    9/97     Zennamo, Jr. et al.   439/589
   5,620,339    4/97     Gray et al.           439/578
   5,278,525    1/94     Palinkas              333/175
   5,150,087    9/92     Yoshie et al.         333/185
   5,088,937    2/92     Gabany                439/581
   4,901,043    2/90     Palinkas              333/175
   4,857,006    8/89     Linyeav et al.        439/271
   4,799,904    1/89     Sutcliffe             439/733
   4,701,726    10/87    Holdsworth            333/185
   4,451,803    5/84     Holdsworth, et al.    333/12 --
OTHER PUBLICATIONS, include the following:
-- PPC SHP3-50 High Pass Filter Drawing, May 6, 1999.
Mil-Max Product Catalog, pp. 10, 12, 13, 17, 25, 31, 34, 79, 80, 84-86, 94, 95, 101 & 164 (undated) --

Column 7,
Line 47, "die" should read -- the --.
Line 56, "haying" should read -- having --.

Column 8,
Line 13, "se-id" should read -- said --.
Line 16, "bole" should read -- hole --.
Line 49, "to circuit board" should read -- the circuit board --.

Column 9,
Line 2, "hale" should read -- hole --.
Line 19, "tat" should read -- that --.
Line 33, "and a circuit" should read -- a circuit --.
Line 37, "hale" should read -- hole --.
Line 46, "between surrounding" should read -- surrounding --.
Line 54, "edict" should read -- collet --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,674,343 B2                                         Page 2 of 3
DATED           : January 6, 2004
INVENTOR(S)     : Jerry M. Gould and Andrew F. Tresness

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10,
Line 12, "edict" should read -- collet --.
Line 24, "to interior volume" should read -- the interior volume --.
Line 31, "end" should read -- and --.
Line 53, "having a, diameter" should read -- having a diameter --.
Line 53, "tat" should read -- that --.
Line 57, "said circuit board:" should read -- said circuit board; --.
Line 59, "alone" should read -- along --.

Column 11,
Line 49, "An A cable" should read -- A cable --.
Line 54, "passage" should read -- passageway --.
Line 55, "painted circuit" should read -- printed circuit --.

Column 12,
Line 53, "seal, against" should read -- seal against --.
Line 56, "that extends adjacent" should read -- adjacent --.

Column 13,
Line 7, "annular-shaved" should read -- annular-shaped --.
Line 28, "conductor member" should read -- conductor --.
Line 41, "thereof;" should read -- thereof, --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,674,343 B2                                                             Page 3 of 3
DATED        : January 6, 2004
INVENTOR(S)  : Jerry M. Gould and Andrew F. Tresness

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 14,</u>
Line 6, "tat" should read -- that --.
Line 18, "members" should read -- member, --.
Line 45, "moisture-fight" should read -- moisture-tight --.

This certificate supersedes Certificate of Correction issued July 13, 2004.

Signed and Sealed this

Seventh Day of December, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*