# Exhibit A



(12) **United States Patent**
**Shafer**

(10) **Patent No.:** **US 6,737,935 B1**
(45) **Date of Patent:** **May 18, 2004**

(54) **DIPLEX CIRCUIT FORMING BANDSTOP FILTER**

(75) Inventor: **Steven Shafer**, Chittenango, NY (US)

(73) Assignee: **John Mezzalingua Associates, Inc.**, East Syracuse, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 5 days.

(21) Appl. No.: **10/309,376**

(22) Filed: **Dec. 3, 2002**

(51) **Int. Cl.**[7] .......... **H03H 7/01**; H04N 7/10

(52) **U.S. Cl.** .......... **333/132**; 333/176; 333/167; 725/128

(58) **Field of Search** .......... 333/132, 167, 333/175, 176, 185; 725/128

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,462,491 A 2/1949 Hallett .......... 361/816
3,579,154 A 5/1971 Deen .......... 333/176
3,806,813 A 4/1974 Eller .......... 725/128
3,956,717 A 5/1976 Fisher et al. .......... 333/121
4,100,516 A 7/1978 Hall .......... 333/134
4,701,726 A 10/1987 Holdsworth .......... 333/185
4,783,639 A 11/1988 Hudspeth et al. .......... 333/126
4,954,790 A 9/1990 Barber .......... 332/164
4,963,966 A 10/1990 Harney et al. .......... 725/149
5,150,087 A 9/1992 Yoshie et al. .......... 333/185
5,278,525 A 1/1994 Palinkas .......... 333/175
5,304,967 A 4/1994 Hayashi .......... 333/206
5,548,255 A 8/1996 Spielman .......... 333/132
5,745,838 A 4/1998 Tresness et al. .......... 725/128
5,793,265 A 8/1998 Spielman .......... 333/132
5,815,052 A 9/1998 Nakajima et al. .......... 333/175
5,821,831 A * 10/1998 Marland .......... 333/132
5,881,362 A * 3/1999 Eldering et al. .......... 725/125
5,898,406 A 4/1999 Matero .......... 343/702
5,906,512 A 5/1999 Reynolds .......... 439/579
5,999,796 A 12/1999 Tresness et al. .......... 725/125
6,031,432 A 2/2000 Schreuders .......... 333/24 R
6,177,849 B1 1/2001 Barsellotti et al. .......... 333/177
6,191,666 B1 2/2001 Sheen .......... 333/185
6,252,474 B1 * 6/2001 Mizutani .......... 333/139

* cited by examiner

*Primary Examiner*—Barbara Summons
(74) *Attorney, Agent, or Firm*—Christopher R. Pastel; Hancock & Estabrook, LLP

(57) **ABSTRACT**

A bandstop filter for use in CATV applications is formed by a pair of diplexers, a lowpass filter and a highpass filter. Signals having a frequency range of, e.g., 0–3 GHz enter at a first node connected to the inputs of both the lowpass and highpass filters. Signals having frequencies below a first, predetermined value pass through the lowpass filter, and signals having frequencies above a second, predetermined value pass through the highpass filter with signals having frequencies between the first and second values being blocked, i.e., "stopped." The outputs of both the lowpass and highpass filters are connected to the second diplexer at a second node which is connected to the single output.

**22 Claims, 8 Drawing Sheets**





BANDSTOP FILTER
Fp1
Fp4
Fs2
Fs3
26
24
22
20
18
HIGHPASS FILTER
Fp4
Fs3
LOWPASS FILTER
Fp1
Fs2
16
12
14
0 - 3 Ghz
10

FIG. 1



(O)
24
L06
L5
C7
L4
C6
C09
C08
L05
16
C5
C07
C06
L04
L3
C4
C05
C04
L03
C3
C03
C02
L02
L2
C2
C1
C01
18
L1
L01
10
(I)

FIG. 2



26a
26b
26c
26d
26e
26f
26
.375 IN.
.390 IN.
L5
L4
C6
C7
L3
C5
C4
C3
L2
C2
C1
L1
L06
C09
L05
C08
C07
C06
C05
L04
L03
C04
C03
L02
C02
C01
L01

FIG. 3a

FIG. 3b



FIG.4



FIG.5



FIG. 6

A
36
26d
26f
32
26d'
26f'
26b
34
A
FIG. 7a
36
26c
26d
32
26d'
26b'
34
FIG. 7b
26c
26c
26a
36
32
26d'
26d
26e
26e'
32
26f'
26f
FIG. 7c

FIG. 8a
44a
52c
26c
52
W1
T1
T2
26c'
36
52b
52a
26e'
26
26e
52a
44
FIG. 8b
44a
44b
44
ID2
52a
W2
26c
52c
26c'
52b
36
52d
26e
26e'
44
46

# DIPLEX CIRCUIT FORMING BANDSTOP FILTER

## BACKGROUND OF THE INVENTION

The present invention relates to filter circuits of the type used in cable television (CATV) applications, and more specifically to bandstop filters.

