IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> JOHN MEZZALINGUA ASSOCIATES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> TRESNESS IRREVOCABLE PATENT TRUST, <br><br> Counterclaim Defendant. | C.A. No. 05-357-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Glenn Forbis, of Rader, Fishman & Grauer PLLC, to represent plaintiff Arrow Communication Laboratories, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, counsel certifies that the annual fee for *pro hac* admission for each is being submitted in connection with this motion.

604739v1

October 11, 2005                    THE BAYARD FIRM

                                                /s/ Richard D. Kirk (rk0922)
                                                rkirk@bayardfirm.com
                                                222 Delaware Avenue, Suite 900
                                                P.O. Box 25130
                                                Wilmington, Delaware 19899
OF COUNSEL:                         (302) 655-5000
Lawrence P. Trapani                 Attorneys for Plaintiff Arrow Communication,
4847 Enders Road                    Laboratories, Inc.
P.O. Box 555
Manlius, NY 13104
(315) 727-5304


and

R. Terrance Rader
Charles W. Bradley
Glenn E. Forbis
Linda D. Kennedy
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600


                    SO ORDERED, this _____ day of October, 2005.

                    _____
                              United States District Judge

604739v1

CERTIFICATION BY COUNSEL TO BE
ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

October 10, 2005

Glenn E. Forbis
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Ph: 248-594-0600
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 11, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B. Bove, Esquire
Kevin M. Baird, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above local counsel and by email and first class mail to the following non-registered participants:

James R. Muldoon, Esquire
John A. Wasleff, Esquire
Wall, Marjama & Bilinski, LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202


/s/ Richard D. Kirk (rk0922)
rkirk@bayardfirm.com

596264v1