IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ARROW COMMUNICATION ) <br> LABORATORIES, INC., ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> JOHN MEZZALINGUA ) <br> ASSOCIATES, INC., d/b/a PPC, ) <br>     Defendant. ) <br> _____ ) <br> ) <br> JOHN MEZZALINGUA ) <br> ASSOCIATES, INC., d/b/a PPC, ) <br>     Counterclaim-Plaintiff, ) <br>   v. ) <br> ) <br> ARROW COMMUNICATION ) <br> LABORATORIES, INC., and ) <br> TRESNESS PATENT TRUST, ) <br>     Counterclaim-Defendants. ) <br> _____ ) | C.A. No. 05-357-SLR |

### DEFENDANT'S MOTION TO DISMISS CERTAIN CLAIMS
### PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant and Counterclaim Plaintiff, John Mezzalingua Associates, Inc., d/b/a/ PPC, hereby moves this Court for an Order dismissing the claims of breach of contract, fraud and unjust enrichment asserted in the First Amended Complaint of Plaintiff Arrow Communication Laboratories, Inc. ("Arcom") dated October 3, 2005 and the First Amended Counterclaim of Tresness Patent Trust ("Tresness") dated October 3, 2005. The reasons for granting this Motion are set forth with particularity in the accompanying Opening Brief. A proposed form of Order is attached hereto.

Respectfully submitted,

/s/ Jeffrey B. Bove
Jeffrey B. Bove (# 998)
Kevin M. Baird (# 4219)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street, Suite 878
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614
jbove@cblh.com
*Attorneys for Defendant John Mezzalingua Associates, Inc. d/b/a PPC*

OF COUNSEL:

WALL, MARJAMA & BILINSKI, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone:  (315) 425-9000
Facsimile:   (315) 425-9114

Dated: October 18, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC.,<br>    Plaintiff,<br>v.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC,<br>    Defendant.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., d/b/a PPC,<br>    Counterclaim-Plaintiff,<br>v.<br><br>ARROW COMMUNICATION LABORATORIES, INC., and TRESNESS PATENT TRUST,<br>    Counterclaim-Defendants. | C.A. No. 05-357-SLR |

**O R D E R**

At Wilmington, this _____ day of _____, 2005, having reviewed defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and the accompanying papers submitted in conjunction therewith,

IT IS ORDERED that defendant's motion is GRANTED, and the claims for breach of contract, fraud and unjust enrichment contained in the First Amended Complaint of Plaintiff Arrow Communication Laboratories, Inc. dated October 3, 2005 and the First Amended Counterclaim of Tresness Patent Trust dated October 3, 2005 are dismissed for failing to state a claim upon which relief can be granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on October 18, 2005, copies of the foregoing document was caused to be served upon the following parties in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

    Richard D. Kirk, Esq.
    The Bayard Firm
    222 Delaware Avenue
    Suite 900
    Wilmington, DE 19801

### BY EMAIL

    R. Terrance Rader, Esq.
    Rader, Fishman & Grauer PLLC
    39533 Woodward Ave., Suite 140
    Bloomfield Hills, MI 48304

    Lawrence P. Trapani, Esq.
    4847 Enders Road
    P.O. Box 555
    Manlius, NY 13104

    /s/ Jeffrey B. Bove
    Jeffrey B. Bove  (# 998)
    The Nemours Building
    1007 North Orange Street
    Suite 878
    Wilmington, DE 19801
    Tel: (302) 658-9141
    Fax: (302) 658-5614