IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> JOHN MEZZALINGUA ASSOCIATES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> TRESNESS IRREVOCABLE PATENT TRUST, <br><br> Counterclaim Defendant. | C.A. No. 05-357-SLR |

**STIPULATION EXTENDING TIME
TO ANSWER AMENDED COUNTERCLAIMS**

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time within which plaintiff Arrow Communications Laboratories, Inc. ("Arrow") and counterclaim defendant Tresness Irrevocable Patent Trust shall answer, move or otherwise respond to the Amended Counterclaims filed by defendant John Mezzalingua Associates, Inc. [D.I. 48] be, and upon approval is, extended to and including October 24, 2005.

603765v1

| | |
|---|---|
| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Richard D. Kirk rk0922<br>Richard D. Kirk<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899-5130<br>(302) 655-5000<br>rkirk@bayardfirm.com | /s/ Kevin M Baird (kb4219)<br>Jeffrey B. Bove<br>Kevin M. Baird<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>kbaird@cblh.com |
| *Attorneys for Plaintiff and Counterclaim Defendant* | *Attorneys for Defendant / Counterclaim Plaintiff* |

SO ORDERED, this ____ day of October, 2005.

_____
United States District Judge

603765v1