IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 05-357-SLR |
| JOHN MEZZALINGUA ASSOCIATES, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |
| JOHN MEZZALINGUA ASSOCIATES, INC., | ) ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ARROW COMMUNICATION LABORATORIES, INC., and TRESNESS IRREVOCABLE PATENT TRUST, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

O R D E R

At Wilmington this 26th day of October, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion to transfer (D.I. 6) is granted.

2. The above-captioned action shall be transferred to the United States District Court for the Northern District of New

York.

                                          _____
                                          United States District Judge