## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARROW COMMUNICATION LABORATORIES, INC., a New York corporation, | : : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-357-SLR : |
| JOHN MEZZALINGUA ASSOCIATES, INC., a Delaware corporation, | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **26th** day of **October, 2005,**

IT IS ORDERED that the mediation conference scheduled for Friday, March 24, 2006 beginning at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE