# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

NOV 25 2005

November 17, 2005

VIA UPS DELIVERY
Lawrence K. Baerman, Clerk of Court
United States District Court
Northern District of New York
Attn: Intake Section
100 South Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

NOV 21 2005

RECEIVED

Dominic Tibbetts

Re: *Delaware Civil Case 1:05-357-SLR; Arrow Communication Laboratories, Inc. v. John Mezzalingua Associates, Inc.*

5:05cv1456
NAM/DEP

Dear Clerk Baerman:

In accordance with the Memorandum Opinion and Order issued by Chief Judge Sue L. Robinson, United States District Judge for the District of Delaware on October 26, 2005, I am transferring Delaware Civ. No. 1:05-357-SLR to the Northern District of New York. Please find enclosed the original complaint (D.I. 1) in paper format and on compact disk along with certified copies of this court's Memorandum Opinion, Order, and docket sheet.

This court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later (D.I. 1-63) are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures

cc: The Honorable Sue L. Robinson
    All local counsel of record