A diplex circuit, or more simply a "diplexer," is a device which separates or combines RF signals. It has been found expedient to utilize diplexers in connection with CATV equipment in a number of situations, some of which use two diplexers back-to-back. These include step attenuators, power bypass circuits, cable simulators and equalizer circuits. Many of the prior art CATV diplex circuits are used to act on signals traveling in so-called forward and return paths, e.g., relatively high frequency RF signals pass from a source of such signals to a television set at subscriber premises in the forward direction over one leg of the circuit while lower frequency (DC) signals pass from the premises in the return direction.

Bandstop or "notch" filters are commonly employed in the CATV industry to block transmission of signals in a specified frequency range. For example, certain channels may be designated as premium channels, requiring payment of a fee from the subscriber in order to receive the signals carrying information representing such channels. If the service is not ordered, i.e., the fee is not paid, an appropriate filter is installed in the cable line coming into the non-paying premises. This is but one of the more traditional uses of bandstop filters, i.e., as a so-called trap. A more recent example is the aforementioned use in the handling of forward and return path signals between a headend and subscriber facilities.

It is desirable that bandstop filters be as compact as possible commensurate with quality performance of their intended function. It is also desirable, of course, that the filters be as inexpensive as possible, again while maintaining high performance criteria. Passband insertion and return loss is of critical importance in such filters, particularly in the digital signal market, which is steadily growing in significance.

It is an object of the present invention to provide a bandstop filter of smaller size than prior art filters offering the same level of performance.

Another object is to provide a bandstop filter for CATV applications which requires a smaller number of components than prior art filters of comparable capabilities.

A further object is to provide a bandstop filter with improved passband insertion and return loss.

It is a principal object to provide a bandstop filter for the CATV industry which incorporates all of the above advantages, i.e., achieving economics of both size and cost while still realizing improved performance.

Other objects will in part be obvious and will in part appear hereinafter.

## SUMMARY OF THE INVENTION

In accordance with the foregoing objectives, the bandstop filter of the invention two diplexers, back-to-back, in series. A single input line carries signals in a frequency range of , e.g., 0–3 GHz, to a node connected to each of a highpass and a lowpass filter, in parallel. Only signals having a frequency above a first, predetermined value pass through the highpass filter, and only signals having a frequency below a second,

predetermined value pass through the lowpass filter. The first and second values are chosen so that a predetermined range of frequencies, i.e., the range or band of frequencies below the first and above the second value, is "stopped" from passing to the single output line. Thus, the RF signals are divided by the first diplexer between those at frequencies which pass the highpass and those which pass the lowpass filters. The outputs of the high and lowpass filters are connected at a second node to form a second diplexer having an output including only signals having frequency values which pass the high and lowpass filters. Frequencies between those passed by the high and lowpass filters do not appear at the output, thereby providing the bandstop. The diplexers are frequency selective, resulting in lower insertion loss due to frequency isolation of the two output ports.

By implementing this circuitry with surface mount technology the bandstop filter of the invention requires fewer components than conventional filters of the same type and level of performance. This means, of course, that the filter of the invention may be fabricated in smaller size and at lower cost than comparable prior art filters. In the preferred embodiment, the components are of the surface mount type with the components forming the highpass and lowpass filters mounted on opposite sides of a single printed circuit board. The circuit also exhibits improved passband insertion and return loss, which is a particularly important feature in the digital signal market.

The foregoing and other features of construction and operation of the bandstop filter of the invention will be more readily understood and fully appreciated from the following detailed disclosure, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an illustrative flow or block diagram of the circuit of the invention;

FIG. **2** is an electrical schematic of a circuit providing the features of the diagram of FIG. **1**;

FIGS. **3***a* and **3***b* are top and bottom plan views of a printed circuit board with components forming the circuit of FIG. **2** mounted thereon by surface mount techniques;

FIG. **4** is an exploded perspective view of a filter assembly incorporating the printed circuit board of FIGS. **3***a* and **3***b*;

FIG. **5** is a side elevational view of the filter assembly of FIG. **4** in axial cross section in an intermediate stage of assembly;

FIG. **6** is an enlarged, fragmentary, perspective view of the inner housing section of the assembly, with the circuit board and male connector shown in phantom lines;

FIGS. **7***a*, **7***b* and **7***c* are side elevational, top plan, and end elevational views, respectively, providing an orthogonal projection of the circuit board and connectors; and

FIGS. **8***a* and **8***b* are fragmentary, elevational views, partly in section, of portions of the assembly in successive stages of assembly.

## DETAILED DESCRIPTION

Referring now to FIG. **1** of the drawings, input line **10** carries signals which may range in frequency from 0 to 3 GHZ. All signals enter node **12** of first diplexer **14** where they are divided between an upper leg of the circuit, formed by lowpass filter **16**, and a lower leg, formed by highpass filter **18**. Filters **16** and **18** are each composed of a plurality of components (inductors and capacitors) connected in elec-

trically operative relation, preferably in a plurality of stages or sections each containing an inductor and a capacitor to establish a resonant circuit, as will appear later. By proper selection of the values of components connected in a particular configuration, signals having a frequency value above a first predetermined level will pass through highpass filter **18**. This frequency above which signals are passed by filter **18** is indicated in the drawing as Fp**4**. Likewise, signals having a frequency value below a second, predetermined level will pass through lowpass filter **16**. This frequency below which signals are passed by filter **16** is indicated as Fp**1**. Signals having a frequency above Fs**2** (equal to or slightly greater than Fp**1**) are stopped or blocked, as are signals having a frequency below Fs**3** (equal to or slightly less than Fp**4**). Signals passing through filters **16** and **18** are combined at node **20** of second diplexer **22** and are carried by output line **24**. The graphical representations in FIG. **1** indicate generally the energy levels of signals at the indicated frequencies. As is apparent, essentially all signals having frequencies below Fp**1** and above Fp**4** will be passed to the output, while those between Fs**2** and Fs**3** will reflectively be blocked, thereby providing bandstop filter **26**. It will be understood, of course, that representation of bandstop filter **26** in FIG. **1** does not imply the existence of another filter circuit in output line **24**, but simply illustrates the fact that signals having frequencies below Fp**1** and above Fp**4** appear on the output line with signals in the frequency band between Fp**1** and Fp**4** are stopped.

A preferred form of circuit which embodies the invention is shown in schematic form in FIG. **2**. Signals on input line **10** pass through inductor L**01**. Lowpass filter **16** and highpass filter **18** are shown as forming the upper and lower legs, respectively, of the circuit. Lowpass filter **16** consists of inductors L**1** through L**5** and capacitors C**1** through C**7**. Highpass filter **18** consists of inductors L**02** through L**05** and capacitors C**01** through C**09**. Signals which pass through one or the other of filters **14** and **16** pass through inductor L**06** to output line **24**.

A physical layout of the components forming bandstop filter **22** on top and bottom surfaces of circuit board **26** is shown in FIGS. **3***a* and **3***b*, respectively. The components forming lowpass circuit **16**, namely, inductors L**1**–L**5** and capacitors C**1**–C**7**, are shown in FIG. **3***a*, together with grounding buses **26***a* and **26***b* and the electrical paths or traces on circuit board **26** connecting the components to one another and to grounding bus **26***a*. Shown in FIG. **3***b* are the components forming highpass circuit **18**, namely, inductors L**02**–L**05** and capacitors C**01**–C**09**, together with grounding buses **26***c* and **26***d*, input and output inductors L**01** and L**06**, respectively, and conducting pads **26***e* and **26***f* for connection to the circuit of the usual male and female connectors (not shown).

Lowpass filter **16** consists of three sections, the first formed by inductor L**2** and capacitor C**2**, the second by inductor L**3** and capacitor C**4** and the third by inductor L**4** and capacitor C**6**. These sections are connected to grounding bus **26***a* by electrical paths P**1**, P**2**, P**3** and P**4** through parallel capacitors C**1**, C**3**, C**5** and C**7**, respectively. Highpass filter **18** consists of four sections, the first formed by capacitor C**02** and inductor L**02**, the second by inductor L**03** and capacitor C**04**, the third by capacitor C**06** and inductor L**04** and the forth by inductor L**05** and capacitor C**08**. The sections are in parallel, separated from each other and from the input and output by capacitors C**01**, C**03**, C**05**, C**07** and C**09**, each section including a component connected directly to grounding bus **26***c* through paths P**01**, P**02**, P**03** and P**04**. Grounding buses **26***a* and **26***c* are at ground potential, preferably by direct communication with a housing (not shown) wherein circuit board **26** and the circuit components thereof are mounted. Details of such a housing and the manner of grounding connection thereto of grounding buses **26***a* and **26***c*, as well as a discussion of the preferred presence of grounding buses **26***b* and **26***d* in spite of their non-functionality in the electrical circuit, may be found in companion application Ser. No. 10/309,375, filed of even date herewith and incorporated by reference herein. As further explained in detail in the companion application, performance of the circuit, particularly at frequencies above about 300 MHz, is markedly improved by the short electrical paths from each stage of each filter to ground, as well as by the firm and reliable electrical communication of grounding strips **26***a* and **26***c* along substantially their entire lengths.

In FIG. **4** is shown an embodiment of a complete filter assembly, denoted generally by reference numeral **30**, incorporating circuit **22** on board **26**. Assembly **30** includes a filter circuit having a plurality of components (inductors, capacitors, etc.), collectively indicated by numeral **32**. Circuit components **32** are mounted by conventional surface mount techniques upon printed circuit board **26**. Female connector assembly **34** and male connector **36** are each attached at one end to board **26** in electrical communication with the circuit formed by components **32**. Both the structure and manner of connection of the male and female connectors to the circuit board are entirely conventional. Female connector assembly **34** extends, with force fit, through openings in deformable rubber seal **38** and insulator **40**. Male connector **36** extends, with force fit, through an opening in insulator **42**.

The circuit board with attached connectors, together with insulators and seal are mounted within a housing formed by inner and outer portions **44** and **46**, respectively, each being in the form of a hollow cylinder, preferably having a 0.820 inch diameter or less. O-ring **48** is received in groove **50** in inner portion **44** and serves as a moisture resistant seal between portions **44** and **46** when assembled. The elements are shown in FIG. **5** prior to the final assembly operation. In the preliminary operations, seal **38** and insulator **40** have been inserted into inner portion **44** and insulator **42** has been inserted within outer portion **46** in the positions indicated. Circuit board **26** has been inserted into inner portion **44** with female connector assembly **34** extending through the opening in seal **38** and into the opening in insulator **40**. As best seen in FIG. **6**, inner portion **44** includes a pair of open slots **52** and **54** extending from open ends **52***a* and **54***a*, respectively, at one end of inner portion **44** to closed ends **52***b* and **54***b*, respectively. Slot **52** has opposing, spaced edges **52***c* and **52***d*, and slot **54** has opposing, spaced edges **54***c* and **54***d*.

Circuit board **26** is shown in greater detail in the orthographic projection of FIGS. **7***a*–**7***c*. In the illustrated embodiment, board **26** includes relatively wide and narrow, integral portions **26***a* and **26***b*, respectively, each having substantially parallel side edges spaced equally from central axis A—A. Strips of thin, copper foil **26***c* and **26***d* are securely adhered to what is termed the top surface (FIG. **7***b*) of board **26** in lateral edge portions bordering the side edges of portion **26***a*, and like strips **26***e* and **26***f* are secured to lateral edge portions of the bottom surface. As explained later in more detail, these strips are in electrical communication with the circuit formed by components **32** and serve as grounding buses for the circuit. Small raised portions, or "bumps" are provided on each of strips **26***c*, **26***d*, **26***e* and **26***f*. In the illustrated embodiment, one bump is provided on each of the strips, reference numerals **26***c*', **26***d*', **26***e*' and

26*f* denoting the bumps on strips 26*c*, 26*d*, 26*e* and 26*f*, respectively. More than one bump may be provided on any or all strips, if desired, but it is preferred that at least one bump be provided on each strip near the end thereof at the juncture between portions 26*a* and 26*b*. The bumps are of conductive material, and may conveniently be deposited as small drops of solder.

When board 26 has been inserted into inner portion 44 the lateral edge portions of wider portion 26*a* are positioned in slots 52 and 54, and extend substantially the full length of the slots. As shown in FIG. 5, inner portion 44 has an outside diameter OD1 over the major portion of its length and a somewhat smaller diameter OD2 over a portion at the end at which the open ends of slots 52 and 54 are formed. The width of board portion 26*a* is slightly less than diameter OD2 but larger than the inside diameter ID1 of the part of portion 44 which includes slots 52 and 54. Bevel 44*a* is formed about the periphery of the end of portion 44 bordering OD2, and bevel 44*b* is formed about the periphery of the shoulder at the junction of the two outside diameters.

Referring now to FIGS. 8*a* and 8*b*, inner and outer portions 44 and 46, respectively, are shown in axially aligned relation, before and after the final assembly step of forcing the outer over the inner portion. The inside diameter ID2 of portion 46 is larger than OD2 but smaller than OD1 of portion 44. Bevel 46*a* (FIGS. 4 and 5) is formed about the periphery of the end of outer section 46 bordering ID2. Bevels 44*a* and 46*a*, together with the fact that OD2 is less than ID2 (by a few thousands of an inch) facilitate mating engagement of section 44 and 46 over the axial length of the part of inner portion 44 of diameter OD2. Bevels 44*b* and 46*a* facilitate axial alignment of portions 44 and 46 as they are forced into telescopically engaged relation. The difference in diameters OD1 and ID2 is preferably great enough to require the use of an arbor press, or other appropriate tool, to effect relative axial movement of the two sections into full engagement, as seen in FIG. 8*b*. This interference fit results in some degree of radially inward deformation of the slotted part of inner portion 44 in the fully assembled condition. Prior to assembly of the two portions, as shown in FIG. 8*a*, the spacing of opposing edges 52*c* and 52*d*, i.e., the width of slot 52, denoted by dimension W1 is greater than the thickness T1 of the portion of board 26 which is positioned between the slot edges, and is about the same as thickness T2 in the area of bumps 26*c*′ and 26*e*′. The same is true, of course, with respect to slot 54.

After assembly, as seen in FIG. 8*b*, the interference fit with outer portion 46 has caused slot 52 to narrow, i.e. opposing edges 52*c* and 52*d* are closer together and engage the surfaces of strips 26*c* and 26*e*. The amount of inward movement of the slot edges is greatest, of course, at the open end of the slot. The width near the open ends of the slots is indicated in FIG. 8*b* by dimension W2 (<W1). Although the amount of inward movement of slot edges 52*c* and 52*d* is less as slot 52 approaches closed end 52*b*, it is nevertheless sufficient to cause the slot edges to engage bumps 26*c*′ and 26*e*′. Thus, a very solid and reliable ground path along substantially the entire length of grounding buses 26*c*, 26*d*, 26*e* and 26*f* is provided by the assembly of FIGS. 4–8*b*. It will be noted that the electrical communication between the grounding buses and housing is established and maintained without any soldering operations during or after assembly of the parts. Circuit board 26 is narrower than the outside diameter of the inner portion to avoid. possibly damaging compression by interference fit of the board with the inside diameter of the outer portion. The circuit board is captured with a high pressure contact from the copper ground bus to the inner housing portion along a sufficient length on each side of the circuit components to ensure adequate isolation from inductance and resistance parasitics for proper circuit operation, particularly at frequencies above about 300 Mhz. The compressive engagement of O-ring 48 between portions 44 and 46 effectively prevents ingress of moisture or foreign matter in the housing.

From the foregoing it will be appreciated that the bandstop filter of the present invention provides a number of advantages over conventional bandstop filters, among which are improved insertion and return loss. Since the high and low frequency signals are divided and pass, respectively, through highpass and lowpass filters before being recombined, the filter is of the frequency-selective type, thereby reducing the losses. Furthermore, the bandstop filter is implemented in an embodiment using fewer components than the conventional bandstop filter. Also, by using surface mount components with the highpass and lowpass filter components mounted on opposite sides of a single circuit board, the bandstop filter is embodied in an extremely compact physical package. A fully operational bandstop filter of the present invention may be realized by mounting commercially available inductors and capacitors in the configuration shown in FIGS. 3*a* and 3*b* on a circuit board having an area of about 250 square millimeters on each surface, although it will be understood that design options using both larger and smaller boards are possible within the scope of the invention. Consequently, a housing or casing wherein the board and components mounted thereon are contained may be designed in extremely small versions and in a variety of configurations, such as that of FIGS. 4–8*b* and others described in previously mentioned companion application Ser. No. 10/309,375.

What is claimed is:

1. A bandstop filter for CATV applications having an input for receiving signals having frequencies in a predetermined range and an output carrying signals having frequencies below a first value within said range and above a second value, higher than said first value, within said range with signals having frequencies between said first and second values being blocked from reaching said output, said filter comprising:

a) a first diplexer to which said input is connected at a first node;

b) a lowpass filter having a first input end connected to said first node and a first output end, said lowpass filter having components between said first input and output ends which pass signals having frequencies below said first value and block signals having frequencies above said first value;

c) a highpass filter having a second input end connected to said first node and a second output end, said highpass filter having components between said second input and output ends which pass signals having frequencies above said second value and block signals having frequencies below said second value; and

d) a second diplexer having a second node to which said first output end of said lowpass filter, said second output end of said highpass filter and said output are all connected.

2. The bandstop filter of claim 1 wherein said components of each of said lowpass and highpass filters comprise a plurality of inductors and capacitors.

3. The bandstop filter of claim 2 wherein said components are all of the surface mount type and are mounted on a single printed circuit board.

4. The bandstop filter of claim 3 wherein said circuit board has opposite, major surfaces and said components of said lowpass filter are mounted upon one surface and said components of said highpass filter are mounted upon the opposite surface of said printed circuit board.

5. The bandstop filter of claim 3 and further including a housing and means for mounting said circuit board within said housing.

6. The bandstop filter of claim 5 and further including a secure grounding connection between said components and said housing.

7. The bandstop filter of claim 6 wherein said housing has a diameter of no greater than 0.820 inches.

8. The bandstop filter of claim 6 wherein said grounding connection comprises at least one elongated grounding bus on said circuit board which is in electrical communication with said housing over substantially the full length of said grounding bus.

9. The bandstop filter of claim 5 wherein said housing includes two portions which are mutually joined by a force fit of one of said portions into the other.

10. The bandstop filter of claim 9 wherein said two portions form a hollow, substantially cylindrical structure.

11. The bandstop filter of claim 10 wherein said force fit compresses one of said two portions into electrical communication with each of said lowpass and highpass filters.

12. The bandstop filter of claim 11 wherein said circuit board has opposite, major surfaces, said components of said lowpass filter are mounted upon one surface and said components of said highpass filter are mounted upon the opposite surface of said printed circuit board, and further including a first grounding bus mounted upon said one surface and electrically communicating with said lowpass filter and with said housing, and a second grounding bus mounted upon said opposite surface and electrically communicating with said highpass filter and with said housing.

13. The bandstop filter of claim 11 wherein said circuit board includes first and second, parallel, elongated edges, and said first and second grounding buses extend along said first and second edges, respectively.

14. A bandstop filter for CATV applications comprising:

a) a signal input terminal for receiving RF signals having frequencies in a predetermined range;

b) first filter means for receiving signals from said input terminal and passing to a first filter output signals having frequencies below a first value within said predetermined range and blocking signals having frequencies above said first value;

c) second filter means for receiving signals from said input terminal and passing to a second filter output signals having frequencies above a second value, higher than said first value, within said predetermined range and blocking signals having frequencies below said second value, whereby said RF signals from said input terminal are separated by said first and second filter means into different frequency bands; and

d) a signal output terminal connected to both said first and second outputs, whereby said RF signals which pass said first and second filter means are combined at said output terminal.

15. The bandstop filter of claim 14 wherein said first filter means comprise a lowpass filter.

16. The bandstop filter of claim 15 wherein said second filter means comprise a highpass filter.

17. The bandstop filter of claim 16 wherein said first and second filter means each comprise a plurality of inductors and capacitors.

18. The bandstop filter of claim 17 wherein all of said inductors and capacitors are surface mounted upon a single printed circuit board.

19. The bandstop filter of claim 18 wherein said inductors and capacitors of said first filter means are mounted on one surface of said board and said inductors and capacitors of said second filter means are mounted on the opposite surface of said board.

20. The method of communicating RF signals having frequencies below a first value and above a second value while blocking signals having frequencies between said first and second values, said method comprising:

a) connecting a first plurality of electronic components to form a first filter circuit having a first input and a first output, said first filter circuit being operative to pass RF signals applied to said first input which have frequencies below a first value and to block signals having frequencies above said first value;

b) connecting a second plurality of electronic components to form a second filter circuit having a second input and a second output, said second filter circuit being operative to pass RF signals applied to said second input which have frequencies above a second value, higher than said first value, and to block signals having frequencies below said second value;

c) connecting said first and second inputs and a single input line carrying RF signals together at a first node to form a first diplexer; and

d) connecting said first and second outputs and a single output line together at a second node to form a second diplexer, whereby said first and second filter circuits are connected in parallel and said first and second diplexers are in series.

21. The method of claim 20 wherein said diplexers are frequency selective.

22. The method of claim 20 wherein said first and second pluralities of electronic components are surface mounted upon first and second, opposite surfaces, respectively, of a single printed circuit board.

* * * * *